**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**LORING ROCKE and MICHAEL CINO,**
**Plaintiffs,**

**v.**

**T-MOBILE USA, INC. and**
**YOUNG AMERICA CORPORATION,**
**Defendants.**

**Case Number_____**
**Plaintiffs demand trial by jury.**
FILED: JULY 3, 2008
08CV3828
JUDGE GUZMAN
MAGISTRATE JUDGE COX
AEE

**CLASS ACTION COMPLAINT**

NOW COME LORING ROCKE and MICHAEL CINO ("Plaintiffs") by and

through their attorneys, Gold & Coulson, a partnership of professional and limited

liability corporations, and Robert Kelter, complaining against T-MOBILE USA, INC.

("T-Mobile") and YOUNG AMERICA CORPORATION ("Young America") allege,

based on personal knowledge with respect to themselves and their own acts and on

information and belief, in part through investigation of counsel, as follows:

**NATURE OF CASE**

1.      This is a consumer class action based on deceptive and misleading advertising

practices relating to the rebate programs and practices ("REBATE PROGRAM") of T-

Mobile and Young America directed at Illinois citizens.  Plaintiffs bring this action for

violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815

ILCS 505/1 *et seq.* (The "CFA") and for unjust enrichment.

2.      Specifically, the REBATE PROGRAM offered by T-Mobile and processed by

Young America represents that customers can quickly and easily receive a rebate after

purchasing cellular phones and service.  In reality customers are improperly denied their

rebates, or instead of receiving cash or a check, receive a VISA rebate card with numerous use restrictions attached, making their value less than that of cash.

3.      T-Mobile falsely, deceptively, and knowingly markets to its customers its REBATE PROGRAM and uniformly states to customers, in writing and in stores, that its REBATE PROGRAM lowers the cash prices of cellular phones and service. T-Mobile advertises its REBATE PROGRAM in newspapers, by mail, on the internet, on television, and by displaying rebate offers in retail stores. T-Mobile does not advertise the use of the rebate card, or that rebates are not distributed in cash. The clear intent of T-Mobile is to create the impression that the rebate will in fact be in cash or by check. Attached as Ex. A is one example of a rebate-eligible phone available for purchase on T-Mobile's website. The advertisement only mentions a "mail-in rebate." No mention of the VISA rebate card, or a non-cash or check rebate is made in the offer for sale. Only after purchase is solicited and a service contract (with a costly cancellation fee) is obtained, do customers find out their rebate will not be in cash or by check.

4.      T-Mobile's subsequent rebate form (attached as Ex. B; available for download *after* the purchase of the phone) is similarly misleading. The VISA logo appears in a size smaller than the T-Mobile logo. The terms and conditions are also in fine print.

5.      The VISA rebate cards that T-Mobile uses to fulfill rebates are highly use-restricted and inferior to cash. The VISA rebate cards come with numerous terms and conditions (See Ex. B attached); cash does not. These terms and conditions include, but are not limited to:

        a.   VISA rebate cards cannot be used to pay a T-Mobile monthly bill;

b.  VISA rebate cards can only be used if the cellular phone has been used and the account is active.  A check or cash does not have these limitations.  They are available upon deposit;

c.  VISA rebate cards are not accepted at all locations.  Use of VISA rebate cards is limited to those merchants who accept VISA and VISA rebate cards.  Cash, of course, may be used anywhere;

d.  VISA rebate cards can incur service charges imposed by merchants.  These charges reduce the value of the VISA rebate card.  The use of cash does not lead to service charges;

e.  VISA rebate cards expire.  Cash never expires;

f.  Unlike cash, VISA rebate cards are not transferable;

g.  VISA rebate cards can not be used in transactions that exceed the balance on the card; they will be declined.  If the customer wishes to use the VISA rebate card for a transaction that exceeds the value on the card and pay the difference in cash, the card will be declined.  A customer must notify the merchant of the exact balance, and have the transaction processed in two steps.  Cash does not have this limitation;

h.  VISA rebate cards do not earn interest.  They can not be deposited into interest-bearing accounts like cash.  T-Mobile, on the other hand, can utilize the rebate funds and collect interest, up to the time the customer makes a purchase using the rebate card;

i.  VISA rebate cards are not divisible, like cash.  A customer can not turn a $50 rebate card into ten $5 rebate cards, for example;

      j.   VISA rebate cards collect private information regarding transactions, which T-Mobile can then share with employees, attorneys, affiliates, service providers, and auditors.

6.     T-Mobile falsely, deceptively, and knowingly tells customers that they will receive their rebates in as little as 8 weeks (See Ex. B attached).  In actuality rebates take much longer, if ever received at all.

7.     The REBATE PROGRAM misrepresents that cellular phones and service are being sold at a discounted price, yet promised rebates are uniformly denied through an intentional scheme of delay and difficulty through T-Mobile's rebate administrator, Young America.  Young America, rather than being a true rebate administrator, takes on the role of rebate gatekeeper: limiting rebate payouts thus saving T-Mobile significant amount of money.  Moreover, in those rare situations where a rebate is granted, it comes in the form of a highly use-restricted VISA rebate card.  The result: rather than receiving a "free" phone after "rebate," the consumer pays full price.

8.     The REBATE PROGRAM is neither simple nor user-friendly.  Rebates are improperly refused for alleged incomplete paperwork, untimely filing, and other red-tape issues.  By design, consumers must navigate an impossible web of obstacles to receive a rebate.  By the time consumers discover a rebate is refused, and if they decide to cancel the service contract, a hefty fee sanction is assessed.  Likewise, T-Mobile products can not be returned once rebate forms are submitted.

9.     On information and belief, Young America employs a script that serves to delay rebate-processing.  The effect of this delay is that customers miss a hidden rebate-redemption deadline set forth by T-Mobile.

10.     T-Mobile markets the REBATE PROGRAM as reducing the cost of cellular phones and service by the dollar amount of the rebate.  This marketing scheme is intentionally misleading because T-Mobile knows that not all customers will receive a rebate.  A March 4, 2006 *New York Times* article (See Ex. C attached), citing research conducted by Vericours Inc., reported that about 40 percent of rebate offers are never redeemed.  T-Mobile is well aware of this "breakage" or "slippage" in the redemption of rebates.  Companies like T-Mobile and Young America rely on a certain number of unredeemed rebates when evaluating the economic feasibility of such programs.  T-Mobile and Young America conspire to profit from this conduct by retaining the unclaimed money for their own benefit.  It is in their economic interest for rebates to go unclaimed.  (According to SEC filings, Young America kept $42.9 million in uncashed rebates between 1995 and 2002; see Fulmer, "Don't get ripped off by rebate 'deal'" at p. 2, attached as Ex. D).

11.     On information and belief, T-Mobile charges contract termination fees in excess of a reasonable calculation of liquidated damages to cancel service contracts, which unlawfully penalizes customers.

12.     As to Plaintiff Loring Rocke, he purchased a rebate-eligible T-Mobile cellular phone and service plan based on T-Mobile's misleading rebate program (See Ex. E attached).  After numerous attempts, he never received his promised $50 rebate.  Plaintiff Michael Cino was also deceived into purchasing a rebate-eligible T-Mobile cellular phone and service plan.  His rebate was declined after an alleged "activation" problem (See Ex. F attached).  After numerous failed attempts to obtain his promised rebate, he filed a complaint with the Illinois Attorney General's Consumer Protection Division.  As

a direct result of this complaint, T-Mobile credited Mr. Cino's T-Mobile account for just over $50 (See Ex. G attached). He never received an actual rebate in the manner promised by the company.

13.    Plaintiffs are not the only consumers victimized by the REBATE PROGRAM. Attached as Ex. H are numerous online comments made by consumers that were denied rebates by T-Mobile and Young America.

14.    Plaintiffs bring this action on behalf of all T-Mobile customers in Illinois who, within the applicable limitations period, were improperly denied rebates as part of the REBATE PROGRAM offered by T-Mobile and processed by Young America, as a direct result of Defendants' fraudulent and deceptive practices.

## PARTIES

15.    Plaintiff, Loring Rocke, resides at 345 West Fullerton Parkway, Apartment 1505, Chicago, Illinois and is a citizen of the State of Illinois.

16.    Plaintiff, Michael Cino, resides at 320 West Illinois Street, Apartment 2303, Chicago, Illinois and is a citizen of the State of Illinois.

17.    T-Mobile USA, Inc. is the United States operating entity of T-Mobile International AG, which is the mobile communications subsidiary of Deutsche Telekom AG. Its principal executive offices and United States corporate headquarters are at 12920 SE 38th Street, Bellevue, Washington.

18.    Young America Corporation is a Minnesota corporation, with its principal executive offices and corporate headquarters located at 717 Faxon Road, Young America, Minnesota.

19.    T-Mobile advertises on its website that its services are capable of reaching 268

million Americans (or approximately 90 percent of the United States population).  In the

United States, T-Mobile serves 30.8 million mobile communications customers (See Ex. I

attached, T-Mobile press release).  As stated in ¶ 12, *supra*, Plaintiffs' individual

damages related to improperly denied rebates were $50 each.  As of the 2006 census

estimate, Illinois has a population of 12,831,970; the United States population estimate is

299,398,484 (Source: US Census Bureau website; last visited June 25, 2008).  Illinois

makes up approximately 4% of the United States population.  If 4% of T-Mobile's United

States mobile communications customers live in Illinois, there are potentially 1,232,000

class members in total.  Multiplying $50 by 1,232,000 results in potential class damages

of $61,600,000:  well above the jurisdictional amount of the Class Action Fairness Act

## JURISDICTION AND VENUE

20.    Jurisdiction is appropriate in this Court under 28 U.S.C. § 1332 (as amended), the

Class Action Fairness Act and Rule 23 of the Federal Rules of Civil Procedure, as well as

28 U.S.C. § 1332 in that complete diversity between all potential Plaintiffs and

Defendants exists and the amount in controversy exceeds $5,000,000.

21.    Venue is proper in this district in accordance with 735 ILCS 5/2-102 and 735

ILCS 5/2-209.  The deceptive practices that are the subject matter of this complaint

occurred within the T-Mobile service area which includes Cook County.  Young America

processes rebates for people living in Cook County.

## FACTUAL BACKGROUND

22.    T-Mobile promotes its REBATE PROGRAM to U.S. Customers as a valuable

discount on cellular phones and service.

23.    All T-Mobile materials state that the REBATE PROGRAM  is an easy and user-friendly way to save money on cellular phones and service.  T-Mobile's customer service representatives that sell the REBATE PROGRAM represent that the program will save them money on cellular phones and service with little trouble or effort on the part of the customer. T-Mobile and Young America know that this is not true based upon the problems customers have trying to obtain their rebate and the amount of customer rebates that are denied, and the high percentage of rebates that go un-redeemed.  Even redeemed rebates are distributed in the form of VISA rebate cards, which are inferior to cash.  Just as in the case of Plaintiffs, Defendants' customers do not end up paying a discounted rate for their cellular phones and service; they pay full price.

24.    Young America provides its customer service representatives with prepared scripts and other written materials aimed at delaying and ultimately causing the denial of customer rebates.

25.    T-Mobile has been very successful in promoting and selling cellular phones and service to its customers using the REBATE PROGRAM.

**CLASS ALLEGATIONS**

26.    Pursuant to 28 U.S.C. § 1332 and Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs bring this action on behalf of a class of similarly situated persons injured by T-Mobile and Young America's unfair and deceptive practices.  The class is defined as follows:

> "All consumers in Illinois who were improperly denied
> rebates by T-Mobile and Young America who were eligible
> for and participated in the REBATE PROGRAM after
> July 3, 2005 resulting in costs in excess of the discounted
> price they would have ultimately paid for their cellular

phones and service had they received the rebate as
promised from T-Mobile and Young America."

27.     The Class members are so numerous that joinder of all members is impracticable.
While the exact number of Class members is unknown to Plaintiffs at this time, it is
ascertainable through appropriate discovery.  Plaintiffs believe that thousands, if not
millions, of T-Mobile customers in Illinois have been victimized by T-Mobile and Young
America's unfair and deceptive practices during the relevant period.

28.     Questions of law and fact are common to the Class and these common questions
predominate over any questions affecting individual members.

29.     Plaintiffs will fairly and adequately protect the interest of the Class.

30.     Plaintiffs' counsel are experienced class-action attorneys.

31.     A class-action is an appropriate method for the fair and efficient adjudication of
the dispute.

## COUNT I – CONSUMER FRAUD

32.     Plaintiffs re-allege the allegations set forth above.

33.     Count I is a class-action claim brought under the Illinois Consumer Fraud and
Deceptive Business Practices Act (the "CFA"), 815 ILCS 501 *et seq.*

34.     T-Mobile violated this Act by:

      a.   making written misrepresentations and/or oral misrepresentations that
induced T-Mobile customers to purchase cellular phones and service using
the REBATE PROGRAM;

      b.   concealing or failing to disclose material facts that would have caused T-
Mobile customers eligible for the REBATE PROGRAM to understand
that T-Mobile and Young America make it exceedingly difficult to obtain

the promised rebate, and that a high percentage of rebates go un-
redeemed;

c.   concealing or failing to disclose material facts that would have caused T-
Mobile customers eligible for the REBATE PROGRAM to understand
that T-Mobile does not offer rebates in the form of cash or check, but in
the form of a highly use-restricted VISA rebate card that is inferior to cash
or a check.

35.    Because of the unconscionable practices of T-Mobile and Young America set
forth above, Plaintiffs and the Class are entitled to actual damages, in accordance with the
cited statute, as T-Mobile and Young America unnecessarily caused customers' promised
rebates to be improperly denied or distributed in a means inferior to cash.

36.    T-Mobile and Young America's deceptive, misleading, unfair or unconscionable
practices set forth above were done willfully, wantonly, and maliciously entitling
Plaintiffs and the Class to a punitive damage award.

**COUNT II – UNJUST ENRICHMENT**

37.    Plaintiffs re-allege paragraphs 1 through 36 above as if fully set forth herein and
further state:

38.    T-Mobile has charged and received (and continues to charge and receive) from T-
Mobile customers an inflated price for cellular phones and service that is based upon a
false misrepresentation that all eligible T-Mobile customers would later be provided with
a quick and easy discount in the form of a rebate.

39.    It is inequitable for T-Mobile and Young America to retain the charges it has
received and continues to receive from Class members as a result of its willful and

fraudulent conduct by improperly denying promised rebates.  T-Mobile and Young America's retention of such funds constitutes unjust enrichment under Illinois law.

40.      T-Mobile and Young America's unjust enrichment at the expense of customers caused damage to Plaintiffs and Class members and a constructive trust on the monies wrongly taken should be imposed upon T-Mobile and Young America.

WHEREFORE, Plaintiffs pray that the Court:

a.   Enter judgment against T-Mobile and Young America for Plaintiffs and the Class in an amount equal to the total that T-Mobile and Young America have improperly denied in promised rebates;

b.   Assess punitive damages against T-Mobile and Young America;

c.   Award Plaintiffs and the Class reasonable costs and attorney fees;

d.   Grant such additional relief as the Court finds proper and just.

Respectfully submitted,


By: _____s/ Arthur S. Gold_____
one of their counsel

GOLD & COULSON
A Partnership of Professional
and Limited Liability Corporations
11 S. LaSalle Street, Suite 2402
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 (facsimile)

Robert Kelter
Attorney at Law
3160 N. Lincoln Avenue
#505
Chicago, IL 60657
(773) 528-5660

08CV3828
JUDGE GUZMAN
MAGISTRATE JUDGE COX
AEE

# EXHIBIT A

Samsung Katalyst phone details from T-Mobile
Page 1 of 1
Case 1:08-cv-03828     Document 1-2     Filed 07/03/2008     Page 2 of 17



T · · · · · **stick together**

Location: Change Location | Store Locator | ⛺ Cart
My T-Mobile  phone #  password  [log in]
forgot password? | register

Home › Phones › Samsung Katalyst





# Samsung Katalyst

Transform your mobile phone into the only
phone you need. The striking Samsung
Katalyst gives you the freedom of Wi-Fi calling
from home and mobile calling on-the-go.

| | |
|---|---|
| Suggested retail | $199.99 |
| Instant discount | -$149.99 |
| Mail-in rebate | -$50.00 |
| | **FREE** |

[BUY NOW]

my Faves

Already a T-Mobile Customer?
Log in to upgrade ›

**Web-exclusive
prices +

when you
buy online!**

Overview    Features    Services

**Basics**

| | |
|---|---|
| Size: | 2.0 x 4.0 x 0.7 inches |
| Weight: | 4.1 ounces |
| Included battery: | 960 mAh L-Ion |
| Talk time: | up to 5 hours |
| Standby time: | up to 10 days |
| Band (frequency): | 850 MHz;900 MHz;1800 MHz;1900 MHz |

**Included Accessories**

Battery
Charger
Hands-Free Headset

**Top Phone Features**

**Messaging**
Text messaging*

**Communication**
Wi-Fi and Mobile Calling*
Picture messaging*
Quad-band world phone
(850/900/1800/1900 MHz)
Easy text input

**Assistants**
Bluetooth® connectivity

*Additional subscription fees may apply

*Additional fees may apply
See all the features for this phone ›

**Fun**
1.3 Megapixel camera
HiFi Ringers™,
MegaTones®,
Wallpapers*
Music player

**Information**
High speed data with
Edge*
Voice-activated dialing
Vibrating alert


[BUY NOW]

About T-Mobile USA | Contact Us | Store Locator | Order Status | Return Policy | Jobs | Press | Site Map
T-Mobile HotSpot | Packages | Prepaid | Affiliates | Retailer Opportunities | Business
Public Safety / 9-1-1 | T-Mobile International | Español | Language Assistance

Terms & Conditions | Terms of Use | Privacy Policy | Privacy Resources | ©2002-2008 T-Mobile USA, Inc.

# EXHIBIT B

## NEW ACTIVATION
# $50
## Mail-in Rebate Card

**T-Mobile**
**Samsung Katalyst**

**T-Mobile Retail Location**




**Valid only for purchases and activations on the dates noted below.** Rebate Card form **MUST** be postmarked on or before the date specified below.

| Purchase & activation date: | Must be postmarked on or before: |
|---|---|
| Between June 4, 2008 & June 30, 2008 | July 31, 2008 |

### Mail rebate to:

T-Mobile Samsung Katalyst
Rebate Card Program
P.O. Box 750621
El Paso, TX 88575-0621

**These items MUST be submitted to process your rebate card. Please keep a photocopy of all materials submitted.**

☐ Fully completed rebate card request form
☐ A photocopy of proof of purchase with date (N/A for purchases from CARE)
☐ The ORIGINAL SKU sticker panel cut from the side of the handset package

### Details

- Offer valid only for purchase of a **Samsung Katalyst** in conjunction with new activation on a qualified rate plan from **an Authorized T-Mobile Retail location. (Retail locations owned and operated by T-Mobile).**
- Offer is not valid for purchases made at retail locations not owned and operated by T-Mobile including Best Buy, Wal-Mart, Sams Club, Target, Walgreens, or Costco. Offer not valid on FlexPay℠ plans without a one or two year contract.
- A qualified rate plan is (a) any individual or business enterprise voice/data rate plan with a monthly access fee of at least $34.99/mo. per line of service **or** (b) any Family rate plan of at least $49.99/mo.
- To be eligible for the rebate card, your handset must be used at least once on your T-Mobile account prior to validation of materials submitted, and your account must be active at the time of rebate card processing.
- Rebate cards may not be combined or used with any other rebate, free, or other promotional offers.
- Rebate card is valid at U.S. locations for 12 months after issuance of the card, through the Expiration Date shown on the card.
- You can use your rebate card to purchase goods and services from merchants that accept Visa® prepaid cards. You can receive cash for the amount of your rebate card balance from any Visa member bank, just look for branches displaying the Visa logo. Your rebate card cannot be used at ATMs.
- Rebate cards will be mailed to your current T-Mobile billing address. Valid rebate card requests take up to 8 weeks from receipt to process.
- Do not send in rebate card request form with your T-Mobile bill for processing. To apply amounts on your rebate card toward your T-Mobile bill, please call Customer Service.
- **To check your rebate card status visit www.tmobilerebates.com** or call 1-877-311-8853.


5023-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

### PLEASE PRINT CLEARLY

Phone make and model **Required**

First Name **Required**

Last Name **Required**

Correspondence Address **Required**                    Apt/Suite

City **Required**                              State    Zip

Customer's T-Mobile Phone #1 **Required**

IMEI #1 (on white label on box) **Required**        Date Purchased **Required**

T-Mobile Billing Account Number

E-mail address

☐ I do not wish to receive T-Mobile updates and special offers for current customers.

### ADDITIONAL INFORMATION FOR BUSINESS CUSTOMERS

Company Name

Contact / Business Phone Number

Account Administrator

**NOTE:** Note that this rebate form may not be used for bulk rebate submissions. Business enterprise accounts must process multiple rebate requests through a T-Mobile account rep using the bulk submission tool in order to receive a rebate check for all lines. This rebate form may only be used to request a rebate on a single line, and a rebate card will be mailed to fulfill the rebate on that line of service.



# T··Mobile· stick together

**ADDITIONAL IMPORTANT INFORMATION**

Limited-time offer; subject to change. Postpaid customers only; service must remain active at the time this rebate card request is processed. T-Mobile products cannot be returned once the rebate card fulfillment form has been submitted. Limit of one rebate card request per wireless phone number, IMEI, Smart card serial number, or iccid number. A maximum of five rebate cards per street/correspondence address during any 12-month period for Individual/Family plan customers, maximum of 100 rebate cards per street/correspondence address, during any 12-month period for business/enterprise customers. If requesting more than one rebate card, you must complete a separate form or Web printout for each request. Not responsible for lost, late, mutilated, misdirected or postage due mail. Illegible, indecipherable, inaccurate, fraudulent and incomplete rebate card request forms will be considered invalid and ineligible for offered rebate card. Rebate card will be mailed within 8 weeks from the time your valid rebate card request is received. Rebate cards are in U.S. dollars only. Rebate cards are non-transferable and non-refundable. Submitted materials received become the property of T-Mobile and will be neither acknowledged nor returned. No employee, dealer or agent is authorized to make, and no customer is entitled to rely upon, any representation (other than described in this rebate card request form) about a rebate card or change in any terms of a rebate card. This rebate card offer is valid only in the U.S. and void where prohibited, taxed or otherwise restricted by law. Rebate card recipient must be legal U.S. resident, 18 years of age or older. T-Mobile and the magenta color are federally registered trademarks, and T-Mobile @Home is a service mark of Deutsche Telekom AG. T-Mobile myFaves, the myFaves design, and stick together are registered trademarks and Talk Forever is a service mark of T-Mobile USA, Inc. All other brands, product names, company names, trademarks and service marks mentioned herein are the property of their respective owners. Please Note: Rebate card request will not be honored without proof of purchase, original white sticker label with all barcodes, complete mailing address, T-Mobile mobile phone number, and SKU number.
Cards are issued by Citibank, N.A. pursuant to a license from Visa U.S.A. Inc. and managed by Ecount, a Citi company.

# EXHIBIT C

The New York Times

PRINTER-FRIENDLY FORMAT
SPONSORED BY    FIGHT CLUB



March 4, 2006
Short Cuts

# A Growing Anger Over Unpaid Rebates

### By ALINA TUGEND

WHEN my husband went shopping for a memory card for our digital camera, he looked at several and was finally swayed by one offering a $20 rebate.

He carefully filled out a card with all the details needed for the rebate, sent in the packaging code and the original receipt, and after a few months forgot all about it. He has never received the money or a notice explaining why he didn't get it — and he is less than eager to chase after such a small amount.

His experience is fairly typical: according to research by Vericours Inc., a consulting company, about 40 percent of rebate offers are never redeemed.

"People either don't turn them in or don't fill them out correctly," said Peter S. Kastner, a director of Vericours. Mr. Kastner estimated that on personal computers alone — one of the most common products that offer big rebates to consumers — manufacturers are saving $10 billion in unpaid rebates.

"That's pretty much what manufacturers bank on," said Sheila Adkins, a spokeswoman for the Council of Better Business Bureaus.

Whether the rebate is for $10 or $250, it is annoying not to get what has been promised, and consumers are starting to object vociferously. The Better Business Bureaus' council reports that complaints about rebates jumped to 2,715 in 2005 from 964 in 2001.

Crystal Wolff of Billings, Mont., is just about ready to add to that pile. In December 2004, she bought a workout bench that came with a $200 rebate offer. The timeline to send in the rebate information was so complicated that she returned to the store and went over the requirements with the clerk and store owner — who then called the rebate company house — to make sure she got it right.

"I mapped it all out on a calendar and kept everything in my handy-dandy folder," she said.

As she understood it, she had to send in a copy of her receipt 30 days after buying the bench; then 12 months after purchase, she had to mail in her actual receipt, proof of ID and other paperwork.

She sent in all her information on Jan. 11, 2006, by certified mail. It was returned because the fulfillment house — the company that processes the rebates — had moved. She found the new address and resent it, again by certified mail.

"I then received a letter that my rebate arrived too late and that they could not make the payment," Ms. Wolff said. "They said the window actually was from Dec. 6, '05, to Jan. 5, '06. I was off by six days."

She is now in touch with the retailer, but is not optimistic. She is planning to file a complaint with her local Better Business Bureau. And she says she is really frustrated.

"I probably would have gone with a cheaper workout bench if this one hadn't had the rebate," Ms. Wolff said.

One problem is that although the store where a product is bought seems to be the obvious place to go to complain if a rebate does not come through, it is not necessarily the right place.

That is because after the rebate leaves your hands, it goes to a fulfillment house (one of the biggest is Young America in Young America, Minn., which is why many rebate offers seem to have that curious address). These companies are hired by the manufacturer to process rebate forms and other promotional material.

The rebate, which is typically paid by the manufacturer, is then sent from the fulfillment house.

The retailer is usually out of the process at this point, although not always. For example, the Federal Trade Commission, which oversees rebate problems, last year for the first time filed a complaint against a retailer, CompUSA, claiming it continued to sell QPS brands even though it knew there were numerous problems with QPS's rebate programs. Ultimately, said Matthew Gold, a staff lawyer with the commission, CompUSA was held liable for QPS's failure to provide rebates.

Fraud is not involved in most rebate problems, Mr. Gold said.

"The biggest problem is companies' providing rebates late or not at all," he said. "It's not something we're seeing that they're doing intentionally — companies are not entering the rebate program with the intent to rip off — rather, it may be a small company that gets in over its head and may have offered a very generous rebate that it didn't really prepare for."

There are times, though not very frequently, when a retailer may offer its own rebate; then it is clearly marked as such. If you are having trouble

getting a rebate, however, Mr. Gold suggested complaining loudly to everyone involved in the process, from the retailer to the manufacturer to the fulfillment house.

After all, "most retailers don't want manufacturers on their shelves who aren't living up to their promises," he said.

You can also file complaints at both the Better Business Bureau (www.bbb.org) and the trade commission (www.ftc.gov).

Some companies, like Staples, help customers fill out rebate forms on the spot. Others say that it is time to move away from rebates altogether. Best Buy said mail-in rebates were the source of so much consumer frustration that it was going to phase them out completely by next year.

But Mr. Kastner doesn't see the end of rebates anytime soon.

"I believe the system is so ingrained in the consumer retail process that it will be very hard to put the rebate genie back in the bottle," he said.

The answer, instead, may be to tweak it a little. In January, when everyone was nursing their rebate hangovers after the electronics-buying holiday frenzy, Senator Charles E. Schumer, Democrat of New York, wrote to the F.T.C., asking that it consider revamping rebate procedures.

There is no federal law that specifically applies to rebates; for example, companies can decide how long — or short — a time a customer has to send in the rebate and how many weeks or months the company has to send back the money.

Mr. Schumer, in his letter, suggested that the commission require companies to allow consumers at least 30 days to claim their rebates. In addition, companies would have to fulfill the terms of the rebate within the same amount of time required of consumers, but not more than 60 days.

He also suggested that companies be required to accept copies of receipts, not just originals — something that would make claiming rebates much easier — and that companies provide a phone number or contact information for inquiries so that customers could check the status of their rebates.

Finally, Senator Schumer asked the F.T.C. to require that rebate checks actually be identified as rebate checks. It turns out that after going through all the trouble to claim their money, many people actually throw the check out because it often looks like junk mail.

Mr. Gold said his agency was taking a look at the feasibility of Senator Schumer's suggestions.

"We have to see whether they're even a good idea," he said. "There can be unintended consequences."

Customers who have made a mess of their rebate forms should not feel bad. It turns out that even those in the know are sometimes tripped up by the minutiae.

Ms. Adkins of the Better Business Bureau council said that some time ago she bought three DVD's that had rebate offers. She had one original receipt, but the rebate offer called for three separate original receipts.

"I could have asked the cashier to give me copies of the receipts if I had known," she said. "It was frustrating. It was only $10 or $15, but it was what was promised me."

E-mail: shortcuts@nytimes.com

# EXHIBIT D



**The Basics**

# Don't get ripped off by a rebate 'deal'

It's not a great buy until you've cashed the rebate check -- and a lot of companies are earning bad reputations for making that as difficult as possible.

By Melinda Fulmer

The pitches are irresistible: Get a $100 hard drive for $30 after rebate. Score the latest $150 cell phone with digital camera for nada. Make $10 by mailing in a rebate form for virus-protection software.

Rebates like these have become pervasive as retailers and manufacturers look for ways to discount without permanently marking down the prices of their products.

Now, nearly a third of all computer products and 20% of electronics, such as digital cameras and flat-screen TVs, are sold with rebates, according to the NPD Group. In part, that's because only an estimated 50% to 70% of buyers redeem them.

But these discounts are not always the sure bargains that consumers think they are. Many manufacturers and retailers have come under scrutiny for delaying payment, imposing hard-to-fulfill restrictions or making forms too complex -- and therefore, too easy to reject.

In Vic Giannini's case, the rebate check came, but it couldn't be cashed. The Akron, Ohio, retiree received the $45 rebate he was promised for purchasing a Maxtor hard drive from online retailer Tiger Direct. After he deposited the check, he got a notice from his bank, stating that the account with Tiger Direct's fulfillment house, Onrebate.com, could not be found. To make matters worse, the bank charged him a $25 fee for processing the invalid check.

"Then I was out $70," Giannini complained. He says he called and e-mailed both Tiger Direct and Onrebate.com, and got no response.

So Giannini posted a report complaining about his experience on www.ripoffreport.com and threatened to file a complaint with the Federal Trade Commission, the primary agency overseeing rebate abuse. Onrebate.com has since offered to cut Giannini a new check.

"What they are banking on is (that) you aren't even going to bother," Giannini said.

## More hoops, more hassle

Indeed, while analysts say it is easier than ever to track the status of your rebate both online and through 800 numbers, rebate rules and forms have gotten more complicated.

"They make it so you have to jump through all these tiny little hoops," said Ed Magedson, editor and founder of the Ripoffreport.com. "And then when you do, they say you didn't get it there on time."

With consumer complaints to the FTC and Better Business Bureau escalating, regulators are ramping up their scrutiny of rebates.

The FTC has fined a handful of companies for failing to pay consumers or for paying them late. Last year, it settled its first case with a retailer, Dallas-based CompUSA, for knowingly advertising rebates from computer peripherals manufacturer QPS Inc., even after CompUSA officials knew the manufacturer wasn't paying the rebates or was paying them as much as six months late. Indeed, the FTC said CompUSA continued to advertise the rebates until shortly before QPS filed for bankruptcy protection in August 2002.

Now, after settling with the FTC, CompUSA must advertise a specific time frame for rebates. The retailer must also bear financial responsibility for any rebates not paid during the time specified.

A CompUSA spokesman declined comment on the settlement, other than to say, "We feel we do an excellent job of fulfilling rebates to the benefit of our customers."

However, at least one customer says CompUSA's rebate problems haven't been solved.

Bill Rubin, a 40-year-old operations manager in Yorktown Heights, N.Y., is still waiting for $56 of the $161 in rebates he was promised last August after a $195 purchase of Hawking Technologies networking equipment at CompUSA. Both Hawking Technologies and CompUSA say the money is on its way -- after many complaints -- but Rubin is still waiting, long past the promised 10- to 12-week window.

"You learn your lessons from some of this stuff," Rubin said. In this case, he said, he will never buy Hawking products again and will look twice to see who's handling a rebate before making a purchase.

## There ought to be a law ...

"Everyone I know has horror stories about rebates," said California State Sen. Liz Figueroa, who introduced a bill in 2004 to establish guidelines for mail-in rebates. That bill, which would have given consumers 30 days to apply for a rebate after purchase and guaranteed payment 60 days after application, passed the California House and Senate, only to be shot down later that year by Gov. Arnold Schwarzenegger.

However, with growing bipartisan support for rebate reform and new advisers in the governor's office, Figueroa plans to reintroduce the bill.

"Republicans and Democrats," she says with a laugh, "we all agree on one thing: We hate rebates."

Other states have also begun tackling rebate issues on their own.

One of the first to take action was New York Attorney General Eliot Spitzer. Spitzer settled a case with cell-phone maker Samsung Electronics America in 2004 for failing to pay rebates. The company agreed to pay $200,000 to more than 4,100 consumers whose rebates were denied simply because they lived in apartment buildings. Samsung's rebate system only allowed one rebate per address and didn't have space to submit apartment numbers.

In Connecticut, state officials are now investigating several retailers that list only prices after rebate in their ads -- a practice that is illegal in the state.

Meanwhile, Massachusetts, in conjunction with 40 other states, is taking on a company that handles rebates. It has sued the nation's largest rebate fulfillment company, Minnesota-based Young America Corp., demanding that it submit to an audit of the uncashed rebate checks it has kept in recent years -- money known in the industry as "slippage" -- in exchange for charging its clients lower processing fees.

### Who keeps the uncashed checks?

According to SEC filings, Young America kept $42.9 million in uncashed rebates between 1995 and 2002. Massachusetts Treasurer Tim Cahill believes the company has held onto $129 million worth of uncashed checks.

Cahill believes this practice has provided incentive for Young America to cheat consumers. This money should be turned over to the states' abandoned property divisions so that consumers can claim it, he says.

"There is an appearance of deception here," Cahill said. "We want to shine some sunlight on this practice. It sends a message to other firms. They are holding onto other people's money that doesn't belong to them."

Cahill says he is also "concerned" by some of the confusing forms used to deny consumers their money.

For their part, Young America officials say they have refused audits in Massachusetts and other states because they don't believe uncashed rebates are unclaimed property, a claim it says has been affirmed by the states of Minnesota and Oklahoma, where it previously had operations.

Young America Chief Executive Roger Andersen says that his company has no incentive to reject applicants to keep the money.

"We don't get any checks or funds for disqualified customers," he said.

He admits, though, that some retail clients have pushed for confusing programs that would result in a lower redemption rate. "We decided that we didn't want to do business with them," Andersen said. "Anything that gives our industry a bad name...is going to erode the acceptability of rebates as a promotional tool."

Indeed, at least one major retailer, Minneapolis-based Best Buy, has said it plans to eliminate all mail-in rebates by 2007. Last week, the company said it was no longer advertising mail-in rebates for laptop computers and was instead offering instant savings. Best Buy also recently launched an online rebate submission tool, so customers don't have to mail in forms and UPC codes.

But, analysts caution, there's a price to be paid for not dealing with the headaches of rebates: higher prices.

"It's a case of be careful of what you ask for," said Steve Baker, vice president of industry analysis for Port Washington, N.Y.-based NPD. If mail-in rebates are replaced with more expensive instant discounts, he said, "you may see some great deals go away."

### 6 keys to getting the rebate you earned

Follow the instructions on the rebate form religiously, enclosing all the required documentation, such as UPC codes or receipts in the same envelope. Some rebates require you to submit each one separately, so read the fine print.

Make a copy of all paperwork to be mailed when applying for a rebate. It's the only record you have if something goes wrong. Some rebate veterans also suggest sending paperwork for larger rebates by certified mail, or getting a delivery confirmation so you can verify the form was sent when you say it was.

Contact the company if the rebate doesn't arrive within the time promised. Most retailers, manufacturers and rebate fulfillment companies have Web sites and 800 numbers where you can track your rebate and complain if your rebate stalls or is rejected. (Many customers have said that they were able to reverse a rejection or resolve a problem with one phone call.)

If the rebate never arrives or arrives late, file a complaint with the Federal Trade Commission, your state attorney

general or the local Better Business Bureau.

If all else fails, set up your own Web site or post on someone else's blog to draw attention to the issue. One enterprising consumer set up www.radioshackrebatefraud.com last month, when it looked like he and other consumers would not get the two rebates Radio Shack promised in a one-day pre-Christmas promotion on its Web site. Several weeks and several TV interviews later, the company said it would honor both rebates, which were held up by a company input error. Radio Shack and other retailers such as Tiger Direct say they monitor many shopping forums and consumer gripe sites and will try and correct any unresolved customer issues they see.

Lastly, only buy things you can afford without the rebate. While fulfillment company Young America claims it now processes rebates in a third of the time it used to, the reality is that some rebates can be held up for months.

# EXHIBIT E

# ClearLink

*Wireless Phones and Accessories*
*All in One Place*

**Sales Receipt**

**11833**

621 W. Diversey Pkwy.
Chicago, IL 60614
**Phone:** 773-529-9300
**Fax:** 773-529-9400

**Store Hours**
**Mon – Thu** 10:00 AM – 8:00 PM  **Fri**  10:00 AM – 7:00 PM
**Sat**    10:00 AM – 6:00 PM  **Sun**  Closed

| Date | Sold By | Payment |
|------|---------|---------|
| 1/11/2005 | DM | Cash |

**Customer Info.**

Loring Rocke

| 345 W Fullerton | | |
|---|---|---|
| Chicago | IL | 60614 |

| ESN / IMEI / CAP Code | SIM | | MIN* | Rate Plan | | | Service Type | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| Item. | | Description | | | Qty | Unit Price. | Discount | Extended. | Tax Rate |
| 4010-000101 | | DAEWOO 3100N DVD Player | | | 1 | 0.00 | 0.00% | 0.00 | 8.750% |
| 353871003200505 | 8901260900023256990 | | (773) 600-1341 | Get More $39.99 600min | | *New Contract* | 1 YR | | |
| 1040-100260 | | T-Mobile Motorola V600 | | | 1 | 224.95 | 0.00% | 224.95 | 8.750% |

| | |
|---|---|
| Subtotal | 224.95 |
| Sales Tax | 19.68 |
| Telecommunication Tax | 0.00 |
| Grand Total | 244.63 |
| Amount Tendered | 244.63 |
| Change | 0.00 |

```
        CLEARLINK
     621 W DIVERSEY PKWY
    CHICAGO, IL 60614-1510

TERMINAL I.D.:   0075420000600144547000

MERCHANT #:            8001445470

MASTERCARD
##############1328
SALE
BATCH: 000197      INV:      000006
DATE: JAN 11, 05   TIME:     20:00
                   AUTH:     011771




TOTAL          $244.63

L LORING ROCKE III


    I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
 (MERCHANT AGREEMENT IF CREDIT VOUCHER)

         CUSTOMER COPY
```

## *Thank You for Your Business*

**RETURN POLICY:** All products MUST be returned complete as in original packaging, including all original boxes, manuals, blank warranty cards and other accessories provided by the manufacturer. The original proof of purchase is absolutely required for all returns. If any of the materials contained in the original package is damaged, replaced, and/or tampered, the product cannot be returned. Some manufacturer restrictions apply. See STORE POLICY or ask sales clerk for details. The activation fees may not be refundable. All returns are subject to a 25% restocking fee.

# EXHIBIT F

Young America
717 Faxon Road
Young America, MN  55397-9481

                              Tracking ID:
                              5023-59 501230966 0
                              unq 303 20622  1025
                              April 19, 2004


MICHAEL CINO
APT 2303
320 W ILLINOIS ST
CHICAGO IL 60610-4173



Dear MICHAEL CINO:

We received your request and we thank you for your interest in
the T-Mobile Wireless Rebate Offer.

We regret that we are unable to process your request as received.
This promotion requires a new activation on your Motorola V300
between 02/01/04 and 06/30/04.  A new activation is activating
a new line of service or a new wireless number within the
promotion dates.  Activating your existing wireless number on
a new handset purchase between the promotion dates is not a new
activation and is not eligible for the rebate.

If you have any questions regarding this offer, you may call
1-877-311-8853 Monday through Friday 7AM-7PM CST, and any of our
representatives will be able to help you.


Sincerely,

Customer Care Department

# EXHIBIT G

# T··Mobile·

March 25, 2008

**VIA E-MAIL**
cchesnut@atg.state.il.us

Christopher Chesnut, Citizen's Advocate
Consumer Protection Division
Office of the Attorney General
State of Illinois
100 West Randolph Street
Chicago, IL 60601

Re:    **Michael Cino**
       **Your File No: 2008-CONSC-00210455**
       **T-Mobile Account No. 255831399**

Dear Mr. Chesnut:

T-Mobile USA, Inc. ("T-Mobile") is in receipt of your letter dated March 13, 2008, regarding the above-referenced account.

T-Mobile has reviewed Mr. Cino's account and determined that the rebate was declined, as an incorrect rebate form was remitted. However, in an effort to resolve this matter, we have issued a credit of $50.89 to Mr. Cino's account. T-Mobile has determined that Mr. Cino's account remains closed with a zero balance. T-Mobile regrets any inconvenience to Mr. Cino.

Based upon the above information, T-Mobile respectfully requests that this complaint be closed.

Thank you for bringing this matter to our attention. Please contact me at 877-290-6323 ext. 8025 or at the address below if you have any further questions.

Very truly yours,

**T-MOBILE USA, INC.**

Stuart Fox
Executive Customer Relations

cc:    Michael Cino
       23 Woodland Rd
       Demarest, NJ 07627-1909

T-Mobile USA, Inc.
PO Box 37380
Albuquerque, NM 87176

08CV3828
JUDGE GUZMAN
MAGISTRATE JUDGE COX
AEE

# EXHIBIT H

- Home
- Contact Me
-

Search

# the way i see IT

## church. IT. technology.

**Feed on**
Posts
Comments

## T-Mobile rebate fraud continues

September 19, 2006 by Brett

Ads by Google

**T-Mobile Official Site**
Exclusive Online Offers at T-Mobile
Buy Online or Find a Store Near You
www.t-mobile.com

**T-Mobile Cell Phone Plans**
Free T-Moblie Dash with a 2 yr
$40/mo plan Other plans from $30/mo
inphonic.com

If you've had a T-Mobile mail in rebate denied, keep reading. I've had plenty of experience dealing with this over the last few months. You can read my 2 original posts here and here.

I get dozens of hits every day on this site from people searching for T-Mobile rebate scam, fraud, rip off, bait and switch, Young America rebate scam, etc. My $50 mail-in-rebate for my T-Mobile SDA was rejected even though it was completed 100% accurately. I called their worthless customer service several times and was told there was nothing they could do. Don't waste your time with them. This is an ongoing problem that you can't fix unless you go to the next level. If enough people follow these steps, it might make a difference.

Here's what you do if all else has failed:

File a complaint with the Better Business Bureau - I finally did this and within a week I received a call from T-Mobile trying to resolve my problem. Apparently this struck a nerve, because they almost bowed at my feet trying to get me my $50. They resubmitted my rebate and assured me I would receive it in a few weeks.

A few weeks later my rebate letter arrived - **REJECTED AGAIN!** Unbelievable! This time they said my IMEI number was invalid or not eligible. In case you were wondering, *it's no longer about the stinkin' money* - it's the concept that they're knowingly ripping people off.

Fortunately, the guy responding to my BBB claim (Jason) gave me a direct number to call back (1-877-290-6323 x 8043). It turned out to be the Office of the President! I called him back and he decided that this wasn't worth dealing with anymore and he just offered to credit my account.

The credit has posted, but I'm still not happy. They just threw their hands up in the air and did just enough to make me go away.

In addition to complaining to the BBB, you can complain to the Federal Trade Commission and your state attorney general. If enough people do these things we might see some changes. Otherwise I know this will continue indefinitely.

Leave a comment and let me know your experiences.

Ads by Google
**Beware Processing Rebates**
98% Work-from-Home Sites Are Scams. We've Tested Many. 1 System Works.
SiteReviewAuthority.org

## Process Rebates From Home
10 a day @ $15 each= $1050 per week $4200 a month or $50,400 a year
www.RebateProcessorJobs.com

## Rebates Processors Wanted
Process Rebates from Home Start At $250 Per Day, Guaranteed!
RebateProcessorTools.com

## Work From Home Scams?
I Found 2 Legitimate Scam Free Opportunities. Read My Story First!
JamminHomeJobs.com/Scams

Posted in Personal, Technology | 75 Comments

**75 Responses to "T-Mobile rebate fraud continues"**

1. *on September 23, 2006 at 6:32 pm* Erica Gamet

   I had the same thing happen to me 2 years ago. We filled out the rebate online, because the rep said we'd get our rebate much faster. WRONG! In the end, it took me 4 months and was only given a credit on my account. Since that time, I've been told that they've brought the rebate department back into the company (instead of an outside company) and should be better. Doesn't sound like it. I'm waiting anxiously for my $80 rebate and the status says No Rebate on the website. We'll see.

   Last time, I was told my IMEI number was wrong. This time, it was all filled out for me on the paperwork from the T-Mobile store. I always make copies, even of the cutout barcode, but what does that prove? Maybe if I tell them the exact same thing happened to me two years ago, they'll think twice about handing me the same line.

2. *on September 24, 2006 at 7:56 pm* Rhonda

   Well its happening to me. I submitted 2 rebates separately to T-Mobile. I've received confirmation and a check for the first, however nothing for the second.

   I contacted T-Mobile and they said that If I dont have copies, there is nothing they can do. I made copies, but cant find them darnit! - gonna keep looking, because I agree, its the principle. You know, they have everything they need to process a rebate. Everything is automated but they insist they need the cardboard section from the box. argh!

3. *on October 12, 2006 at 11:27 pm* jack

   I filed the complaints to BBB and Tmobile get back to me but only with half the amount of the rebae and I refused it. Is there anything else that I can do. Can I take them to small claim court?
   Like you said, it is no longer about the money. I want them to change the way to treat their customers. thanks for your input.

4. *on November 29, 2006 at 2:59 pm* Harry Ewing

   T-Mobile got me also.
   When will America wake up to these ripoffs?



5.  *on December 14, 2006 at 7:52 pm* Sharlene Bellavance

I was totally porked by this T-mobile scam. Last December I purchased 2 phones on the internet promising three separate rebates: one motorola rebate: $50 per phone and two T-mobile rebates $100 and $150 per phone. I received the two $50 rebates and haven't seen another dime. I followed the rebate instructions (which by the way is like a 2nd job) VERY carefully since a lot of money was involved. The rebate instructions clearly say to send the top copy of your 2nd wireless bill. They sent me a notice saying my wireless bill was invalid (excuse pulled out of a hat), that I needed to send copies of my 1st, 2nd and 3rd bills! I re-submitted and still haven't seen a dime. They took me for $500!!!!! I can't believe a strong well-known company would screw people like this and I can't believe people actually work for these scam artists, be it T-mobile or the rebate processing center.



6.  *on December 20, 2006 at 12:23 am* Amanda

I sent in everything that was needed, checked and rechecked, and was refused for not having the cardboard box sent in with the rest of the things. I am 100% sure that it was in there and so I called them and they transferred me to someone high up who said she would "Be more than willing to transfer me to cancelation" Ahhh!, I've never dealt with such poor costumer service in my life.

7.  *on December 27, 2006 at 11:55 am* Glen Leath

I was ripped off to the tune of $300 by T-mobile. It has been a year. I plan to keep sending emails once a month warning people in my address book to look somewhere other than T-Mobile for the phone service. I am also doing the things mentioned above. I am going to harass them every way I can. I can not stand crooks and people who take advantage of others. Hell ain't hot enough for them. The rest of my story is similar to those above.

8.  *on February 20, 2007 at 3:11 pm* Sue

The same thing is happening to me right now. And this Jason Cook is not only being rude but is insistent that we're not entitled to the rebate because he said we could have sold the phone when the phone is in my hand! What?? I intend to fight for the $50 they owe me no matter what I have to do! And it's all about the money AND the POOR customer service they're choosing to provide! Thanks for sharing your experiences!

9.  *on March 26, 2007 at 5:56 pm* David Warner

And the rippoff continues, I am so sick of getting a reply stating that I did not include my UPC sticker. Well I don't have it anymore, I sent it in to whomever is stealing them within thier own mail department. So I am going to file every complaint known to man. Young America,,,YOU SUCK

10. *on March 27, 2007 at 4:55 pm* Kathy

Wow, I'm going through this right now. After 5 rejection letters and about the same number of phone calls to resolve this, I finally sent an e-mail to the head of T-mobile. I got a response pretty quickly, offering a $30 credit to my account instead of a $30 rebate check. Not sure what to do, I really don't want to use their service anymore so the $30 credit won't do much good. I'd prefer it if they honored their original offer.

This all started because I wanted to switch to T-mobile from Cingular because my contract was up. So I bought a T-mobile

prepaid to try it out. Now I know: their service sucks. I'm sticking with Cingular. Rock vs. hard place....yikes.

11. *on April 10, 2007 at 8:15 pm*11     Anna

Well I made copies of my rebate materials which I sent to T-mobile in September 2006 and I offered to send them the copies but they still won't give me a rebate even if I submit the copies because they say my rebate expired in October 2006 - even before the rebate was due to arrive (8-10 weeks after purchase)! So even keeping copies is not enough - they will always find a way out of giving you your rebate!!

12. *on April 14, 2007 at 11:57 pm*12     David

Similar story. Sent in rebates last November. At first they claim they never received them. Then in February I get a letter saying they're processing them. A few days later I get a letter denying the rebate and telling me to contact them by January 15 (a month earlier!). I contact them and get the runaround. First it's a problem with my number. Then the problem is that there's no rebate currently available. After arguing endlessly with logic-challenged customer-service people I finally opened a complaint with the BBB. Two weeks later I had my checks. However, when I checked the BBB web site about my complaint, T-Mobile had left a note claiming that the rebate had been denied because my phone was not activated within the rebate period (baloney - it was activated the day it arrived) and that they'd sent the rebates as a "good will gesture." I will probably cancel my service when the contract is up as I simply wont deal with a company this inept and/or dishonest.

13. *on April 17, 2007 at 10:37 pm*13         Scott

Same here. Just sent my official complaint to T-Mobile, the FTC, BBB and State A.G. Thx for the tips on this! I'd love to be the Governor of this state so I could ream these companies who try to ream us! Maybe someday. If so, they'd better not bend over!

14. *on April 20, 2007 at 1:05 pm*14     chris

I have the same problem now. I filled out the forms to the letter. For two phones each $50 for a total of $100. These guys are scam artists and their rebate call center employees doesn't speak english very well.

15. *on April 23, 2007 at 7:32 pm*15         Israel

I received with my phone a $50 mail in rebate from my T-Mobile as was promised from the agent I purchased the phone from through T-Mobile Young America. After filling out and submitting all the correct information I was expecting a $50 check, but instead I just got a letter saying they couldn't process my request because I didn't include the original IMEI# from the phone box. I'm 100% sure I submitted everything correctly and have all the documents scanned on my PC and printed out too including all BAR CODES.

I called their rebate "customer service" number, and repeated the IMEI to the operator and she said the rebate would be processed. Since then I've received two letters denying me the rebate and made several calls to "customer service" and each time they promised the issue was corrected at their end but as of today 04/23/2007 I still have not received a rebate and my online status at http://www.tmobile rebates.com shows denied.

I have also filed an online complaint with the FCC.
I've spoken with the following customer service reps at this number 1-877-311-8853:

Brina, Agent ID#493339
German, Agent ID#709022
Morgan, Agent ID#493815
Christine, Agent ID#494485
Shamus, Supervisor ID#494424

I've been assigned three different tracking numbers.

Finally this is my third time dealing with rebates through Young America and as of yet they have never honored their rebate promise so on this third episode with this current T-Mobile rebate I have documented everything very clearly.

If anyone is willing to file or knows of a class action suit filed against this company I would be happy to submit my documentation futher and or be included in such action. I can be contacted at israelt519@aol.com

16. *on April 30, 2007 at 1:29 pm*16      *Janet Copriviza*

Kathy, above, said she had an e-mail adress for the head of t-mobile. Can I get that address? I am tired of dealing with the customer service and tech depts. Something has happened to the tower in our little town and I've had no service for 1 month and not time frame when I will have service. We are on the family plan with 4 phones and they want to charge me $200 per line to cancel a contract when they can't get me service. PLEASE someone send me the e-mail address and name of the head of t-mobile. Thanks

17. *on July 2, 2007 at 3:36 pm*17 *Jason*

I understand that I should've made copies of everything and I usually do, but this time I figured I had the receipts so I should be alright. Wrong. I received two of four rebates after a couple weeks but the week after I get a letter saying that for one of the rebates, I did not include the cardboard white sticker panel from the side of the box. I did the same thing for ALL four rebates which were mailed out at the same time so how is this one different? Customer Service then told me that they reviewed what they received and had everything except for the white sticker panel. They also said they only received three rebates and also said that they are not responsible for lost or misdelivered mail. So anyone who forgets or loses their copies are basically screwed.

P.S. I'm glad there is a place to air out my frustration. I feel for everyone that has posted here and hope that no one else has to go through this.

18. *on July 5, 2007 at 11:46 pm*18      *Rina*

This is second time happened to me. First, in 2005, Young America refused to give my $100 rebate, they said that the rebate offer has expired, which was a lie & I let it go & gave up because they bounced me from one customer service to another. And second time just happen in July 2007. I received a letter stating that the rebate request is rejected because the form wasn't submitted???? I sent everything as instructed in rebate form as I wanted to make sure Young America wouldn't have any excuses to not giving my $50 rebate.
This company doing unethical bussines! they're nothing but trying to scam us as customers. Right now, I'm filing a complaint with Better Business Bureau & also with FCC.

19. *on July 12, 2007 at 10:00 pm*19 *Tatnai*

Submitted my rebate, thought everything was in line. Got my rejection letter, phoned and they said that orders place on t-mobile.com had to be purchased before 5/19/07. Well, my rebate form stated 6/30/07 as the latest date of purchase (I purchased 5/22/07), and said purchases could be from T-Mobile retail store or authorized dealer. I had never questioned that the on-line t-mobile store was not a retail store (technically, it is), and nowhere in the fine print online or on the rebate

form does it say that it excludes purchases from t-mobile online, or does it define what a t-mobile retail store is. So I'm now pushing for my rebate to be honored because the rebate form does not exclude me. BBB and FCC here I come.

20.   *on July 15, 2007 at 9:51 am* 20 *JOHN A*

WELL I WAS UNLUCKY ENOUGH TO JOIN YOUR LITTLE CLUB TOO. I HAVEN'T SENT IN THE REBATE FORMS YET BUT WHEN I DO I DO IT WILL BE WITH CERTIFIED MAIL.

ANYWAYS THE HARRASMENT I'M DEALING WITH FROM Terrible-MOBILE HAS TO DO WITH THE "FREE REPLACEMENT" FOR THE DEFECTIVE RAZR THAT'S COST ME OVER $128
I SAY PROVE IT OR SEND BACK MY "DEFECTIVE PHONE". I DON'T NEED THE CRAPY REPLACEMENT RAZR...
I'M GOING TO CONTACT EVERY COMPLAINT DEPT. AVAILABLE, THIS CRAP HAS TO STOP ONCE AND FOR ALL.
I'LL UPDATE WITH MY MAJOR STRIKE ON THESE WICKED CRAPS.

21.   *on July 31, 2007 at 8:47 pm* 21 *brodie*

all you people are dumb...learn to read...and dont be so foreign...make photo copies dumb ass, and yes you need to keep reading after the first condition...you failed yourself, we did not fail you....rebates are easy...why do you find it so hard... its not rocket science...its reading, and comprehending small words, its like a picture book...for kids...with dissabilities

22.   *on July 31, 2007 at 8:49 pm* 22 *TMOBILITY*

fuck u guys stop calling the rebate centre no money!!!!!

23.   *on August 1, 2007 at 3:11 am* 23 *Yuumei*

Wow, stfu about your rebates. Honestly if u have to fvcking hope for a god dam rebate from your fvcking purchace something is Significantly WRONG IN YOUR STATE!!! Im sure u have jobs right? if not then dont waste your fvcking LAST 300-600$ on a Dam phone that you MUST MAKE PAYMENTS ON! Honestly some of you people who call our centers have no fvcking clue what ur talking about, Its like u dont go to school because i dont READ everything needed! So before you send us your Shit-tacular rebates keep in mind its not us its YOU!

24.   *on August 1, 2007 at 2:25 pm* 24 *Tatnai*

Update:
contacted BBB and complaint was filed. T-mobile reviewed my case and issued my rebate after all. Thank you BBB!

25.   *on August 1, 2007 at 2:30 pm* 25 *Tatnai*

Oh, and by the way Yuumei, it's not about the money. It's about the fraud. There are many reasons people buy something, cheap or expensive, and incentives like rebates influence the decision to purchase, regardless of price. I was angry not because of the mere $30 I was jipped, but because they promised my $30 as an incentive to buy, and then did not deliver. That's dishonest advertising. Principle alone is plenty reason to get upset, complain, and fight back. In fact, in my opinion,

its the best reason, and the reason why everyone that gets jipped should file a complaint with the BBB and the FCC.



26. *on August 13, 2007 at 9:47 am26* guxu

I got ripped off $50 also. T-Mobile said I have reached their limit of 5 this year. But the rebate form does not say that the limit is for ALL T-mobile offers COMBINED. I had always thought that limit of 5 was for the particular offer on the form. Filed with BBB and that did not help. T-Mobile's response kept saying the same thing that limit has reached and BBB closed the case. What else can I do to get my $50 back or I am already out of luck? Any suggestions would be helpful. Thanks.

27. *on August 20, 2007 at 10:15 pm27* Brian

I just got off the phone with a second rep (Dale #495473) at T-Mobile/Young America Corp. First I got a letter saying my IMEI is ineligible and to check the IMEI inside the phone by pressing *#06#. The IMEI inside the phone was indeed different than the IMEI on the sticker on the box. So I called and gave them the new IMEI. I got a letter two weeks later saying my IMEI is ineligible.

When I called back today, they told me that the offer on the phone was only valid for new activations and that the T-Mobile store shouldn't have given me the rebate form. This is despite the rebate form being titled "Handset Upgrade Rebate." He then said, "Yes, but it was not valid in the month of May when you bought it." I read the terms of the rebate to him:

"Valid only for upgrade purchases and activations within the periods noted at right: April 1 - June 30, 2007."

He then tells me, "Yes but not for the Nokia 5300."

That's news to me, considering I went to the store no fewer than 3 times between May 24th and May 31 because I exchanged two other phones before finally deciding on the Nokia 5300. Each time, I checked the prices of all 3 phones and the rebate offers on each. The store most certainly did list an upgrade rebate. Whether this was a goof or not is pretty difficult for me to prove.

Any suggestions as to where to go from here are welcome. If anyone has a copy of the upgrade rebate offer for the Nokia 5300, then please post it somewhere.

28. *on August 29, 2007 at 9:00 pm28* PH

Brodie is a "Supervisor" at Young America - the rebate processing center. I was transfered to him because I was having trouble understanding the issue regarding my rebate - They never "received" it. However; I can prove that I mailed 2 rebates on the same day in separate packages and one was processed then I received the $50 and the other one was "Never received."

All I got from Brodie was, "There is nothing we will do for you."

His response to the fact that one was received and paid out and the other was missing with proof of shipping was, "You cannot prove that the mail in the 'lost' package was your rebate that was filled out properly with all items included."

If the poster 'brodie' is indeed the same person I spoke with today then I will be cancelling my T-Mobile service ASAP. Although my nagging suspicion tells me 'brodie' is someone that met the same odds I did and wants to make him look as if he really is the face of a corrupt company reaping the benefits of a broken system.
Anyways, I feel Brodie (the one I spoke with) was as professional as to expect when dealing with unhappy customers all day. I was suprisingly mellow while on the phone which may not prove the case for anyone else that loses control when speaking to him.

29. on August 29, 2007 at 10:11 pm29 . ◊ ◊ . PH

   *- Update -*

   I called T-Mobile and let them know of my frustrations with the whole process and asked them if they could help me. 42 minutes later - 3 holds and 2 different people that the T-Mobile rep spoke with I had a credit of $50 on my account for the next month. I really have to thank Stephanie. She called Young America and got the scoop from them. After she told the that is what she has to go by, I asked if anyone there I could speak with.
   I really just wanted to tell the supervisor that Stephanie was great and that I am disappointed with the companies T-Mobile trusts to take care of their customers when their reps do such a great job.

   Thanks to this forum and Stephanie I was able to get what was owed!

30. on August 30, 2007 at 4:05 am30        Bob Deloyd

   Called T-Mobil rebate center and asked why I was denied (got the denial letter from them yesterday instead of a check). The rep looked it up and told me that it looked ok to him and would resubmit it. He told me that there must have been a "Glitch" in the system. "What if the glitch happens again?" I asked. He said there was nothing his company could do! Well I told him that there sure is something I can do, like call the Better Business Bureau and take them to court. I went online and did a search on T-Mobil rebate complaints and found many. It's not about the money to me: it's about being cheated!

31. on August 31, 2007 at 11:05 pm31        tszefr

   Let us categorize this right where it belongs: A T-mobile rebate offer is like any offer or correspondence you might get from Nigeria. Those people could outsource Young America; only the accent would change.

   My example has been thru most of the attempts mentioned here, including a (now closed) unresolved BBB complaint and correspondence with the CEO of T-mobile as well as entry of a complaint with my Attorney General fraud division. The claim was acknowledged as timely received, and every condition was met but it is still rejected.

   We have heard a number of lies, including
   1: t-mobile.com is not an authorized retail outlet
   2: You got your rebate in the price of the phone
   3: We sent you a rejection letter
   4: You did not qualify for the rebate
   5: You got it cheap enough so we don't owe you
   6: It is not valid in conjunction with any other promo
   7: We never offered any such rebate.

   Of these, #6 is on the form. Something like "free shipping" could easily be interpreted as a promo, so ALL T-mobile rebates can be rejected at their whim, with or without orders from T-mobile.

   Number 7 I actually have in writing from TMO Executive Response team; the actual wording above is my paraphrase of it. It is a lie because I have a copy of the form as does the BBB. It was sufficient to leave BBB case "unresolved" over TMo protest.

   While the rebate company seems to enjoy their job (like the guy in the Capital One "NO" commercial), in this case the real stink comes from the highest offices of T-mobile.

32. on September 20, 2007 at 7:30 pm32      Ana

I had the same issue two weeks ago. They just reply with this message. They agree they make mistakes and they keep our money just blame us of not making copies.

I hate Young America and Stupid Tmobile for using them.

---

Thank you for contacting T-Mobile.

I have looked into your request. You stated that you mailed in the UPC barcode with the rebate submission. If it was stuck to the rebate form, when the rebate is scanned into our system, we would miss it as the system is not designed to pick it up off the rebate form. If it was a separate page and we missed it or if the envelope became damaged in the mail and it has fallen out during transit, I do apologize. If you do not have copies of the sticker panel, there is nothing we can do. There is vital information on that sticker panel that we must have to validate the rebate correctly. Our rebate form does state to make a copy everything you mail in for your records.

33. *on September 30, 2007 at 8:35 pm*33 T T

Rebate:
Filed online, mailed in my rebate information. It has been about 12 weeks now, and the online rebate status states nothing was found for my number.

Phone returns:
I had a problem with phone returns. Bought two, returned two, was credited for one! Call after call (hours of my time) could not resolve this, and I thought I had lost the return UPS label. A supervisor told me I will not get my money back without it, as they need to check the weight.
Found the label, as a corporate customer, I sent an email to the corporate representative, and customer service stating my disgust, and givingthe UPS label information. They finally credited my credit card.

Cancelling service:
Signed up for service, cancelled the same night. Returned the phones unopened. Received several bills. Called. Called. Received pre-collection notice for outstanding balance! Anyway, after the last call earlier this week (5 months since cancellation), I think we finally have a zero balance!

34. *on November 6, 2007 at 1:56 am*34 Scott

Happened to me! No $50 rebate and was
told you can't receive two rebates in the same
11 month period by Young America.

Well I've never had a rebate in my life!

I called T-mobile and they say they
are giving my phone bill a credit for the $50 rebate?
I will see? I will have to see it to believe it.

I will not honor my contract of two years
I told them if the credit it's on next month's bill.

I really don't think they care!

35. *on November 6, 2007 at 1:10 pm*35 Ralph Berliner

The T-Mobile Rebate Scam rolls on! They nailed me on an attempt to claim a $30 rebate on a pay-as-you-go phone this

T-Mobile rebate fraud continues « the way i see iT3
Case 1:09-cv-03028 Document 13    Filed 07/03/2008    Page 11 of 26
Page 10 of 23

June/July. I've tried calling Young America, and after 3 unsuccessful attempts to establish my claim, tried thei T-Mobile Customer Service people, who consistently tried to get me to deal with Young America, even though I told them I no longer wished to relate to them.

It's time to plug in the BBB, FTC, State AG et al.



36.  *on November 14, 2007 at 11:41 am36*    *Evan Rietdyk*

Hey there Guys, I work for T-Mobile at the Rebate Processing Center. If you guy's have any concern's regarding your rebate, send me an e-mail. I've been there for a few months now and have heard everything in the book. I will try to explain everything to the best of my ability to you regarding your rebate, and why you may be unqualified.
erietdyk@hotmail.com

37.  *on December 4, 2007 at 2:18 pm37*    *JacobM*

Rebates are just the beginning. Once you get your phone, expect billing inaccuracies and random charges. Please visit sites like t-mobilefraud.com and tmobilefraud.com

38.  *on December 19, 2007 at 11:09 am38*    *BRock*

Thank you for your post. I'm going through this right now. The T-Mobile guy on the phone told me that I did NOT qualify because T-Mobile retail stores (where of course I went to get my upgrade) were EXCLUDED from the rebate. I saw a huge ad for the $50 rebate in the paper this morning, and lo and behold - I read the fine print and it was excluded.

This means that every T-Mobile retail store that advertises these rebates (they're on the pricing on every phone displayed) is SCAMMING us, because they do not qualify in the first place. If the store does not qualify it shouldn't be advertising this! Also, the thing is that I ASKED them when I bought the phone - are you sure I qualify - there are no fine print exclusions, etc, and the guy said no, just mail it in and you'll get $50.

I'm going to go down to the store to raise a raucus.



39.  *on December 20, 2007 at 6:41 pm39*    *Frustrated*

Same thing happened to me. Got this phone for my wife with $50 rebate. Sent the rebate forms and requirements with UC label. A few weeks later got a letter of denial saying that it did not include label. I swear it was included. Filed a complaint through BBB and a week later I got a call from Tmobile. I was told that I will see a credit on my phone bill for the $50. rebate. Have not seen the credit yet. Unfortunately this same phone got wet and now does not work. I had to get a new one and paid full price of $50. with no rebate. I was told that I have not used my original phone w/ rebate so they could not give me a credit. Stupid ass, I already told them that it got wet and no longer works, so I had to get a new one. But I still want my rebat e as promised when puhased. What a scam!

40.  *on December 26, 2007 at 11:47 pm40*    *Me Too*

Yes Me Too - I did everything right, just like everyone else - and instead of being an honest company they did not send me my rebate check.

I sent them a letter after I got a lame vague rejection letter from young america.

However, this is not TMobile - TMobile does not even have the honor to put their own name on a letter when they are ripping people off.

Well, now this phone is broken and I've gone back to TMobile to buy a new phone.

But wait - why should I go for another mail-in rebate deal? I should get my original money back - I'm not going to give them another $50 and wait for young america. What is wrong with these people? Seriously. AND these are their customers that really should care about KEEPING.

41. *on January 7, 2008 at 12:22 pm*41  Aaron

I filled out everything 100% correctly and accurately, but it was "lost". Oh man I just kept getting the run on with these stupid e-mails about how now it's past the deadline and even when I provided everything they asked for they still "Lost" my reply e-mail. Someone needs to do something about these guys. If there is a class action suit, I would love to know about it. aaroncalloway@hotmail.com.

42. *on January 11, 2008 at 2:17 pm*42  Ron

I got satisfaction by contacting …
Office of the Attorney General
Bureau of Consumer Protection
MS TB 14
900 Fourth Ave, STE #2000
Seattle, WA 98164-1012
Phone (206-464-7744)

I also sent a copy of my complaint to the president of T-Mobile, letting him know that I involved the Attorney Generals office:
Robert Dotson
12920 SE 38th Street
Bellevue, WA 98006
(Phone 1-800-318-9270)

I was burned on two rebates back in 2006 and this garbage is still going on. These people need to face justice.

WRITE THE ATTORNEY GENERAL AND LET THEM KNOW THIS HAS GOT TO STOP!

43. *on January 11, 2008 at 10:15 pm*43  John

Hi everyone, I understand your frustrations! First, I am deaf and am a customer with T-Mobile. I purchased a sidekick and chose the plan I wanted. I only wanted email, text messages and web browsing.. nothing fancy, no phone, etc. Since I am deaf, I didn't need the phone, so I went ahead with this plan called SDKICK Unlimited Plus II VB (special plan for the deaf, I guess). I got the new sidekick along with the rebate forms, I completed the forms and followed everythng as insructed per the forms. I did that including the UPC, of course. I sent the forms in, waited and waited, waited, waited… like for 12 weeks or so, I finally got the letter saying the rebate was denied!

It said I didn't choose the right plan. I guess like the regular plan or something… not sure. The rebate form, said ANY plan. ANY means ANY as long as the plan is $29.99 or more a month. Mine was $29.99! They just lied. I never got the rebate money. That was over 18 months ago. Once the 2 year commitement is over in July this year, I will cancel T-Mobile. I just think that the T-Mobile is not the honest company. I now realize that there is so many rebates that are denied! (I found this out by reading your posts!) Should I file a complaint with FCC since it was over 18 months ago?? Thanks.

44. *on January 17, 2008 at 6:47 pm*44  Erin

I purchased two phones. Both had $20 mail in rebates. I received a confirmation email that one had been processed, and approved. Hopefully I'll receive that check. The other one, that I sent in a seperate envelope, with the same exact postage, on the same day, Is lost. I called their # and they said there is no record of it. They said the only way I could get it is if I had a photocopy of everything. I do have a photocopy of everything, and she said that I had to mail this new rebate to a new address. Hopefully I can get this one in, before the due date, and get it approved. If not I will be contacting the BBB.

45. on January 18, 2008 at 11:54 am45 Manoj

T-mobile did it with three of my $50 rebates with my family plan. I am looking for a means to get that. If anyone is planning to initiate class action, please provide a reply to this message.

thanks

manoj

46. on February 6, 2008 at 6:20 pm46 erin

I finally got both $50 rebate checks. It took a lot of work though. They lost one of the original ones, and then I resubmitted it. They told me that they never received this rebate form AGAIN. After several emails and phone calls, this rebate was now found, but it was denied because the number was wrong. So I gave them the correct number. They said it was approved, two days later they tell me it's denied because the imei number is wrong. I asked them to recheck the photocopied label with the imei number it's not wrong. They told me that it was still denied. So I filed a complaint with the BBB. Then A week later I get a letter saying that my rebate had been approved. I check the status online and it says denied. I call them up, and they tell me that is has been approved. I finally received my rebate check Monday.

47. on February 14, 2008 at 3:35 pm47 Sherman

I've been chasing down a $50 rebate for my tmobile shadow. Young America has been ignoring my emails after posting up the denied status on the tmobile rebate website. It's been driving me nuts chasing after these people. It took them over two months to do anything and then they denied me in spite of my having fulfilled the requirements to the letter. It's incredibly frustrating. I even included the originals so that they couldn't pull the "No photocopies" thing on me. I'm going to be registering a complaint with the Better Business Bureau. If they're going to advertise a $50 rebate and then deny everyone, why even bother? It's just false advertising.

48. on February 19, 2008 at 10:24 pm48    I Work At The Rebate Center

Yes that is the same brodie, funny eh? How quality is tmobile, pretty quality. Their service is great. But the rebates are a different story. They are not a scam, or anything. Simply a promotional offer. To qualify for the promotion, you need to abide by the conditions. Not doing so means you recieve a letter. I will be honest, some ppl do get denied due to faults in the system, but MANY get denied bc they never followed the 1, 2, 3 steps on the rebate form. I have worked there for 8 months. Many ppl, sorry to say, are too incompedent to write there name, or put the wrong address, or decide to buy a brand new phone, and store it in their sock drawer.

PLEASE if you want your money, follow the conditions, re read them, and protect yourself by making photocopies, and following up on your rebate. Feel free to call the rebate number to check the status, just done wait more then 3 months. Rebate offers expire with in 6 months of opening.

Also, when you do contact us, do not yell in my ear. its not appreciated at all, and only makes me not want to help you. Also, when you scream in my ear, I tend to take my earpiece off, bc it hurts my ear. So i dont hear what you say. Thus, the purpose of calling failed.

Again mistakes on our behalf do happen, and i do appologize for that. I would get that correct for you, and follow up weekly to make sure it gets corrected. (This is not a responsibility of my job, but rather I choose to)

49. *on February 20, 2008 at 5:26 pm*49  *I Don't Work At The Rebate Center*

Dear I Work At The Rebate Center,

Is English your native language or are you a product of home schooling?

If you are a representative sample of your fellow colleagues then I understand why I would like to bore a hole in my head with a power tool after speaking with any of you.

Dear TMOBILITY

22 TMOBILITY

fuck u guys stop calling the rebate centre no money!!!!!

I know! Thanks for being honest!

50. *on February 29, 2008 at 4:16 pm*50  *cindy*

Great! I just got my letter denying my $100 rebate. Now I see what I am going to go through! I didn't make ANY photocopies. I just trusted that they were gonna do what they said.

51. *on February 29, 2008 at 4:17 pm*51  *cindy*

Any help? Let me know. Cindola424@hotmail.com

52. *on March 5, 2008 at 9:18 pm*52  *StlSteve*

I wound up on this site looking for some other information and this blog intrigued me. I have been a T-Mobile customer for over 5 years and have purchased at least 4 phones during that time (including a Sidekick II, Sidekick 3 and most recently a Wing.)

Sorry to come off like a jerk, but simply put: Anyone today who buys anything from anyone with a rebate (other than an Instant rebate) and actually expects to ever see the money is an unknowledgeable consumer. You can leave words like "principle" and "fraud" out of it because it's endemic.

I have seen and heard these same complaints about everything from hard drives to office supplies to toys to DSL service and equipment, ad nauseatum. These companies all promise money back if you buy the product — then you waste your time filling out the forms and never see anything.

We have run a small ISP for many years, and for a time decided to resell DSL service through a major national carrier. At the time, rebates for the equipment were standard practice. Of course the customers never got them — then they'd call us like we were the "bad guys" and threaten us, cancel, etc. And there wasn't a thing we could do about it (except what we eventually did: just quit selling it.)

Let me give you one tip: Mention the Attorney General, or any legal action, and the T-Mobile rep will end the discussion right then and there and tell you that they can no longer talk to you. That's their internal instructions. I found that out the

T-Mobile rebate fraud continues « the way i see IT
Case 1:08-cv-03828 Document 1-3 Filed 07/03/2008 Page 15 of 26
Page 14 of 23

hard way (which I'll get to in a second.)

But, to finish about rebates, simply put: Don't fall for the scam. Buy for the best price, not for the best promise — especially when the company you're buying from isn't controlling whether or not you actually ever see your money.

Now, a quick REAL T-Mobile horror story:

We had a defective phone and after several trips to the T-Mobile (company owned) store, finally got Customer Service to agree to cross-ship us a new phone. We followed all the directions for sending the defective phone back to their distribution center in Georgia. A month later a charge equal to the price of the replacement phone showed up on the bill. So, I called them . . .

They claimed to have not received the defective phone returned to them. Although I knew that was very unlikely, I didn't argue at the time — just decided to get my info together for the next round. I went to ups.com and tracked the package and got a copy of the tracer number and delivery signature. Armed with this, I assumed that I had the situation in hand. Nope . . .

Even when presented with both pieces of rock solid evidence that they had, in fact, received the phone, they still claimed that it didn't exist in their inventory and, as such, was our responsiblilty! It didn't matter whether or not THEY lost the phone after accepting delivery of it — as long as THEY didn't acknowledge delivery by putting it into their inventory, then as far as they were concerned, it was never delivered.

It was at this time I learned my little tip about threatening them with anything legal. As soon as you do that, you have to deal with their legal department — in writing.

Anyway, it all worked out. They found the phone. They were apologetic. And, I've always liked their service (yes, even their Customer Service.) So, after requesting and receiving an accommodation for all my trouble, I stayed with them. And, by the way, no matter how bad it got, no one ever suggested that they'd transfer me to "Cancellations." After 5 years with them, and more than a few disagreements over various things, I'm sorry but I just find that hard to accept as a credible story. They don't bend much, but I've never had any T-Mobile rep be rude (and, I've talked to at least 20 of them at various times.)

Just some thoughts, for what they're worth . . .

53. *on March 10, 2008 at 9:05 pm*53 *Jay*

I got a similar issue. My employee has a benefit plan I bought Wing with the phone plan and the unlimited Data plan. The sales rep told me two "mis-leading" information:

"Right now, t-mobile offers $50 rebate for the Wing if you join today"

I didn't see any rebate form as I was doing the deal over the phone (I was using the Prime Card program, in which the t-mobile give you "via phone" option only. I usually do not have any deals over the phone, as I have many terrible experiences, but in this case, I didn't doubt what the sales rep told me, simply because the T-mobile is one of the nationally well-known companies.

Several weeks later, I got a mail, says I'm not qualified for the rebate. I was so surprised and regret that I trusted t-Mobile Sales Department.

I called the Customer service, but they told me I won't qualify for two reasons that I was not informed before completing the deal:

1)The phone plan is only $29.99, not 49.99.
2)Data Plan does not count.

What is the sales department for? To deceive the customer, in stead of helping them? If the t-Mobile were the local small business, then I won't have been fed up so much. They just gained $50 from me, but also they lost more than $50 — "Trust and customer loyalty".

Probably my case is just the tip of the iceberg, as I can see so many complaints against T-Mobile over the internet, and even in BBB site (I did't know the BBB "Company with unsatisfactory records" which is the "bad sign" by BBB)

As everyone in this blog thinking, I will also cancel the service right after the day that my annual contract ends with t-Mobile, and I won't ever come back.

Lesson learned: I should always check with BBB when making any deals, even with any large companies. And of course, I have to put a PostIt to my phone, says: "No more deals over phone" ☺



54.  on March 13, 2008 at 1:39 am54 Stacey

Anyone up for a class action against T-Mobile? The same thing happened to me as everyone else, I just don't know who to blame, the Rogue Valley Mobile Solution or T-mobile. I lost $120 for 4 $30 rebates, so I am right there with everyone else on getting ripped off. I sent in everything and scanned it onto my pc before sending it. It was on time and correct. If my first overly inflated bill was hard enough to swallow, the $120 "invalid" rebate just kicked me in the teeth.

55.  on March 21, 2008 at 9:25 am55 New T-Mobile Customer

I just joined T-Mobile last Thursday and I am currently in my 14 day "grace period" as they refer to it. I had to get my Blackberry Pearl phone switched out because it was making a hissing noise in the background. I have read so much negative stuff about T-Mobile that I am second guessing whether to stick with them.

My brother joined on with them about two months ago and has said that everything has gone really well with them so far. His bill is pretty clean looking, no random charges for non-sense (thus far) as we experienced with Sprint non-stop. He did mention though, that he did not get his $50 mail-in rebate with them for the BB Pearl phone that he bought which kind of raised my concern.

I just paid $150 plus tax for mine and they gave me the form for the rebate. If I do make the decision to stay with them, which I may due to the Fave5 and good T-Mobile zone web browsing thing I have....(you can not beat the price of this on a family plan with my brother).

I will be interested to find out if my rebate gets denied, I was promised by the store people (which is about worthless with any company), that the rebate would go through fine because of the plan I chose etc. but I do not believe any of it until I get the check and it clears.

Cell phone companies are really not to be trusted overall as an industry. It is terrible, but that is the way it has gotten. T-Mobile has been good so far though, but I am never too certain about anything when it comes to wireless providers.



56.  on March 24, 2008 at 4:53 pm56 Pavel

I've gone through the same junk 3 months later I've got nothing ☹ I'm very disappointed and my sister didn't get her reabate either ☹

57.  on March 31, 2008 at 5:38 pm57 Cathy

It's happening to me right now over a $30 rebate. Been going on since 12/07..they keep giving me all different kinds of excuses why my rebate stuff I sent in is wrong. Each letter of denial is a DIFFERENT STORY! I would be happy to join others who would like to start a class action suit!

58. *on May 4, 2008 at 9:37 pm*58 *Marco*

Iam a new victim of these people me and my wife when to all the means of getting our rebate back ,countless hours on the phone ,including from the cosco reps were we bought the phones the best answer they could give (thas the best we could do) false promises,iam also writing to the federal trade comission and the BBB.its nothing but a mere scam!

59. *on May 11, 2008 at 9:02 pm*59 *NotaYank*

I love how none of these Yank's know that were in CANADA. Thats right, fucking Americans aren't smart enough to figure out a fucking rebate. LEARN TO READ. The terms CLEARLY state why you are unqualified. If the fucking form says that you have to purchase at a T-mobile Dealer, that means that you have to purchase there, not online, not at a T-mobile store, a DEALER. AN AUTHORIZED DEALER. Please, for the sanity of all of us down at the rebate center, READ THE FUCKING FORM!

Sincerely,
Concerned Citizen

60. *on May 12, 2008 at 9:04 pm*60 *scammed by Tmobile*

My bills usually over 300.00 a month they promised me a rebate 6 months ago and still no rebate. Has anyone filed a class action lawsuit. I would like to Join.

61. *on May 13, 2008 at 11:00 am*61 *Jessica*

Wow, I was about to log into the damn tmobile rebate center because ive been waiting since march and it had gotten denied on the strength of some stupid date issue that was a lie and i had copies, it still says pending, now they said for my new blackberry they would mail it, well i log into check and its for 5/1/08-5/30/08! I'm glad you posted this, because this'll make $100 they will have to honor.

62. *on May 18, 2008 at 8:59 pm*62 *T-Mobile Rebate Employee*

I do regret to inform you but your rebate checks did actually burn in a rebate fire…. we apologized for the inconvenience but there was nothing we could do…

Also, all upc codes that were submitted that we said we didn't recieve? Those burned as well…
seperate fire, seperate center, all under one god…

MALCOLM X Svc rjt 2X - Info verified processed

63. *on May 19, 2008 at 11:19 pm*63 *NeverGonnaGetIt*

You nevva gonna get it, you just never gonna get it!

No rebates for anyone!

Concerned T-Mobile Rebate Employee



64. *on May 20, 2008 at 6:38 pm64*  *T-Mobile Rebate Center Employee*

Back again, just to update the status of all the rebates that were submitted between the timeframe of 1806-2008:

We do apologize but our rebate checks are currently no longer available. However, we will be sending the value of your rebate in raw hamburger in the mail. You can expect those in 4-7 months, this way we know the hamburger will be in prime condition when it reaches our faithful T-Mobile consumers. Thank you for your understanding.

Coprorate Manager,
Jesus M. Christ

65. *on May 20, 2008 at 8:28 pm65* *T-Mobile Rebate Center Employee*

Also, T-Mobile added a new level of Esclation to our supervisor department. We can now transfer you to God.

Thank you for your continued support for T-Mobile, you have an excellent day.

Corporate Manager,
Jesus M. Christ

66. *on May 21, 2008 at 10:32 pm66* *T-Mobile Rebate Center Employee*

Jesus 'The Lifeless' Christ back again with another update. Turns out that the cows which were to be turned into hamburger were mixed up with the horses which were to be turned into glue. SO! What to do now? WELL. Instead of getting you're rebate checks now, you will be receiving you're rebate value in fresh, processed from the hoove glue. This stuff is great for sticking anything to anything! You could even use it in your next rebate to extra-glue those envelopes shut. We don't want any missing UPC Bar Codes! No sir!

Thank you for your continued support for T-Mobile.

Corporate Manager,
Jesus M. Christ

67. *on May 21, 2008 at 10:38 pm67* *A standard rebate call:*

Employee: Hi, this is _____ and my t-mobile rep ID is _____. How can I help you today?
Customer: Uhm, yeah, I got a fucking letter.
Employee: Really? From who?!
Customer: Santa Clause. WHO THE FUCK DO YOU THINK?
Employee: Uhm... don't tell me, I'll get it...
Customer: YOU, YOU IDIOT!
Employee: OH! I can certainly help out with that kind of letter! Can I get the tracking ID from the top right hand corner of that letter?
Customer: Sure thing, pal. 750278285
Employee: And who am I speaking with today?
Customer: Jesus Christ.
Employee: Okay Jesus, can I get you to verify you're address for me please?
Customer: 777 Heaven Gates Blvd, Las Vegas Nevada, 77777.

Employee: Great! Would you mind if I place you on a brief hold while I look into this for you?
Customer: *groan* Sure.
Employee: Awesome!
*hold music*
*the original caller, has hung up*



68.   *on May 26, 2008 at 3:28 pm*68   *Class Action Lawsuit*

Anyone planning to issue a class action lawsuit, don't bother. The rebate forms clearly state why you are unqualified if you are. Please read your rebate form prior to submission, or if you are denied, take a second look at it. Also, I don't believe US law has jurisdiction in Canada.



69.   *on May 29, 2008 at 3:55 pm*69   *T-Mobile Rebate Center Employee*

05/29/2008: High Mail Volume

Here at T-Mobile, its been brought to our attention that a large quantity of rebate submissions are not making it to our rebate processing center in Chanhassen, MN.

As a result, not all consumers have been recieving their rebate checks due to lost or damaged rebate submissions. Since we have been brought to light on this, we here at T-Mobile have arranged for a new rebate processing center. The new center will be located in the north pole, where Santa Clause has agreed to, with the help of millions of little hands, get your rebates sorted out and processed all in the same night. As well as such, he has also agreed to deliver them, so the day you mail it in, the next day you recieve the check in the mail!

However, due to Santa Clause's contribution to providing America with their ever-beloved rebate checks, he can no longer provide all the good little girls and boys with presents.

Well, T-monile does hope your proud of yourself and hopes you have a fine day.

Corporate Manager,
Jesus M. Christ



70.   *on June 5, 2008 at 3:17 pm*70   *Tired of The Greed*

Add me to the list of 'been screwed' by T-Mobile. I bought a phone from them at the end of January, and the dealer filled out the forms. I verified everything was correct, and everything got sent in as required. Six weeks later, an envelope arrives from TMobile. I was so excited as I opened it, expecting a check to be inside. REJECTED! Those jerks had waited SIX weeks before telling me it had been rejected? What kind of BS is that?

So I call the number on the letter to challenge the rejection. They said the phone number on my account wasn't even a TMobile number (which it was), and that it wasn't their fault it had been rejected (which it was). The supervisor I got transferred to apologized eventually, and said they would reprocess the rebate form and I should see a check in the usual '4 to 6 weeks'.

Y e a h R i g h t.

By my calender, it has now been almost 11 working weeks since that phone call. Note the distinction - not 11 calender weeks: 11 work weeks.

Want to know what I was told just know when I called? Rejected the day after it had been resubmitted! They didn't even bother to send me another letter about it. Of course, the rep said they mailed the notice, but that is absolute BS - nothing ever showed up. 11 WEEKS!

So now it's the waiting game again. I think I'll call them a minimum of once a week until this thing goes through. Maybe if I'm an intolerable pest, they'll send me the money just to make me shut up. Otherwise, I think I'll contact the local news station here in Seattle. They take great delight in publicly exposing fraud!

I have to wonder about the class action lawsuit issue? Just because their little piece of paper says so, doesn't mean it will hold water in Federal Court. Might be worth looking into…

As an FYI - this is the 5th or 6th rebate of any size I've requested from a large company. And this is the only time I've gotten screwed. So those of you who blame all of this on my being a 'naive consumer' need to shut up. It's the greed of TMobile that is at fault, not the intelligence of consumers.



71.  on June 8, 2008 at 8:26 pm71      B Shah

Add me to the list too.
When I signed up with TMobile for the SHADOW, I was told that I did NOT need an internet plan for the rebate or the phone. When I went to submit the rebate, I called their rebate center to confirm: They said I DID need the internet plan of $9.99 + tax, but that I could cancel once the rebate is in the "Processed" stage.

I submitted 3 rebates, and 2 went through perfectly. The third rebate was denied because they could not read the IMEI number. I called them and the CS verified that the IMEI was correct, and he did not know why it was denied. He reprocessed the form and told me to wait 2 weeks.

I called 2 weeks later, and they told me that it could take up to 6 weeks. All this time, I must keep the internet plan active. They verified the rebate and that everything was correct.

6 weeks later, I check the status online, and it was REJECTED for incorrect submission date! I called their CS again who said that it was a "data entry error" and that I have to wait another 6-12 weeks for it to be re-processed. I stated that this was unacceptable and was transferred to supervisor, "STEVE". Steve told me "We realize that it is an error, but we do not accept fault. These things happen." I stated to him that this was not acceptable, and he has to fix this. He said, "No, I cannot do that. Actually, I no longer am going to re-submit your rebate"!!! When I asked Why, his response was that he acknowledges that this was the rebate processing center's error, but they are not required to resubmit anything. If I have a problem, call TMobile Customer Service.

I called TMobile, and they applied the rebate to my account ASAP.

This is still unacceptable. Why did they make me wait 2 months+ for no reason?!?!?!

I believe that this is a scam so they can force you to stay on their internet plan for $10/mo+Tax ($14/mo).

My rebate was pretty much useless at this point, since I paid that amount for the internet fees, which I didnt use at all.



72.  on June 9, 2008 at 2:01 pm72    Victoria

T-mobile is a total rip-off, they tried to pull that internet crap on me initially, even thought when I ordered my phone through customer service (611) I was never told I had to activate internet service and there is no way I am going to. Then I was told that I dont qualify for the rebate, not sure what the reason is and I was only told this after I complained about not being able to access the status via theri website with the fake reference number they provided. T-mobile is a scam and I have filed complaints with the BBB, Public Utilities Commission, and the FCC and I will continue to file complaints and send emails until I get my money!

73.  on June 10, 2008 at 10:06 pm73    another dumb-assed rep

To all those devastated by there denials on their rebates.

I do admit there are times when mistakes happen, and also a great many of faults in the system to begin with that create these problems. The system is not fool proof. Continued improvement is the goal. I assure you as an TM rebate rep, I always start every call with the intent of fixing the problem at hand and to ensure customer satisfaction. I also assure you I see just as many checks mailed out in a day as I do denials. You don't read stories about people who are enthusiastic about their experience with TM and customer care. I promise there are reps who care to get you what you deserve.
Tmobile is no more of a rip off than any other corporation offering mail in rebates. It is a game you choose to play the moment you sign the card and mail it off! There are rules and procedures to follow like any other regimine. Whether you are illiterate; lazy; too carefree or so cloaked in your sense of entitlement that you avoid reading every last word on the card, it creates a vulnerability in your request. It was your choice not to understand the requirements fully before applying. I would also like to mention the voice call rate plans. If you are denied for not having a qualifying rate plan, yet your rate plan fully suits your needs, then consider yourself ahead in the game. Qualifying rate plans are set up for you to actually pay the rebate back over the term of your service agreement. In fact in most cases you pay double the rebate. Do the math. If you have a problem call the rebate center and be civil with the reps. If they are not seeming to be able to help, at least your friendliness will go unnoticed and you could call back to try getting another rep who may be better educated or more willing to help out. The moment you create havoc, you are not likely being paid attention to in any sort of concerning way and the chance of extra help is next to none. In addition, notes are often left for other reps to see when you become irate. We have often called through to customer care and had issues resolved instantly through account credits simply by applying common manners and equal respect by all parties. It depends on your initial demeanor in most cases.

1-877-311-8853…call it and be nice. We will be nice back.

In my opinion: Any rebate offer by any product provider is not exactly built around the intention of making your purchase cheaper. If that were the case it would be sold at a discount price instantly. Where else in the world but the US do you see mail in rebates so prominent. Its because it works for the corporations, but I assure you; no different than casinos; the corporations have all corners covered and do not intend to do anything but profit.

74. *on June 17, 2008 at 2:08 am*[74] **TMOBILE REP**

I work for Tmobile, and you guys are a joke.

Did you know that the reason you all get rejected is USUALLY on the form.

If one more person says,"They didn't TELL ME I needed the $9.99 add on," I'll scream.

Are you two years old? Are you? NO. You're grown ass adults that should be able to read and write english.

Stop acting like a kid in a candy store, open up your eyes and look at what you're filling out.

ALSO, did you ever think that mayyybe the person selling you the phone mayyyy be on commission.. so mayyyyybe they're just trying to make a sale?

The excuse we love hearing is, "I only bought this phone because of the rebate!" Look, that's not my problem you're that stupid. Get the phone you want. Pay the price. Consider a rebate A BONUS, it's not something you're just entitled to automatically, you apply for it - so follow the terms and conditions.

MAKE PHOTOCOPIES OF EVERYTING YOU SEND IN.
Oh, you didn't think that was necessary? That's unfortunate. Think ahead a little, maybe, plan for something to go wrong and maybe for once it wouldn't.

SEND THE UPC BARCODE IT IS NOT MY FAULT IF YOU THREW OUT THE BOX, YOUR GODDAMN KID ATE IT, ETC.

Look, I realize the letters you're getting are irritating. I'd be irritated too. Realize though, that when you call in and have a huge ass attitude right off the bat, we choose not to cooperate. There are occasionally exceptions that can be made, but we're not like other companies, where if you complain enough we appease you. If you bitch, say you want to leave the company, the response is, "Alright, I'm sorry you feel that way, I'll get you right over to Customer Care so you can cancel your account." The people who are nice about it, are the ones who get processed.

I don't get paid NEAR enough to listen to you bitch about $50. If the $50 is so much to you, that you want to call your

lawyer, call the police, call the Better Business Bureau, blah blah blah.. then maybe you shouldn't be pissing your money away on a cell phone. No one NEEDS a cell phone.

You can complain all you want. But I don't believe for one second that you can all say, and mean it, that you have a job where you NEVER screw anyone over, and you make EVERYONE happy.

I WANT TO MAKE IT CLEAR TO ALL OF YOU THAT THE REBATE CENTER IS S E P A R A T E FROM CUSTOMER CARE. ALL WE HANDLE IS REBATES. IF YOU THINK YOUR PHONE IS A PIECE OF SHIT, IT PROBABLY IS. IF YOU THINK YOUR BILL IS TOO HIGH, IT PROBABLY IS. IF YOU THINK THE STORE WHERE YOU BOUGHT THE PHONE FUCKED YOU, THEY PROBABLY DID.
COME ON PEOPLE. THIS IS LIFE. PEOPLE WILL SCREW YOU, JUST LIKE YOU ALL SCREW OTHERS. IT'S THE WAY THE WORLD WORKS. TAKE OFF YOUR ROSE COLOURED GLASSES WHEN YOU'RE SHOPPING FOR A PHONE. READ THE FORM.
IT'S THAT SIMPLE.

I've had so many people threaten to sue me personally. Anyone who says this, you're a joke. I live in Canada. You're outsourcing jobs, then you get mad. How typical. We all sit around at work and laugh at you when you get off the phone. If you swear and freak out and cry and bitch and complain and threaten us, WE SIT THERE AND LAUGH AT YOU. Do you think we care? No. Not a chance in hell. It's entertainment. You can't touch us, we don't even live in the same country. But here's the best part, you'll freak because we're Canadian, however the real joke is, the calls I get that are the most difficult to take are from YOU. Americans. Foreigners that now reside in America. Look, I understand, it's cool, you live there now, but get someone to translate your form for you, and the phonecall you make to us, because it's not my fault if you don't understand. If you don't understand IN STORE WHEN PURCHASING ask questions.

The other thing that gets me about you guys is dissing the way we pronounce words. One of you corrected me over the phone, yelled at me, " IT'S PRAWCESS NOT PROCESS!" No, sorry, it's not. Look at the way it's spelt. It's not spelt 'prawcess' it's 'PROcess' - pick up another book before you try and teach me a think or two about english. Fuck off with that, because you're a joke to me.

Almost done here, hang in here with me. ..
When you yell at me, and say, "YOU'RE TAKING MY MONEY!!" Rethink it before you say it. If I personally had the money that hundreds of people have accused me of keeping, I wouldn't be at that job! I work in the rebate center, I never see a fucking dime of the money you shelled out for the phone. Don't tell me how my job is done or how I'm keeping things from you - you're keeping it from yourself.

If these stupid rebates upset you this much, you have too much time on your hands and need to get a hobby. Live life, stop getting caught up in the pennies, you likely make enough money that the $50 rebate you just lost out on because YOU screwed it up, is JUST a drop in the bucket.

FOOD FOR THOUGHT PEOPLE.

xo.

75. *on June 17, 2008 at 2:30 am75* ▶️ TMOBILE REP

YOUNG AMERICA ROCKS by the way.

what the hell do you think we're stealing your upc for?? confetti??? i don't give a shit about it and i don't want it. MAKE A COPY!

"These guys are scam artists and their rebate call center employees doesn't speak english very well." I THINK YOU MEAN... "These guys are scam artists and their rebate call center employees DON'T speak english very well." GOOD ARGUEMENT.......?

Everyone needs to stop calling it fraud. We don't lie to you. It's ALL on the form.

Bills? Excuse me that's Customer Care, not Young America.

Evan Rietdyk is the MAN!

JOHN #43, no it does not say ANY plan. 29.99 has to be VOICE BARRED/HEARING IMPAIRED on a sidekick. 34.99 is the standard for anything. READ, PEOPLE, READ.

CINDY in 50… awww. sob story… you TRUSTED us, that's cute. wake up you live in the real world, look out for yourself, you're a grown ass woman.

#60, your bill is over $300 because YOU USE THE PHONE, incurring those charges! what the hell are you trying to say?! you're not just handing out money, tmobile provided phone service to you???

PS i'm behind #73.

Comments RSS

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

[ Submit Comment ]

## • About



I'm Brett Anderson and I'm the IT Director at Christian Life Center. This is my personal blog about my experiences and opinions. It's my responsibility, not CLC's.


Subscribe

• Mozy Unlimited Backup - $4.95/Month!

## • Contact Me

Send me an email.

follow BrettA at
http://twitter.com

## • Blog Stats

o 88,209 hits

## 🔖 Latest from my "Church IT" feeds

- The things we do.
- Arena Enables the Paperless Office
- Evolution of the Web: From Simple Text to Social Networks
- Home Entertainment System - Part 1
- Evernote Beta
- Google Toolbar
- Gettin' Jing-y Wit It
- Arena Assignments
- I'm a bad parent
- Making A Donated Wyse WT3350SE Thin Client Terminal Work (with Pre-9/11 Firmware!)

## Recent Comments



TMOBILE REP on T-Mobile rebate fraud con…

TMOBILE REP on T-Mobile rebate fraud con…



James on Did your T-Mobile rebate get…

Isaac Huff on The state of my union

E on The state of my union

## Archives

Select Month

sitemeter

## links

- Christian Life Center
- Ryan Day - CLC Fairfield
- the twit network

Blog at WordPress.com. | Theme: Mistylook by Sadish.

# EXHIBIT I

T· ·Mobil·· **stick together**

Home › About T-Mobile › Press Releases

# T-Mobile Offers Customers Additional Service Plan Flexibility

*The Recognized Leader in Wireless Customer Care*
*Launches ETFs That Decline During the Course of an Agreement*

BELLEVUE, Wash. – June 23, 2008 – T-Mobile USA, Inc. today announced a new approach to early termination fees (ETFs) that provides greater flexibility for T-Mobile customers.

For customers who do not want term commitments or ETFs, T-Mobile offers a variety of service options, including:

**T-Mobile FlexPay**SM: A program that offers customers access to nationwide long-distance calling and roaming, the latest phones, and T-Mobile's great rate plans including myFaves SM — all without having to commit to a long-term service agreement or make a hefty deposit.
**Prepaid Plans:** Flexible plans that give customers the freedom to communicate with no annual contract, no credit checks and no monthly bills. Prepaid options include:
    **Pay By The Day:** Recently introduced, this option costs $1 per day only on days when the phone is used. In exchange, customers get unlimited T-Mobile-to-T-Mobile calling all day and unlimited nationwide calling from 7 p.m. to 6:59 a.m. All other domestic calls are just 10¢ per minute and text messages are 10¢ to send and 5¢ to receive.
    **Pay As You Go** (previously named T-Mobile To Go): Customers can purchase minutes as they need them. Customers who purchase $100 in refills become Gold Rewards members and receive 15 percent more minutes on all future refills.
    **Sidekick Prepaid** (previously named Sidekick To Go): T-Mobile Sidekick® fans receive unlimited domestic e-mailing, Web browsing, instant messaging, and text messaging for $1 per day, and nationwide calling costs just 15¢ per minute.

"T-Mobile continues to set the pace in offering customers a number of flexible plans and services that don't require a contract to help them stay connected to those who matter most," said Sue Nokes, Chief Customer and Operations Officer, T-Mobile USA. "In addition, by providing this flexibility and choice, our hope is that T-Mobile customers will be happy customers for years to come."

Earlier this year, T-Mobile received highest ranking in the J.D. Power and Associates' Wireless Customer Care Performance Study SM for the seventh consecutive reporting period. Additional information about T-Mobile calling plans can be found at www.t-mobile.com/shop/plans/.

### About T-Mobile USA, Inc.

Based in Bellevue, Wash., T-Mobile USA, Inc. is the U.S. operation of Deutsche Telekom AG's Mobile Communications Business, and a wholly owned subsidiary of T-Mobile International, one of the world's leading companies in mobile communications. By the end of the first quarter of 2008, 123 million mobile customers were served by the mobile communication segments of the Deutsche Telekom group — 30.8 million by T-Mobile USA — all via a common technology platform based on GSM, the world's most widely used digital wireless standard. T-Mobile's innovative wireless products and services help empower people to connect to those who matter most. Multiple independent research studies continue to rank T-Mobile among the highest in numerous regions throughout the U.S. in wireless customer care and call quality. For more information, please visit www.t-mobile.com. T-Mobile is a federally registered trademark of Deutsche Telekom AG.

**Media Contacts**
T-Mobile Media Relations
(425) 378-4002
mediarelations@t-mobile.com

About T-Mobile USA | Contact Us | Store Locator | Order Status | Return Policy | Jobs | Press | Site Map
T-Mobile HotSpot | Packages | Prepaid | Affiliates | Retailer Opportunities | Business
Public Safety / 9-1-1 | T-Mobile International | Español | Language Assistance

Terms & Conditions | Terms of Use | Privacy Policy | Privacy Resources | ©2002-2008 T-Mobile USA, Inc.