**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**LORING ROCKE and MICHAEL CINO,**
**Plaintiffs,**

                                      **Case Number_08 CV 3828_**
                                      **Plaintiffs demand trial by jury.**

**v.**

**T-MOBILE USA, INC. and**
**YOUNG AMERICA CORPORATION,**
**Defendants.**

**MOTION AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION**

**INTRODUCTION**

This is a consumer class action based on deceptive and misleading advertising practices relating to the rebate programs and practices ("REBATE PROGRAM") of T-MOBILE USA, INC. ("T-Mobile") and YOUNG AMERICA CORPORATION ("Young America") presented to Illinois customers.  Plaintiffs have brought this action for violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.* (The "CFA") and for unjust enrichment.

Specifically, the REBATE PROGRAM offered by T-Mobile and processed by Young America represents that customers can quickly and easily receive a cash rebate after purchasing cellular phones and service.  In reality, customers are improperly denied their rebates, or instead of receiving cash or a check, receive a VISA rebate card with numerous use restrictions attached, making their value less than that of cash.

T-Mobile falsely, deceptively, and knowingly markets to its customers its REBATE PROGRAM and uniformly states to customers, in writing and in stores, that its REBATE PROGRAM lowers the cash prices of cellular phones and service paid by customers. T-Mobile advertises its REBATE PROGRAM in newspapers, by mail, on the internet, on television, and by displaying rebate offers in retail stores. T-Mobile does not advertise the use of the rebate card, or give the impression that rebates are not distributed in cash. Attached as Ex. A is one example of a rebate-eligible phone available for purchase on T-Mobile's website. There is no mention of the VISA rebate card, or a non-cash or check rebate is made in the offer of sale. Only after purchase is induced and a service contract (with a costly cancellation fee) is entered into, do customers discover that their rebate will not be in cash or by check. T-Mobile's rebate form (attached as Ex. B; available for download *after* the purchase of the phone) is similarly misleading. The VISA logo appears in a size smaller than the T-Mobile logo. The terms and conditions are also in fine print.

The VISA rebate cards that T-Mobile uses to fulfill rebates come with numerous terms and conditions; cash does not (See Ex. B attached). These terms and conditions include, but are not limited to:

    a.  VISA rebate cards can only be used if the cellular phone has been used and the account is active. A check or cash does not have these limitations. It is available upon deposit;

    b.  VISA rebate cards are not accepted at all locations. Use of VISA rebate cards is limited to those merchants who accept VISA and VISA rebate cards. Cash, of course, may be used anywhere;

    c.   VISA rebate cards can incur service charges imposed by merchants.  These charges reduce the value of the VISA rebate card.  The use of cash does not lead to service charges;

    d.   VISA rebate cards expire.  Cash never expires;

    e.   Unlike cash, VISA rebate cards are not transferable;

    f.   VISA rebate cards can not be used in transactions that exceed the balance on the card; they will be declined.  If the customer wishes to use the VISA rebate card for a transaction that exceeds the value on the card and pay the difference in cash, the card will be declined.  A customer must notify the merchant of the exact balance, and have the transaction processed in two steps.  Cash does not have this limitation;

    g.   VISA rebate cards do not earn interest.  They can not be deposited into interest-bearing accounts like cash.  T-Mobile, on the other hand, can utilize the rebate funds and collect interest, up to the time the customer makes a purchase using the rebate card;

    h.   VISA rebate cards are not divisible, like cash.  A customer can not turn a $50 rebate card into ten $5 rebate cards, for example;

    i.   VISA rebate cards collect private information regarding transactions, which T-Mobile can then share with employees, attorneys, affiliates, service providers, and auditors.

T-Mobile markets the REBATE PROGRAM as directly reducing the cost of cellular phones and service by the dollar amount of the rebate.  This marketing strategy is intentionally

misleading because T-Mobile knows that not all customers will receive a rebate.  A March 4, 2006 *New York Times* article (See Ex. C attached), citing research conducted by Vericours Inc., reported that about 40 percent of rebate offers are never redeemed.  T-Mobile is aware of this type of occurrence, commonly referred to as "breakage" or "slippage" in the redemption of rebates.  Companies like T-Mobile and Young America rely on a certain number of unredeemed rebates when evaluating the economic feasibility of such programs.  The fact is that T-Mobile knows that not all customers will obtain the discounted prices that it advertises and markets.  T-Mobile and Young America profit from this conduct by retaining the unclaimed money for their own benefit.  It is in their economic interest for rebates to go unclaimed.  (According to SEC filings, Young America kept $42.9 million in uncashed rebates between 1995 and 2002; *see* Fulmer, "Don't get ripped off by rebate 'deal'" at p. 2, attached as Ex. D).

Customers have been induced by the REBATE PROGRAM into buying cellular phones and service only to see promised cash rebates improperly denied, or fulfilled in the form of a highly use-restricted VISA rebate card.  This results in many consumers not receiving a "free" cellular phone but one at full price.  For example, Plaintiff Loring Rocke purchased a rebate-eligible T-Mobile cellular phone and service plan based on T-Mobile's misleading advertisements and rebate program (See Ex. E attached).  After numerous attempts, he never received his promised $50 rebate.  Plaintiff Michael Cino was also deceived into purchasing a rebate-eligible T-Mobile cellular phone and service plan.  His rebate was declined after an alleged "activation" problem (See Ex. F attached).  After numerous failed attempts to obtain his promised rebate, he filed a complaint with the Illinois Attorney General's Consumer Protection Division.  As a direct result of this complaint, T-Mobile credited Mr. Cino's T-Mobile account

for just over $50 (See Ex. G attached).  He never received the cash rebate promised by T-Mobile. Plaintiffs are not the only consumers that have been victimized by the REBATE PROGRAM. Attached as Ex. H are numerous online comments from consumers denied rebates by T-Mobile and Young America.

Defendants' conduct has resulted in a clear pattern.  It has been represented to consumers that if they buy rebate-eligible cellular phones and service, they will get a fast and easy discount on the price of the phone and service.  At no time before the sale is made are customers aware that, if they are able to obtain their rebate, it will come in the form of a highly use-restricted VISA rebate card.  Customers are then either: a) improperly denied their rebates or b) receive a VISA rebate card instead of cash or a check.  In both instances, it is too late for customers to cancel their T-Mobile service contract without paying a highly costly termination fee.

## A.    THE REQUIREMENTS FOR CLASS CERTIFICATION ARE MET IN THIS CASE

### 1.    There is adequate numerosity to certify this class.

Rule 23(a)(1) requires that the class be "so numerous that joinder of all members is impracticable."  Fed. R. Civ. P. 23(a)(1).  Questions concerning "numerosity" for purposes of maintaining a class action depend on the particular facts of each case.  Generally, if a proposed class has more than forty people, then numerosity is satisfied.  *See Riordan v. Smith Barney*, 113 F.R.D. 60, 62 (N.D. Ill. 1986) (holding that where class numbers at least forty, joinder is generally considered impracticable); *Swanson v. American Consumer Industries*, 415 F.2d 1326, 1333 (7th Cir. 1969) (finding forty class members sufficient to certify class); *Cypress v. Newport News General & Nonsectarian Hospital Ass'n*, 375 F.2d 648, 653 (4th Cir. 1967) (holding that eighteen class members is sufficient for certification purposes).  Moreover, this

Court "previously has rejected the notion that the size of the plaintiff's class, alone, is sufficient to bar certification" in (b)(3) class actions. *Alliance to End Repression v. Rochford*, 565 F.2d 975, 979 (7th Cir. 1977) (citing *Appleton Electric Co. v. Advance United Expressways*, 494 F.2d 126, 135 n. 14 (7th Cir. 1974)).

It is not necessary that the precise number of class members be known. "The plaintiffs are not required to specify the exact number of class members so long as a good faith estimate is provided." *McKenzie v. City of Chicago*, 175 F.R.D. 280, 285 (N.D. Ill. 1997) (citing *Long v. Thornton Township High School Dist. 205*, 82 F.R.D. 186, 189 (N.D. Ill. 1979)). In the absence of any arbitrary rule, the court has the ability to make common sense assumptions to find support for numerosity. *Patrykus v. Gomilla*, 121 F.R.D. 357, 360 (N.D. Ill. 1988). "[T]he court may assume sufficient numerousness where reasonable to do so in absence of a contrary showing by defendant, since discovery is not essential in most cases in order to reach a class determination... Where the exact size of the class is unknown, but it is general knowledge or common sense that it is large, the court will take judicial notice of this fact and will assume joinder is impracticable." 2 *Newberg on Class Actions* §7.22.A (3d ed. 1992).

Applying these standards to the present case, it is reasonable for this Court to infer that the numerosity requirement is satisfied. On its internet website, T-Mobile claims to serve 30.8 million mobile communications customers nationwide (See Ex. I attached; T-Mobile press release). The proposed class is composed of Illinois customers injured by T-Mobile and Young America's deceptive practices related to T-Mobile's REBATE PROGRAM. Although the exact numbers will be determined from a review of T-Mobile and Young America's records during discovery, at this point, the purported class is believed to be so numerous that joinder is

impracticable, as almost 30.8 million Americans subscribe to T-Mobile's mobile communications services.[1]

### 2. There is adequate commonality to certify this class.

Rule 23(a)(2) requires that there be "questions of law or fact common to the class." Fed. R. Civ. P. 23(a)(2). "A common nucleus of operative fact is usually enough to satisfy the commonality requirement of Rule 23(a)(2)." *Rosario v. Livaditis*, 963 F.2d 1013, 1018 (7th Cir. 1992)(citing *Franklin v. City of Chicago*, 102 F.R.D. 944, 949-50 (N.D. Ill. 1984)). "A certifiable class claim must arise out of the same legal or remedial theory." *Patterson v. General Motors Corp.*, 631 F.2d 476, 481 (7th Cir. 1980). Where a question of law involves "standardized conduct of the defendants toward members of the proposed class, a common nucleus of operative facts is typically presented, and the commonality requirement . . . is usually met." *Franklin v. City of Chicago*, 102 F.R.D. 944, 949 (N.D. Ill. 1984); *Patrykus v. Gomilla*, 121 F.R.D. 357, 361 (N.D. Ill. 1988). Not all factual or legal questions raised in the litigation need be common, however, so long as at least one issue is common to all class members. *Spencer v. Central States Pension Fund*, 778 F. Supp. 985, 989 n.2 (N.D. Ill. 1991). *See also Alliance to End Repression*, 565 F.2d at 979 (finding that so long as the common issue of law or fact is alleged, it is irrelevant to class certification if a variety of activities are complained of or violations alleged).

In the present case, Plaintiffs have appropriately identified a common question of law based on a standardized course of conduct of Defendants that is common to the entire class. Specifically, Plaintiffs have challenged T-Mobile and Young America's systematic conduct of

---

[1] As of the 2006 census estimate, Illinois has a population of 12,831,970; the United States population is estimated at

stating that T-Mobile's REBATE PROGRAM results in fast, easy discounts for all eligible purchasers of cellular phones and service. Plaintiffs' claims challenge a practice by Defendants which is an alleged violation of the law because purchasing rebate-eligible cellular phones and service as part of the REBATE PROGRAM does not result in discounts for all eligible customers. An action that challenges the legality of a standardized business practice which violates the law and that is applied to an entire group of customers is well-suited for class certification. *See Haynes v. Logan Furniture Mart, Inc.*, 503 F.2d 1161 (7th Cir. 1974) (considering propriety of disclosure documents under Truth in Lending Act); *Heastie v. Community Bank of Greater Peoria*, 125 F.R.D. 669 (N.D. Ill. 1989) (reviewing execution of home improvement financing documents in sequence that evaded consumers' rescission rights); *Haroco v. American Nat'l Bank & Trust Co.*, 121 F.R.D. 664, 669 (N.D. Ill. 1988) (involving improper computation of interest).

The commonality criterion is normally satisfied when there is an essential common factual link between all class members and the defendant for which the law provides a remedy. *Halverson v. Convenient Food Mart, Inc.*, 69 F.R.D. 331, (N.D. Ill. 1974). Factual variations among the class grievances does not defeat a class action. *Patterson v. General Motors Corp.*, 631 F.2d at 481. Class certification has been upheld by this Court although class members have "suffered" to different extremes. For example, in *Rosario*, this court found the commonality requirement to be satisfied because all students had been effected by a poor educational program. 963 F.2d at 1017. This was the determination despite the fact that some students under the program had successfully passed the state licensing exam. *Id.* at 1018. This can be compared to

---

299,398,484 (Source: US Census Bureau website; last visited June 25, 2008). Illinois makes up approximately 4% of the United States population. If 4% of T-Mobile's U.S. customers live in Illinois, there are potentially 1,232,000 possible class members.

the case at hand.  In the instant action, Plaintiffs can demonstrate that the common questions of law and fact raised in their Complaint are consistent with that of the class.  Plaintiffs have challenged a corporate practice of disingenuously portraying discount prices for cellular phones and service in violation of the law.  All proposed class members have been subject to this practice.

### 3. There is adequate typicality to certify this class.

The Seventh Circuit established in *Rosario v. Livaditis* that "[t]he question of typicality in Rule 23(a)(3) is closely related to the ... question of commonality."  963 F.2d at 1018.  A "plaintiff's claim is typical if it arises from the same event or practice or course of conduct that gives rise to claims of other class members and his or her claims are based on the same legal theory."  *De La Fuente v. Stokey-Van Camp, Inc.*, 713 F.3d 225, 232 (7th Cir. 1983).  In order to determine if typicality is met, it is necessary to compare the claims of the representative with the claims of the class.  *Patterson*, 631 F.2d at 481.

In the instant case, typicality is inherent in the class definition.  In their Complaint, Plaintiffs have alleged that Defendants consistently acted both to misrepresent the type of rebate that would be offered, and to improperly deny customer rebates as part of the REBATE PROGRAM.  Plaintiffs were victims of this scheme, as were all other purported class members. Although the claim of each class member may involve a different amount of damages, their claims all arise from the same course of conduct by Defendants.  Thus, Rule 23(a)(3)'s typicality requirement has been met.

### 4. Plaintiffs are adequate class representatives.

Finally, Rule 23(a)(4) also requires that the named Plaintiff provide fair and adequate

protection of the interests of the class.  Fed. R. Civ. P. 23(a)(4).  In determining whether Plaintiffs provide fair and adequate protection of the class members' interests, the court need only consider whether their attorneys are qualified, experienced, and generally able to conduct the proposed litigation, and whether Plaintiffs have interests antagonistic to those of the class. *Rosario v. Livaditis*, 963 F.2d at 1018.  *See also Secretary of Labor v. Fitzsimmons*, 805 F.2d 682, 697 (7th Cir. 1986)(en banc) (holding that the 7th Circuit considers adequacy of representation to be comprised of two parts: "the adequacy of the named plaintiff's counsel, and the adequacy of representation provided in protecting the different, separate, and distinct interest" of the class members).

In the present case, Plaintiffs will fairly and adequately protect the interests of the class. They have retained counsel experienced in handling class actions and complex civil actions involving unlawful business practices.  Plaintiffs' counsel are able and accomplished, and have and will serve as competent, thorough and rigorous advocates for the interests of the class. Plaintiffs' counsel are fully capable of conducting the proposed litigation of this case.  They have been and are presently involved in complex state and federal court litigation as well as class action litigation.

Plaintiffs' interests are also coincident, rather than antagonistic, with the general interests of the class.  The case at hand is a prime example of a situation in which Plaintiffs can adequately and fairly represent the class because Plaintiffs' grievances are not personalized. Plaintiffs are challenging a consistent course of illegal conduct on the part of Defendants. Although the amount of damages suffered by individual class members may differ slightly, the harm suffered by Plaintiffs is the same as the harm suffered by all members of the class, and

those harms have arisen from a common course of conduct by Defendants. Given the commonality between the claims of Plaintiffs and the class members, there is no potential for conflicting interests in this action.

Even in a case where the representative's claims are not exactly the same as other class members, a court will not disqualify the representative. *Secretary of Labor v. Fitzsimmons*, 805 F.2d at 697. The only requirement placed on the representative is that he or she does not seek relief "antagonistic to the interests of other potential class members. *Id.* Given the identity of claims between Plaintiffs and the class members, there is no potential for conflicting interests in this action. Accordingly, there is no antagonism between the interests of Plaintiffs and those of the class.

B.    **THE PRESENT ACTION IS MAINTAINABLE AS A CLASS ACTION BECAUSE IT IS SUPERIOR TO OTHER AVAILABLE METHODS FOR THE FAIR AND EFFICIENT ADJUDICATION OF THE CONTROVERSY**

In addition to satisfying the prerequisites of Rule 23(a), the court must find that, "the questions of law or fact common to the members of the class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy." Fed. R. Civ. P. 23(b)(3). Factors that are pertinent to the predominance and superiority criteria are: "(A) the interest of members of the class in individually controlling the prosecution or defense of separate actions; (B) the extent and nature of any litigation concerning the controversy already commenced by or against members of the class; (C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; (D) the difficulties likely to be encountered in the management of a class action." *Id.*

When deciding whether a class action is superior to other available methods to adjudicate a controversy, the court may consider the "inability of the poor or uninformed to enforce their rights, and the improbability that large numbers of class members would possess the initiative to litigate individually." *Haynes v. Logan Furniture Mart, Inc.,* 503 F.2d 1161, (7th Cir. 1974). The presence of as little as one common issue of law or fact that predominates over individual issues is sufficient for class certification. *Arenson v. Whitehall Convalescent and Nursing Home, Inc.,* 164 F.R.D. 659, 663 (N.D. Ill. 1996). In the present action, predominance is satisfied because there is no better method available for the adjudication of the claims that might be brought by each individual class member than a class action. In the instant action, Plaintiffs can demonstrate that the common questions of law and fact raised in their Complaint predominate over any questions that may affect only individual class members. First, the interest of members of the class in individually controlling the prosecution or defense of separate actions is virtually nonexistent because the individual damages are small, in comparison to the litigation costs necessary to prosecute the claim to its conclusion.

Second, the present action is precisely the sort of case contemplated by Rule 23(b)(3); a situation in which a defendant unlawfully victimizes a large number of unsuspecting consumers, resulting in millions of dollars in unlawful profits but insufficient damage to any one person to warrant an individual action. *See Amchem*, 117 S. Ct. at 2245 (citing Adv. Comm. Notes, 28 U.S.C. App., p. 698, to describe the extent of a proper class certification). One of the primary functions of the class suit is to provide a device for vindicating claims, which, taken individually, are too small to justify legal action but which are of significant size if taken as a group. *See Id*. at 2246 (citing Kaplan, Continuing Work of the Civil Committee: 1966 Amendments of the

Federal Rules of Civil Procedure (I), 81 Harv. L. Rev. 356, 375-400 (1967)). *See also Mace v. Van Ru Credit Corp.*, 109 F.3d 338, 344 (7th Cir. 1997) ("The policy at the very core of the class action mechanism is to overcome the problem that small recoveries do not provide the incentive for any individual to bring a solo action prosecuting his or her rights").

The difficulties likely to be encountered in the management of a class action in the present case are minimal.  Notification and distribution of benefits to class members will not be difficult because Defendants presumably maintain accurate records identifying cellular phone and service purchasers who have made rebate claims and whose claims have been improperly denied.  The management of this action is likely to present fewer difficulties than many other types of cases that are routinely certified, such as those for securities fraud.  The special efficacy of the consumer class action has been noted by the Northern District of Illinois and is applicable to this case:

> A class action permits a large group of claimants to have their claims adjudicated in a single lawsuit.  This is particularly important where, as here, a large number of small and medium sized claimants may be involved.  In light of the awesome costs of discovery and trial, many of them would not be able to secure relief if class certification were denied . . . .

*In re Folding Carton Antitrust Litigation*, 75 F.R.D. 727, 732 (N.D. Ill. 1977) (citations omitted).

The District Court for the Eastern District of Pennsylvania noted that:

> Given the relatively small amount recoverable by each potential litigant, it is unlikely that, absent the class action mechanism, any one individual would pursue his claim, or even be able to retain an attorney willing to bring the action . . . The public interest in seeing that the rights of consumers are vindicated favors the disposition of the instant claims in a class action form.

*Lake v. First Nationwide Bank*, 156 F.R.D. 615, 628-29 (E.D. Pa. 1994).

## CONCLUSION

Plaintiffs have demonstrated that each of the prerequisites for class certification set forth in Rule 23(a) are satisfied and that the requirements of Rule 23(b)(3) have been met.  The nature of the present case makes it more suitable for class treatment than many other actions that are commonly certified as class actions.  Accordingly, the Court should enter an order allowing the action to proceed as a class action and certifying the proposed class which is:

> "All consumers in Illinois who were improperly denied rebates by T-Mobile and Young America who were eligible for and participated in the REBATE PROGRAM after July 3, 2005 resulting in costs in excess of the discounted price they would have ultimately paid for their cellular phones and service had they received the rebate as promised from T-Mobile and Young America."

Respectfully submitted,


   s/Arthur S. Gold


Gold & Coulson
A Partnership of Professional
and Limited Liability Corporations
11 S. LaSalle St., Suite 2404
Chicago, IL 60603
(312) 372-0777
(312) 372-0778 Facsimile

Robert J. Kelter
Attorney at Law
3160 N. Lincoln Avenue
#505
Chicago, IL 60657
(773) 528-5660

**VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure of the State of Illinois, the undersigned certifies that the Class Action Complaint was served on __July 2, 2008 to the District Court and e-mail notification by the District Court.


_____ /s/ Arthur S. Gold_____

# EXHIBIT A



T ˙ ˙ ˙ ˙ ˙ · **stick together**

Location: Change Location | Store Locator ☷ Cart

My T-Mobile   phone #          password          log in

forgot password? · register

Home / Phones / Samsung Katalyst



# Samsung Katalyst

Transform your mobile phone into the only phone you need. The striking Samsung Katalyst gives you the freedom of Wi-Fi calling from home and mobile calling on-the-go.



| Suggested retail | $199.99 |
| Instant discount | -$149.99 |
| Mail-in rebate | -$50.00 |
| | **FREE** |

BUY NOW

my Faves

Already a T-Mobile Customer?
Log in to upgrade ›

**Web-exclusive prices + when you buy online!**

Overview    Features    Services

**Basics**

| | |
| --- | --- |
| Size: | 2.0 x 4.0 x 0.7 inches |
| Weight: | 4.1 ounces |
| Included battery: | 960 mAh L-Ion |
| Talk time: | up to 5 hours |
| Standby time: | up to 10 days |
| Band (frequency): | 850 MHz,900 MHz,1800 MHz,1900 MHz |

**Included Accessories**

Battery
Charger
Hands-Free Headset

**Top Phone Features**

**Messaging**
Text messaging*

**Fun**
1.3 Megapixel camera
HiFi Ringers™,
MegaTones®,
Wallpapers*
Music player

**Communication**
Wi-Fi and Mobile Calling*
Picture messaging*
Quad-band world phone
(850/900/1800/1900 MHz)
Easy text input

**Information**
High speed data with
Edge*
Voice-activated dialing
Vibrating alert

**Assistants**
Bluetooth® connectivity

*Additional subscription fees may apply

*Additional fees may apply
See all the features for this phone ›

BUY NOW

About T-Mobile USA | Contact Us | Store Locator | Order Status | Return Policy | Jobs | Press | Site Map
T-Mobile HotSpot | Packages | Prepaid | Affiliates | Retailer Opportunities | Business
Public Safety / 9-1-1 | T-Mobile International | Español | Language Assistance

Terms & Conditions | Terms of Use | Privacy Policy | Privacy Resources | ©2002-2008 T-Mobile USA, Inc.

# EXHIBIT B

# NEW ACTIVATION
# $50
## Mail-in Rebate Card

**T-Mobile**
**Samsung Katalyst**

T-Mobile Retail Location

 

Valid only for purchases and activations on the dates noted below. Rebate Card form **MUST** be postmarked on or before the date specified below.

| Purchase & activation date: | Must be postmarked on or before: |
|---|---|
| Between June 4, 2008 & June 30, 2008 | July 31, 2008 |

## Mail rebate to:

T-Mobile Samsung Katalyst
Rebate Card Program
P.O. Box 750621
El Paso, TX 88575-0621

**These items MUST be submitted to process your rebate card. Please keep a photocopy of all materials submitted.**

☐ Fully completed rebate card request form

☐ A photocopy of proof of purchase with date (N/A for purchases from CARE)

☐ The ORIGINAL SKU sticker panel cut from the side of the handset package

## Details

- Offer valid only for purchase of a **Samsung Katalyst** in conjunction with new activation on a qualified rate plan from an **Authorized T-Mobile Retail location. (Retail locations owned and operated by T-Mobile).**

- Offer is not valid for purchases made at retail locations not owned and operated by T-Mobile including Best Buy, Wal-Mart, Sams Club, Target, Walgreens, or Costco. Offer not valid on FlexPay℠ plans without a one or two year contract.

- A qualified rate plan is (a) any individual or business enterprise voice/data rate plan with a monthly access fee of at least $34.99/mo. per line of service **or** (b) any Family rate plan of at least $49.99/mo.

- To be eligible for the rebate card, your handset must be used at least once on your T-Mobile account prior to validation of materials submitted, and your account must be active at the time of rebate card processing.

- Rebate cards may not be combined or used with any other rebate, free, or other promotional offers.

- Rebate card is valid at U.S. locations for 12 months after issuance of the card, through the Expiration Date shown on the card.

- You can use your rebate card to purchase goods and services from merchants that accept Visa® prepaid cards. You can receive cash for the amount of your rebate card balance from any Visa member bank, just look for branches displaying the Visa logo. Your rebate card cannot be used at ATMs.

- Rebate cards will be mailed to your current T-Mobile billing address. Valid rebate card requests take up to 8 weeks from receipt to process.

- Do not send in rebate card request form with your T-Mobile bill for processing. To apply amounts on your rebate card toward your T-Mobile bill, please call Customer Service.

- **To check your rebate card status visit www.tmobilerebates.com** or call 1-877-311-8853.



## PLEASE PRINT CLEARLY

Phone make and model **Required**

First Name **Required**

Last Name **Required**

Correspondence Address **Required**       Apt/Suite

City **Required**                    State   Zip

Customer's T-Mobile Phone #1 **Required**

IMEI #1 (on white label on box) **Required**       Date Purchased **Required**

T-Mobile Billing Account Number

E-mail address

☐ I do not wish to receive T-Mobile updates and special offers for current customers.

## ADDITIONAL INFORMATION FOR BUSINESS CUSTOMERS

Company Name

Contact / Business Phone Number

Account Administrator

**NOTE:** Note that this rebate form may not be used for bulk rebate submissions. Business enterprise accounts must process multiple rebate requests through a T-Mobile account rep using the bulk submission tool in order to receive a rebate check for all lines. This rebate form may only be used to request a rebate on a single line, and a rebate card will be mailed to fulfill the rebate on that line of service.



# **T**  **Mobile** · **stick together**

**ADDITIONAL IMPORTANT INFORMATION**

Limited-time offer; subject to change. Postpaid customers only; service must remain active at the time this rebate card request is processed. T-Mobile products cannot be returned once the rebate card fulfillment form has been submitted. Limit of one rebate card request per wireless phone number, IMEI, Smart card serial number, or iccid number. A maximum of five rebate cards per street/correspondence address during any 12-month period for Individual/Family plan customers, maximum of 100 rebate cards per street/correspondence address during any 12-month period for business/enterprise customers. If requesting more than one rebate card, you must complete a separate form or Web printout for each request. No responsible for lost, late, mutilated, misdirected or postage due mail. Illegible, indecipherable, inaccurate, fraudulent and incomplete rebate card request forms will be considered invalid and ineligible for offered rebate card. Rebate card will be mailed within 8 weeks from the time your valid rebate card request is received. Rebate cards are in U.S. dollars only. Rebate cards are non-transferable and non-refundable. Submitted materials received become the property of T-Mobile and will be neither acknowledged nor returned. No employee, dealer or agent is authorized to make, and no customer is entitled to rely upon, any representation (other than described in this rebate card request form) about a rebate card or change in any terms of a rebate card. This rebate card offer is valid only in the U.S. and void where prohibited, taxed or otherwise restricted by law. Rebate card recipient must be legal U.S. resident, 18 years of age or older. T-Mobile and the magenta color are federally registered trademarks, and T-Mobile @Home is a service mark of Deutsche Telekom AG. T-Mobile myFaves, the myFaves design, and stick together are registered trademarks, and Talk Forever is a service mark of T-Mobile USA, Inc. All other brands, product names, company names, trademarks and service marks mentioned herein are the property of their respective owners. Please Note: Rebate card request will not be honored without proof of purchase, original white sticker label with all barcodes, complete mailing address, T-Mobile mobile phone number, and SKU number.

Cards are issued by Citibank, N.A. pursuant to a license from Visa U.S.A. Inc. and managed by Ecount, a Citi company.

5023-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

# EXHIBIT C

The New York Times



March 4, 2006
Short Cuts

# A Growing Anger Over Unpaid Rebates

By ALINA TUGEND

WHEN my husband went shopping for a memory card for our digital camera, he looked at several and was finally swayed by one offering a $20 rebate.

He carefully filled out a card with all the details needed for the rebate, sent in the packaging code and the original receipt, and after a few months forgot all about it. He has never received the money or a notice explaining why he didn't get it — and he is less than eager to chase after such a small amount.

His experience is fairly typical, according to research by Vericours Inc., a consulting company, about 40 percent of rebate offers are never redeemed.

"People either don't turn them in or don't fill them out correctly," said Peter S. Kastner, a director of Vericours. Mr. Kastner estimated that on personal computers alone — one of the most common products that offer big rebates to consumers — manufacturers are saving $10 billion in unpaid rebates.

"That's pretty much what manufacturers bank on," said Sheila Adkins, a spokeswoman for the Council of Better Business Bureaus.

Whether the rebate is for $10 or $250, it is annoying not to get what has been promised, and consumers are starting to object vociferously. The Better Business Bureaus' council reports that complaints about rebates jumped to 2,715 in 2005 from 964 in 2001.

Crystal Wolff of Billings, Mont., is just about ready to add to that pile. In December 2004, she bought a workout bench that came with a $200 rebate offer. The timeline to send in the rebate information was so complicated that she returned to the store and went over the requirements with the clerk and store owner — who then called the rebate company house — to make sure she got it right.

"I mapped it all out on a calendar and kept everything in my handy-dandy folder," she said.

As she understood it, she had to send in a copy of her receipt 30 days after buying the bench; then 12 months after purchase, she had to mail in her actual receipt, proof of ID and other paperwork.

She sent in all her information on Jan. 11, 2006, by certified mail. It was returned because the fulfillment house — the company that processes the rebates — had moved. She found the new address and resent it, again by certified mail.

"I then received a letter that my rebate arrived too late and that they could not make the payment," Ms. Wolff said. "They said the window actually was from Dec. 6, '05, to Jan. 5, '06. I was off by six days."

She is now in touch with the retailer, but is not optimistic. She is planning to file a complaint with her local Better Business Bureau. And she says she is really frustrated.

"I probably would have gone with a cheaper workout bench if this one hadn't had the rebate," Ms. Wolff said.

One problem is that although the store where a product is bought seems to be the obvious place to go to complain if a rebate does not come through, it is not necessarily the right place.

That is because after the rebate leaves your hands, it goes to a fulfillment house (one of the biggest is Young America in Young America, Minn., which is why many rebate offers seem to have that curious address). These companies are hired by the manufacturer to process rebate forms and other promotional material.

The rebate, which is typically paid by the manufacturer, is then sent from the fulfillment house.

The retailer is usually out of the process at this point, although not always. For example, the Federal Trade Commission, which oversees rebate problems, last year for the first time filed a complaint against a retailer, CompUSA, claiming it continued to sell QPS brands even though it knew there were numerous problems with QPS's rebate programs. Ultimately, said Matthew Gold, a staff lawyer with the commission, CompUSA was held liable for QPS's failure to provide rebates.

Fraud is not involved in most rebate problems, Mr. Gold said.

"The biggest problem is companies' providing rebates late or not at all," he said. "It's not something we're seeing that they're doing intentionally — companies are not entering the rebate program with the intent to rip off — rather, it may be a small company that gets in over its head and may have offered a very generous rebate that it didn't really prepare for."

There are times, though not very frequently, when a retailer may offer its own rebate; then it is clearly marked as such. If you are having trouble

getting a rebate, however, Mr. Gold suggested complaining loudly to everyone involved in the process, from the retailer to the manufacturer to the fulfillment house.

After all, "most retailers don't want manufacturers on their shelves who aren't living up to their promises," he said.

You can also file complaints at both the Better Business Bureau (www.bbb.org) and the trade commission (www.ftc.gov).

Some companies, like Staples, help customers fill out rebate forms on the spot. Others say that it is time to move away from rebates altogether. Best Buy said mail-in rebates were the source of so much consumer frustration that it was going to phase them out completely by next year.

But Mr. Kastner doesn't see the end of rebates anytime soon.

"I believe the system is so ingrained in the consumer retail process that it will be very hard to put the rebate genie back in the bottle," he said.

The answer, instead, may be to tweak it a little. In January, when everyone was nursing their rebate hangovers after the electronics-buying holiday frenzy, Senator Charles E. Schumer, Democrat of New York, wrote to the F.T.C., asking that it consider revamping rebate procedures.

There is no federal law that specifically applies to rebates; for example, companies can decide how long — or short — a time a customer has to send in the rebate and how many weeks or months the company has to send back the money.

Mr. Schumer, in his letter, suggested that the commission require companies to allow consumers at least 30 days to claim their rebates. In addition, companies would have to fulfill the terms of the rebate within the same amount of time required of consumers, but not more than 60 days.

He also suggested that companies be required to accept copies of receipts, not just originals — something that would make claiming rebates much easier — and that companies provide a phone number or contact information for inquiries so that customers could check the status of their rebates.

Finally, Senator Schumer asked the F.T.C. to require that rebate checks actually be identified as rebate checks. It turns out that after going through all the trouble to claim their money, many people actually throw the check out because it often looks like junk mail.

Mr. Gold said his agency was taking a look at the feasibility of Senator Schumer's suggestions.

"We have to see whether they're even a good idea," he said. "There can be unintended consequences."

Customers who have made a mess of their rebate forms should not feel bad. It turns out that even those in the know are sometimes tripped up by the minutiae.

Ms. Adkins of the Better Business Bureau council said that some time ago she bought three DVD's that had rebate offers. She had one original receipt, but the rebate offer called for three separate original receipts.

"I could have asked the cashier to give me copies of the receipts if I had known," she said. "It was frustrating. It was only $10 or $15, but it was what was promised me."

E-mail: shortcuts@nytimes.com

Copyright 2006The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Work for Us | Site Map | Back to Top

# EXHIBIT D



**The Basics**

# Don't get ripped off by a rebate 'deal'

It's not a great buy until you've cashed the rebate check -- and a lot of companies are earning bad reputations for making that as difficult as possible.

By Melinda Fulmer

The pitches are irresistible: Get a $100 hard drive for $30 after rebate. Score the latest $150 cell phone with digital camera for nada. Make $10 by mailing in a rebate form for virus-protection software.

Rebates like these have become pervasive as retailers and manufacturers look for ways to discount without permanently marking down the prices of their products.

Now, nearly a third of all computer products and 20% of electronics, such as digital cameras and flat-screen TVs, are sold with rebates, according to the NPD Group. In part, that's because only an estimated 50% to 70% of buyers redeem them.

But these discounts are not always the sure bargains that consumers think they are. Many manufacturers and retailers have come under scrutiny for delaying payment, imposing hard-to-fulfill restrictions or making forms too complex -- and therefore, too easy to reject.

In Vic Giannini's case, the rebate check came, but it couldn't be cashed. The Akron, Ohio, retiree received the $45 rebate he was promised for purchasing a Maxtor hard drive from online retailer Tiger Direct. After he deposited the check, he got a notice from his bank, stating that the account with Tiger Direct's fulfillment house, Onrebate.com, could not be found. To make matters worse, the bank charged him a $25 fee for processing the invalid check.

"Then I was out $70," Giannini complained. He says he called and e-mailed both Tiger Direct and Onrebate.com, and got no response.

So Giannini posted a report complaining about his experience on www.ripoffreport.com and threatened to file a complaint with the Federal Trade Commission, the primary agency overseeing rebate abuse. Onrebate.com has since offered to cut Giannini a new check.

"What they are banking on is (that) you aren't even going to bother," Giannini said.

**More hoops, more hassle**

Indeed, while analysts say it is easier than ever to track the status of your rebate both online and through 800 numbers, rebate rules and forms have gotten more complicated.

"They make it so you have to jump through all these tiny little hoops," said Ed Magedson, editor and founder of the Ripoffreport.com. "And then when you do, they say you didn't get it there on time."

With consumer complaints to the FTC and Better Business Bureau escalating, regulators are ramping up their scrutiny of rebates.

The FTC has fined a handful of companies for failing to pay consumers or for paying them late. Last year, it settled its first case with a retailer, Dallas-based CompUSA, for knowingly advertising rebates from computer peripherals manufacturer QPS Inc., even after CompUSA officials knew the manufacturer wasn't paying the rebates or was paying them as much as six months late. Indeed, the FTC said CompUSA continued to advertise the rebates until shortly before QPS filed for bankruptcy protection in August 2002.

Now, after settling with the FTC, CompUSA must advertise a specific time frame for rebates. The retailer must also bear financial responsibility for any rebates not paid during the time specified.

A CompUSA spokesman declined comment on the settlement, other than to say, "We feel we do an excellent job of fulfilling rebates to the benefit of our customers."

However, at least one customer says CompUSA's rebate problems haven't been solved.

Bill Rubin, a 40-year-old operations manager in Yorktown Heights, N.Y., is still waiting for $56 of the $161 in rebates he was promised last August after a $195 purchase of Hawking Technologies networking equipment at CompUSA. Both Hawking Technologies and CompUSA say the money is on its way -- after many complaints -- but Rubin is still waiting, long past the promised 10- to 12-week window.

"You learn your lessons from some of this stuff," Rubin said. In this case, he said, he will never buy Hawking products again and will look twice to see who's handling a rebate before making a purchase.

**There ought to be a law ...**

"Everyone I know has horror stories about rebates," said California State Sen. Liz Figueroa, who introduced a bill in 2004 to establish guidelines for mail-in rebates. That bill, which would have given consumers 30 days to apply for a rebate after purchase and guaranteed payment 60 days after application, passed the California House and Senate, only to be shot down later that year by Gov. Arnold Schwarzenegger.

However, with growing bipartisan support for rebate reform and new advisers in the governor's office, Figueroa plans to reintroduce the bill.

"Republicans and Democrats," she says with a laugh, "we all agree on one thing: We hate rebates."

Other states have also begun tackling rebate issues on their own.

One of the first to take action was New York Attorney General Eliot Spitzer. Spitzer settled a case with cell-phone maker Samsung Electronics America in 2004 for failing to pay rebates. The company agreed to pay $200,000 to more than 4,100 consumers whose rebates were denied simply because they lived in apartment buildings. Samsung's rebate system only allowed one rebate per address and didn't have space to submit apartment numbers.

In Connecticut, state officials are now investigating several retailers that list only prices after rebate in their ads -- a practice that is illegal in the state.

Meanwhile, Massachusetts, in conjunction with 40 other states, is taking on a company that handles rebates. It has sued the nation's largest rebate fulfillment company, Minnesota-based Young America Corp., demanding that it submit to an audit of the uncashed rebate checks it has kept in recent years -- money known in the industry as "slippage" -- in exchange for charging its clients lower processing fees.

### Who keeps the uncashed checks?

According to SEC filings, Young America kept $42.9 million in uncashed rebates between 1995 and 2002. Massachusetts Treasurer Tim Cahill believes the company has held onto $129 million worth of uncashed checks.

Cahill believes this practice has provided incentive for Young America to cheat consumers. This money should be turned over to the states' abandoned property divisions so that consumers can claim it, he says.

"There is an appearance of deception here," Cahill said. "We want to shine some sunlight on this practice. It sends a message to other firms. They are holding onto other people's money that doesn't belong to them."

Cahill says he is also "concerned" by some of the confusing forms used to deny consumers their money.

For their part, Young America officials say they have refused audits in Massachusetts and other states because they don't believe uncashed rebates are unclaimed property, a claim it says has been affirmed by the states of Minnesota and Oklahoma, where it previously had operations.

Young America Chief Executive Roger Andersen says that his company has no incentive to reject applicants to keep the money.

"We don't get any checks or funds for disqualified customers," he said.

He admits, though, that some retail clients have pushed for confusing programs that would result in a lower redemption rate. "We decided that we didn't want to do business with them," Andersen said. "Anything that gives our industry a bad name...is going to erode the acceptability of rebates as a promotional tool."

Indeed, at least one major retailer, Minneapolis-based Best Buy, has said it plans to eliminate all mail-in rebates by 2007. Last week, the company said it was no longer advertising mail-in rebates for laptop computers and was instead offering instant savings. Best Buy also recently launched an online rebate submission tool, so customers don't have to mail in forms and UPC codes.

But, analysts caution, there's a price to be paid for not dealing with the headaches of rebates: higher prices.

"It's a case of be careful of what you ask for," said Steve Baker, vice president of industry analysis for Port Washington, N.Y.-based NPD. If mail-in rebates are replaced with more expensive instant discounts, he said, "you may see some great deals go away."

### 6 keys to getting the rebate you earned

Follow the instructions on the rebate form religiously, enclosing all the required documentation, such as UPC codes or receipts in the same envelope. Some rebates require you to submit each one separately, so read the fine print.

Make a copy of all paperwork to be mailed when applying for a rebate. It's the only record you have if something goes wrong. Some rebate veterans also suggest sending paperwork for larger rebates by certified mail, or getting a delivery confirmation so you can verify the form was sent when you say it was.

Contact the company if the rebate doesn't arrive within the time promised. Most retailers, manufacturers and rebate fulfillment companies have Web sites and 800 numbers where you can track your rebate and complain if your rebate stalls or is rejected. (Many customers have said that they were able to reverse a rejection or resolve a problem with one phone call.)

If the rebate never arrives or arrives late, file a complaint with the Federal Trade Commission, your state attorney

general or the local Better Business Bureau.

If all else fails, set up your own Web site or post on someone else's blog to draw attention to the issue. One enterprising consumer set up www.radioshackrebatefraud.com last month, when it looked like he and other consumers would not get the two rebates Radio Shack promised in a one-day pre-Christmas promotion on its Web site. Several weeks and several TV interviews later, the company said it would honor both rebates, which were held up by a company input error. Radio Shack and other retailers such as Tiger Direct say they monitor many shopping forums and consumer gripe sites and will try and correct any unresolved customer issues they see.

Lastly, only buy things you can afford without the rebate. While fulfillment company Young America claims it now processes rebates in a third of the time it used to, the reality is that some rebates can be held up for months.

# EXHIBIT E

# ClearLink

**Wireless Phones and Accessories**
*All in One Place*

**Sales Receipt**

**11833**

621 W. Diversey Pkwy.
Chicago, IL 60614
**Phone:** 773-529-9300
**Fax:** 773-529-9400

**Store Hours**
Mon – Thu 10:00 AM - 8:00 PM    Fri    10:00 AM - 7:00 PM
Sat    10:00 AM - 6:00 PM    Sun    Closed

| Date | Sold By | Payment |
|---|---|---|
| 1/11/2005 | DM | Cash |

**Customer Info.**

| | | |
|---|---|---|
| Loring Rocke | | |
| | | |
| 345 W Fullerton | | |
| Chicago | IL | 60614 |

| ESN / IMEI / CAP Code | SIM | MIN* | Rate Plan | | | Service Type | Terms | Due Date |
|---|---|---|---|---|---|---|---|---|
| Item | Description | | | Qty | Unit Price | Discount | Extended | Tax Rate |
| 4010-000101 | DAEWOO 3100N DVD Player | | | 1 | 0.00 | 0.00% | 0.00 | 8.750% |
| 353871003200505 | 8901260900023256990 | (773) 600-1341 | Get More $39.99 600min | | | New Contract | 1 YR | |
| 1040-100260 | T-Mobile Motorola V600 | | | 1 | 224.95 | 0.00% | 224.95 | 8.750% |

| | |
|---|---|
| Subtotal | 224.95 |
| Sales Tax | 19.68 |
| Telecommunication Tax | 0.00 |
| Grand Total | 244.63 |
| Amount Tendered | 244.63 |
| Change | 0.00 |

```
          CLEARLINK
     621 W DIVERSEY PKWY
   CHICAGO, IL  60614-1510

TERMINAL I.D.:   0075420000600144547000

MERCHANT #:               8001445470

MASTERCARD
**************1320
SALE
BATCH: 000197      INV:        000006
DATE: JAN 11, 05   AUTH:       011771
                   TIME:       20:00


TOTAL           $244.63

L LORING ROCKE III


  I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

        CUSTOMER COPY
```

## Thank You for Your Business

**RETURN POLICY:** All products MUST be returned complete as in original packaging, including all original boxes, manuals, blank warranty cards and other accessories provided by the manufacturer. The original proof of purchase is absolutely required for all returns. If any of the materials contained in the original package is damaged, replaced, and/or tampered, the product cannot be returned. Some manufacturer restrictions apply. See STORE POLICY or ask sales clerk for details. The activation fees may not be refundable. All returns are subject to a 25% restocking fee.

# EXHIBIT F

Young America
717 Faxon Road
Young America, MN  55397-9481

Tracking ID:
5023-59 501230966 0
unq 303 20622  1025
April 19, 2004

MICHAEL CINO
APT 2303
320 W ILLINOIS ST
CHICAGO IL 60610-4173

Dear MICHAEL CINO:

We received your request and we thank you for your interest in
the T-Mobile Wireless Rebate Offer.

We regret that we are unable to process your request as received.
This promotion requires a new activation on your Motorola V300
between 02/01/04 and 06/30/04.  A new activation is activating
a new line of service or a new wireless number within the
promotion dates.  Activating your existing wireless number on
a new handset purchase between the promotion dates is not a new
activation and is not eligible for the rebate.

If you have any questions regarding this offer, you may call
1-877-311-8853 Monday through Friday 7AM-7PM CST, and any of our
representatives will be able to help you.

Sincerely,

Customer Care Department

# EXHIBIT G

# **T · ·Mobile·**

March 25, 2008

**VIA E-MAIL**
cchesnut@atg.state.il.us

Christopher Chesnut, Citizen's Advocate
Consumer Protection Division
Office of the Attorney General
State of Illinois
100 West Randolph Street
Chicago, IL 60601

      Re:    **Michael Cino**
               **Your File No: 2008-CONSC-00210455**
               **T-Mobile Account No. 255831399**

Dear Mr. Chesnut:

T-Mobile USA, Inc. ("T-Mobile") is in receipt of your letter dated March 13, 2008, regarding the above-referenced account.

T-Mobile has reviewed Mr. Cino's account and determined that the rebate was declined, as an incorrect rebate form was remitted. However, in an effort to resolve this matter, we have issued a credit of $50.89 to Mr. Cino's account. T-Mobile has determined that Mr. Cino's account remains closed with a zero balance. T-Mobile regrets any inconvenience to Mr. Cino.

Based upon the above information, T-Mobile respectfully requests that this complaint be closed.

Thank you for bringing this matter to our attention. Please contact me at 877-290-6323 ext. 8025 or at the address below if you have any further questions.

Very truly yours,

**T-MOBILE USA, INC.**

Stuart Fox
Executive Customer Relations

cc:    Michael Cino
       23 Woodland Rd
       Demarest, NJ 07627-1909

# EXHIBIT H

- Home
- Contact Me
-

Search

# the way i see IT

## church. IT. technology.

Feed on
  Posts
  Comments

### T-Mobile rebate fraud continues

September 19, 2006 by Brett

Ads by Google

| T-Mobile Official Site | T-Mobile Cell Phone Plans |
|---|---|
| Exclusive Online Offers at T-Mobile | Free T-Moblie Dash with a 2 yr |
| Buy Online or Find a Store Near You | $40/mo plan Other plans from $30/mo |
| www.t-mobile.com | inphonic.com |

If you've had a T-Mobile mail in rebate denied, keep reading. I've had plenty of experience dealing with this over the last few months. You can read my 2 original posts here and here.

I get dozens of hits every day on this site from people searching for T-Mobile rebate scam, fraud, rip off, bait and switch, Young America rebate scam, etc. My $50 mail-in-rebate for my T-Mobile SDA was rejected even though it was completed 100% accurately. I called their worthless customer service several times and was told there was nothing they could do. Don't waste your time with them. This is an ongoing problem that you can't fix unless you go to the next level. If enough people follow these steps, it might make a difference.

Here's what you do if all else has failed:

File a complaint with the Better Business Bureau - I finally did this and within a week I received a call from T-Mobile trying to resolve my problem. Apparently this struck a nerve, because they almost bowed at my feet trying to get me my $50. They resubmitted my rebate and assured me I would receive it in a few weeks.

A few weeks later my rebate letter arrived - **REJECTED AGAIN!** Unbelievable! This time they said my IMEI number was invalid or not eligible. In case you were wondering, *it's no longer about the stinkin' money* - it's the concept that they're knowingly ripping people off.

Fortunately, the guy responding to my BBB claim (Jason) gave me a direct number to call back (1-877-290-6323 x 8043). It turned out to be the Office of the President! I called him back and he decided that this wasn't worth dealing with anymore and he just offered to credit my account.

The credit has posted, but I'm still not happy. They just threw their hands up in the air and did just enough to make me go away.

In addition to complaining to the BBB, you can complain to the Federal Trade Commission and your state attorney general. If enough people do these things we might see some changes. Otherwise I know this will continue indefinitely.

Leave a comment and let me know your experiences.

Ads by Google
Beware Processing Rebates
98% Work-from-Home Sites Are Scams. We've Tested Many. 1 System Works.
SiteReviewAuthority.org

Process Rebates From Home
10 a day @ $15 each= $1050 per week $4200 a month or $50,400 a year
www.RebateProcessorJobs.com

Rebates Processors Wanted
Process Rebates from Home Start At $250 Per Day, Guaranteed!
RebateProcessorTools.com

Work From Home Scams?
I Found 2 Legitimate Scam Free Opportunities. Read My Story First!
JamminHomeJobs.com/Scams

Posted in Personal, Technology | 75 Comments

**75 Responses to "T-Mobile rebate fraud continues"**

1. *on September 23, 2006 at 6:32 pm* *Erica Gamet*

   I had the same thing happen to me 2 years ago. We filled out the rebate online, because the rep said we'd get our rebate much faster. WRONG! In the end, it took me 4 months and was only given a credit on my account. Since that time, I've been told that they've brought the rebate department back into the company (instead of an outside company) and should be better. Doesn't sound like it. I'm waiting anxiously for my $80 rebate and the status says No Rebate on the website. We'll see.

   Last time, I was told my IMEI number was wrong. This time, it was all filled out for me on the paperwork from the T-Mobile store. I always make copies, even of the cutout barcode, but what does that prove? Maybe if I tell them the exact same thing happened to me two years ago, they'll think twice about handing me the same line.

2. *on September 24, 2006 at 7:56 pm* *Rhonda*

   Well its happening to me. I submitted 2 rebates separately to T-Mobile. I've received confirmation and a check for the first, however nothing for the second.

   I contacted T-Mobile and they said that If I dont have copies, there is nothing they can do. I made copies, but cant find them darnit! - gonna keep looking, because I agree, its the principle. You know, they have everything they need to process a rebate. Everything is automated but they insist they need the cardboard section from the box. argh!

3. *on October 12, 2006 at 11:27 pm* *jack*

   I filed the complaints to BBB and Tmobile get back to me but only with half the amount of the rebae and I refused it. Is there anything else that I can do. Can I take them to small claim court?
   Like you said, it is no longer about the money. I want them to change the way to treat their customers. thanks for your input.

4. *on November 29, 2006 at 2:59 pm* *Harry Ewing*

   T-Mobile got me also.
   When will America wake up to these ripoffs?



5. *on December 14, 2006 at 7:52 pm5*  *Sharlene Bellavance*

I was totally porked by this T-mobile scam. Last December I purchased 2 phones on the internet promising three separate rebates: one motorola rebate: $50 per phone and two T-mobile rebates $100 and $150 per phone. I received the two $50 rebates and haven't seen another dime. I followed the rebate instructions (which by the way is like a 2nd job) VERY carefully since a lot of money was involved. The rebate instructions clearly say to send the top copy of your 2nd wireless bill. They sent me a notice saying my wireless bill was invalid (excuse pulled out of a hat), that I needed to send copies of my 1st, 2nd and 3rd bills! I re-submitted and still haven't seen a dime. They took me for $500!!!!! I can't believe a strong well-known company would screw people like this and I can't believe people actually work for these scam artists, be it T-mobile or the rebate processing center.

6. *on December 20, 2006 at 12:23 am6* *Amanda*

I sent in everything that was needed, checked and rechecked, and was refused for not having the cardboard box sent in with the rest of the things. I am 100% sure that it was in there and so I called them and they transferred me to someone high up who said she would "Be more than willing to transfer me to cancelation" Ahhh!, I've never dealt with such poor costumer service in my life.

7. *on December 27, 2006 at 11:55 am7* *Glen Leath*

I was ripped off to the tune of $300 by T-mobile. It has been a year. I plan to keep sending emails once a month warning people in my address book to look somewhere other than T-Mobile for the phone service. I am also doing the things mentioned above. I am going to harass them every way I can. I can not stand crooks and people who take advantage of others. Hell ain't hot enough for them. The rest of my story is similar to those above.

8. *on February 20, 2007 at 3:11 pm8* *Sue*

The same thing is happening to me right now. And this Jason Cook is not only being rude but is insistent that we're not entitled to the rebate because he said we could have sold the phone when the phone is in my hand! What?? I intend to fight for the $50 they owe me no matter what I have to do! And it's all about the money AND the POOR customer service they're choosing to provide! Thanks for sharing your experiences!

9. *on March 26, 2007 at 5:56 pm9* *David Warner*

And the rippoff continues, I am so sick of getting a reply stating that I did not include my UPC sticker. Well I don't have it anymore, I sent it in to whomever is stealing them within thier own mail department. So I am going to file every complaint known to man. Young America,,,YOU SUCK

10. *on March 27, 2007 at 4:55 pm10* *Kathy*

Wow, I'm going through this right now. After 5 rejection letters and about the same number of phone calls to resolve this, I finally sent an e-mail to the head of T-mobile. I got a response pretty quickly, offering a $30 credit to my account instead of a $30 rebate check. Not sure what to do, I really don't want to use their service anymore so the $30 credit won't do much good. I'd prefer it if they honored their original offer.

This all started because I wanted to switch to T-mobile from Cingular because my contract was up. So I bought a T-mobile

prepaid to try it out. Now I know: their service sucks. I'm sticking with Cingular. Rock vs. hard place....yikes.



11. *on April 10, 2007 at 8:15 pm11*        *Anna*

Well I made copies of my rebate materials which I sent to T-mobile in September 2006 and I offered to send them the copies but they still won't give me a rebate even if I submit the copies because they say my rebate is due in October 2006 - even before the rebate was due to arrive (8-10 weeks after purchase)! So even keeping copies is not enough - they will always find a way out of giving you your rebate!!

12. *on April 14, 2007 at 11:57 pm12*        *David*

Similar story. Sent in rebates last November. At first they claim they never received them. Then in February I get a letter saying they're processing them. A few days later I get a letter denying the rebate and telling me to contact them by January 15 (a month earlier!). I contact them and get the runaround. First it's a problem with my number. Then the problem is that there's no rebate currently available. After arguing endlessly with logic-challenged customer-service people I finally opened a complaint with the BBB. Two weeks later I had my checks. However, when I checked the BBB web site about my complaint, T-Mobile had left a note claiming that the rebate had been denied because my phone was not activated within the rebate period (baloney - it was activated the day it arrived) and that they'd sent the rebates as a "good will gesture." I will probably cancel my service when the contract is up as I simply wont deal with a company this inept and/or dishonest.

13. *on April 17, 2007 at 10:37 pm13*        Scott

Same here. Just sent my official complaint to T-Mobile, the FTC, BBB and State A.G. Thx for the tips on this! I'd love to be the Governor of this state so I could ream these companies who try to ream us! Maybe someday. If so, they'd better not bend over!

14. *on April 20, 2007 at 1:05 pm14*  chris

I have the same problem now. I filled out the forms to the letter. For two phones each $50 for a total of $100. These guys are scam artists and their rebate call center employees doesn't speak english very well.

15. *on April 23, 2007 at 7:32 pm15*        Israel

I received with my phone a $50 mail in rebate from my T-Mobile as was promised from the agent I purchased the phone from through T-Mobile Young America. After filling out and submitting all the correct information I was expecting a $50 check, but instead I just got a letter saying they couldn't process my request because I didn't include the original IMEI# from the phone box. I'm 100% sure I submitted everything correctly and have all the documents scanned on my PC and printed out too including all BAR CODES.

I called their rebate "customer service" number, and repeated the IMEI to the operator and she said the rebate would be processed. Since then I've received two letters denying me the rebate and made several calls to "customer service" and each time they promised the issue was corrected at their end but as of today 04/23/2007 I still have not received a rebate and my online status at http://www.tmobile rebates.com shows denied.

I have also filed an online complaint with the FCC.
I've spoken with the following customer service reps at this number 1-877-311-8853:

Brina, Agent ID#493339
German, Agent ID#709022
Morgan, Agent ID#493815
Christine, Agent ID#494485
Shamus, Supervisor ID#494424

I've been assigned three different tracking numbers.

Finally this is my third time dealing with rebates through Young America and as of yet they have never honored their rebate promise so on this third episode with this current T-Mobile rebate I have documented everything very clearly.

If anyone is willing to file or knows of a class action suit filed against this company I would be happy to submit my documentation futher and or be included in such action. I can be contacted at israelt519@aol.com

16. *on April 30, 2007 at 1:29 pm*16     *Janet Copriviza*

Kathy, above, said she had an e-mail adress for the head of t-mobile. Can I get that address? I am tired of dealing with the customer service and tech depts. Something has happened to the tower in our little town and I've had no service for 1 month and not time frame when I will have service. We are on the family plan with 4 phones and they want to charge me $200 per line to cancel a contract when they can't get me service. PLEASE someone send me the e-mail address and name of the head of t-mobile. Thanks

17. *on July 2, 2007 at 3:36 pm*17 *Jason*

I understand that I should've made copies of everything and I usually do, but this time I figured I had the receipts so I should be alright. Wrong. I received two of four rebates after a couple weeks but the week after I get a letter saying that for one of the rebates, I did not include the cardboard white sticker panel from the side of the box. I did the same thing for ALL four rebates which were mailed out at the same time so how is this one different? Customer Service then told me that they reviewed what they received and had everything except for the white sticker panel. They also said they only received three rebates and also said that they are not responsible for lost or misdelivered mail. So anyone who forgets or loses their copies are basically screwed.

P.S. I'm glad there is a place to air out my frustration. I feel for everyone that has posted here and hope that no one else has to go through this.

18. *on July 5, 2007 at 11:46 pm*18     *Rina*

This is second time happened to me. First, in 2005, Young America refused to give my $100 rebate, they said that the rebate offer has expired, which was a lie & I let it go & gave up because they bounced me from one customer service to another. And second time just happen in July 2007. I received a letter stating that the rebate request is rejected because the form wasn't submitted???? I sent everything as instructed in rebate form as I wanted to make sure Young America wouldn't have any excuses to not giving my $50 rebate.
This company doing unethical bussines! they're nothing but trying to scam us as customers. Right now, I'm filing a complaint with Better Business Bureau & also with FCC.

19. *on July 12, 2007 at 10:00 pm*19 *Tatnai*

Submitted my rebate, thought everything was in line. Got my rejection letter, phoned and they said that orders place on t-mobile.com had to be purchased before 5/19/07. Well, my rebate form stated 6/30/07 as the latest date of purchase (I purchased 5/22/07), and said purchases could be from T-mobile retail store or authorized dealer. I had never questioned that the on-line t-mobile store was not a retail store (technically, it is), and nowhere in the fine print online or on the rebate

form does it say that it excludes purchases from t-mobile online, or does it define what a t-mobile retail store is. So I'm now pushing for my rebate to be honored because the rebate form does not exclude me. BBB and FCC here I come.

20.   on July 15, 2007 at 9:51 am20 *JOHN A*

WELL I WAS UNLUCKY ENOUGH TO JOIN YOUR LITTLE CLUB TOO. I HAVEN'T SENT IN THE REBATE FORMS YET BUT WHEN I DO I DO IT WILL BE WITH CERTIFIED MAIL.

ANYWAYS THE HARRASMENT I'M DEALING WITH FROM Terrible-MOBILE HAS TO DO WITH THE "FREE REPLACEMENT" FOR THE DEFECTIVE RAZR THAT'S COST ME OVER $128
I SAY PROVE IT OR SEND BACK MY "DEFECTIVE PHONE". I DON'T NEED THE CRAPY REPLACEMENT RAZR…
I'M GOING TO CONTACT EVERY COMPLAINT DEPT. AVAILABLE, THIS CRAP HAS TO STOP ONCE AND FOR ALL.
I'LL UPDATE WITH MY MAJOR STRIKE ON THESE WICKED CRAPS.

21.   on July 31, 2007 at 8:47 pm21 brodie

all you people are dumb…learn to read…and dont be so foreign…make photo copies dumb ass, and yes you need to keep reading after the first condition…you failed yourself, we did not fail you.…rebates are easy…why do you find it so hard… its not rocket science…its reading, and comprehending small words, its like a picture book…for kids…with dissabilities

22.   on July 31, 2007 at 8:49 pm22 *TMOBILITY*

fuck u guys stop calling the rebate centre no money!!!!!

23.   on August 1, 2007 at 3:11 am23 *Yuumei*

Wow, stfu about your rebates. Honestly if u have to fvcking hope for a god dam rebate from your fvcking purchace something is Significantly WRONG IN YOUR STATE!!! Im sure u have jobs right? if not then dont waste your fvcking LAST 300-600$ on a Dam phone that you MUST MAKE PAYMENTS ON! Honestly some of you people who call our centers have no fvcking clue what ur talking about, Its like u dont go to school because i dont READ everything needed! So before you send us your Shit-tacular rebates keep in mind its not us its YOU!

24.   on August 1, 2007 at 2:25 pm24 *Tatnai*

Update:
contacted BBB and complaint was filed. T-mobile reviewed my case and issued my rebate after all. Thank you BBB!

25.   on August 1, 2007 at 2:30 pm25 *Tatnai*

Oh, and by the way Yuumei, it's not about the money. It's about the fraud. There are many reasons people buy something, cheap or expensive, and incentives like rebates influence the decision to purchase, regardless of price. I was angry not because of the mere $30 I was jipped, but because they promised my $30 as an incentive to buy, and then did not deliver. That's dishonest advertising. Principle alone is plenty reason to get upset, complain, and fight back. In fact, in my opinion,

its the best reason, and the reason why everyone that gets jipped should file a complaint with the BBB and the FCC.

26. *on August 13, 2007 at 9:47 am* 26 *guxu*

I got ripped off $50 also. T-Mobile said I have reached their limit of 5 this year. But the rebate form does not say that the limit is for ALL T-mobile offers COMBINED. I had always thought that limit of 5 was for the particular offer on the form. Filed with BBB and that did not help. T-Mobile's response kept saying the same thing that limit has reached and BBB closed the case. What else can I do to get my $50 back or I am already out of luck? Any suggestions would be helpful. Thanks.

27. *on August 20, 2007 at 10:15 pm* 27 *Brian*

I just got off the phone with a second rep (Dale #495473) at T-Mobile/Young America Corp. First I got a letter saying my IMEI is ineligible and to check the IMEI inside the phone by pressing *#06#. The IMEI inside the phone was indeed different than the IMEI on the sticker on the box. So I called and gave them the new IMEI. I got a letter two weeks later saying my IMEI is ineligible.

When I called back today, they told me that the offer on the phone was only valid for new activations and that the T-Mobile store shouldn't have given me the rebate form. This is despite the rebate form being titled "Handset Upgrade Rebate." He then said, "Yes, but it was not valid in the month of May when you bought it." I read the terms of the rebate to him:

"Valid only for upgrade purchases and activations within the periods noted at right: April 1 - June 30, 2007."

He then tells me, "Yes but not for the Nokia 5300."

That's news to me, considering I went to the store no fewer than 3 times between May 24th and May 31 because I exchanged two other phones before finally deciding on the Nokia 5300. Each time, I checked the prices of all 3 phones and the rebate offers on each. The store most certainly did list an upgrade rebate. Whether this was a goof or not is pretty difficult for me to prove.

Any suggestions as to where to go from here are welcome. If anyone has a copy of the upgrade rebate offer for the Nokia 5300, then please post it somewhere.

28. *on August 29, 2007 at 9:00 pm* 28 *PH*

Brodie is a "Supervisor" at Young America - the rebate processing center. I was transfered to him because I was having trouble understanding the issue regarding my rebate - They never "received" it. However; I can prove that I mailed 2 rebates on the same day in separate packages and one was processed then I received the $50 and the other one was "Never received."

All I got from Brodie was, "There is nothing we will do for you."

His response to the fact that one was received and paid out and the other was missing with proof of shipping was, "You cannot prove that the mail in the 'lost' package was your rebate that was filled out properly with all items included."

If the poster 'brodie' is indeed the same person I spoke with today then I will be cancelling my T-Mobile service ASAP. Although my nagging suspicion tells me 'brodie' is someone that met the same odds I did and wants to make him look as if he really is the face of a corrupt company reaping the benefits of a broken system.
Anyways, I feel Brodie (the one I spoke with) was as professional as to expect when dealing with unhappy customers all day. I was suprisingly mellow while on the phone which may not prove the case for anyone else that loses control when speaking to him.

29. *on August 29, 2007 at 10:11 pm* 29    _PH_

    \*- Update -\*

    I called T-Mobile and let them know of my frustrations with the whole process and asked them if they could help me. 42 minutes later - 3 holds and 2 different people that the T-Mobile rep spoke with I had a credit of $50 on my account for the next month. I really have to thank Stephanie. She called Young America and got the scoop from them. After she told the that is what she has to go by, I asked if anyone there I could speak with.
I really just wanted to tell the supervisor that Stephanie was great and that I am disappointed with the companies T-Mobile trusts to take care of their customers when their reps do such a great job.

    Thanks to this forum and Stephanie I was able to get what was owed!

30. *on August 30, 2007 at 4:05 am* 30    _Bob Deloyd_

    Called T-Mobil rebate center and asked why I was denied (got the denial letter from them yesterday instead of a check). The rep looked it up and told me that it looked ok to him and would resubmit it. He told me that there must have been a "Glitch" in the system. "What if the glitch happens again?" I asked. He said there was nothing his company could do! Well I told him that there sure is something I can do, like call the Better Business Bureau and take them to court. I went online and did a search on T-Mobil rebate complaints and found many. It's not about the money to me: it's about being cheated!

31. *on August 31, 2007 at 11:05 pm* 31    tszefr

    Let us categorize this right where it belongs: A T-mobile rebate offer is like any offer or correspondence you might get from Nigeria. Those people could outsource Young America; only the accent would change.

    My example has been thru most of the attempts mentioned here, including a (now closed) unresolved BBB complaint and correspondence with the CEO of T-mobile as well as entry of a complaint with my Attorney General fraud division. The claim was acknowledged as timely received, and every condition was met but it is still rejected.

    We have heard a number of lies, including
1: t-mobile.com is not an authorized retail outlet
2: You got your rebate in the price of the phone
3: We sent you a rejection letter
4: You did not qualify for the rebate
5: You got it cheap enough so we don't owe you
6: It is not valid in conjunction with any other promo
7: We never offered any such rebate.

    Of these, #6 is on the form. Something like "free shipping" could easily be interpreted as a promo, so ALL T-mobile rebates can be rejected at their whim, with or without orders from T-mobile.

    Number 7 I actually have in writing from TMO Executive Response team; the actual wording above is my paraphrase of it. It is a lie because I have a copy of the form as does the BBB. It was sufficient to leave BBB case "unresolved" over TMo protest.

    While the rebate company seems to enjoy their job (like the guy in the Capital One "NO" commercial), in this case the real stink comes from the highest offices of T-mobile.

32. *on September 20, 2007 at 7:30 pm* 32  _Ana_

I had the same issue two weeks ago. They just reply with this message. They agree they make mistakes and they keep our money just blame us of not making copies.

I hate Young America and Stupid Tmobile for using them.

Thank you for contacting T-Mobile.

I have looked into your request. You stated that you mailed in the UPC barcode with the rebate submission. If it was stuck to the rebate form, when the rebate is scanned into our system, we would miss it as the system is not designed to pick it up off the rebate form. If it was a separate page and we missed it or if the envelope became damaged in the mail and it has fallen out during transit, I do apologize. If you do not have copies of the sticker panel, there is nothing we can do. There is vital information on that sticker panel that we must have to validate the rebate correctly. Our rebate form does state to make a copy everything you mail in for your records.

33. *on September 30, 2007 at 8:35 pm*33 ▮▮▮ *T T*

Rebate:
Filed online, mailed in my rebate information. It has been about 12 weeks now, and the online rebate status states nothing was found for my number.

Phone returns:
I had a problem with phone returns. Bought two, returned two, was credited for one! Call after call (hours of my time) could not resolve this, and I thought I had lost the return UPS label. A supervisor told me I will not get my money back without it, as they need to check the weight.
Found the label, as a corporate customer, I sent an email to the corporate representative, and customer service stating my disgust, and givingthe UPS label information. They finally credited my credit card.

Cancelling service:
Signed up for service, cancelled the same night. Returned the phones unopened. Received several bills. Called. Called. Received pre-collection notice for outstanding balance! Anyway, after the last call earlier this week (5 months since cancellation), I think we finally have a zero balance!

34. *on November 6, 2007 at 1:56 am*34 ▮▮▮ *Scott*

Happened to me! No $50 rebate and was
told you can't receive two rebates in the same
11 month period by Young America.

Well I've never had a rebate in my life!

I called T-mobile and they say they
are giving my phone bill a credit for the $50 rebate?
I will see? I will have to see it to believe it.

I will not honor my contract of two years
I told them if the credit it's on next month's bill.

I really don't think they care!

35. *on November 6, 2007 at 1:10 pm*35 ▮▮▮ *Ralph Berliner*

The T-Mobile Rebate Scam rolls on! They nailed me on an attempt to claim a $30 rebate on a pay-as-you-go phone this

June/July. I've tried calling Young America, and after 3 unsuccessful attempts to establish my claim, tried thei T-Mobile Customer Service people, who consistently tried to get me to deal with Young America, even though I told them I no longer wished to relate to them.
It's time to plug in the BBB, FTC, State AG et al.



36.  *on November 14, 2007 at 11:41 am*36  *Evan Rietdyk*

Hey there Guys, I work for T-Mobile at the Rebate Processing Center. If you guy's have any concern's regarding your rebate, send me an e-mail. I've been there for a few months now and have heard everything in the book. I will try to explain everything to the best of my ability to you regarding your rebate, and why you may be unqualified.
erietdyk@hotmail.com

37.  *on December 4, 2007 at 2:18 pm*37  *JacobM*

Rebates are just the beginning. Once you get your phone, expect billing inaccuracies and random charges. Please visit sites like t-mobilefraud.com and tmobilefraud.com

38.  *on December 19, 2007 at 11:09 am*38  *BRock*

Thank you for your post. I'm going through this right now. The T-Mobile guy on the phone told me that I did NOT qualify because T-Mobile retail stores (where of course I went to get my upgrade) were EXCLUDED from the rebate. I saw a huge ad for the $50 rebate in the paper this morning, and lo and behold - I read the fine print and it was excluded.

This means that every T-Mobile retail store that advertises these rebates (they're on the pricing on every phone displayed) is SCAMMING us, because they do not qualify in the first place. If the store does not qualify it shouldn't be advertising this! Also, the thing is that I ASKED them when I bought the phone - are you sure I qualify - there are no fine print exclusions, etc, and the guy said no, just mail it in and you'll get $50.
I'm going to go down to the store to raise a raucus.

39.  *on December 20, 2007 at 6:41 pm*39  *Frustrated*

Same thing happened to me. Got this phone for my wife with $50 rebate. Sent the rebate forms and requirements with UC label. A few weeks later got a letter of denial saying that it did not include label. I swear it was included. Filed a complaint through BBB and a week later I got a call from Tmobile. I was told that I will see a credit on my phone bill for the $50. rebate. Have not seen the credit yet. Unfortunately this same phone got wet and now does not work. I had to get a new one and paid full price of $50. with no rebate. I was told that I have not used my original phone w/ rebate so they could not give me a credit. Stupid ass, I already told them that it got wet and no longer works, so I had to get a new one. But I still want my rebat e as promised when puhased. What a scam!

40.  *on December 26, 2007 at 11:47 pm*40  *Me Too*

Yes Me Too - I did everything right, just like everyone else - and instead of being an honest company they did not send me my rebate check.

I sent them a letter after I got a lame vague rejection letter from young america.

However, this is not TMobile - TMobile does not even have the honor to put their own name on a letter when they are ripping people off.

Well, now this phone is broken and I've gone back to TMobile to buy a new phone.

But wait - why should I go for another mail-in rebate deal? I should get my original money back - I'm not going to give them another $50 and wait for young america. What is wrong with these people? Seriously. AND these are their customers that really should care about KEEPING.

41. *on January 7, 2008 at 12:22 pm41* Aaron

I filled out everything 100% correctly and accurately, but it was "lost". Oh man I just kept getting the run on with these stupid e-mails about how now it's past the deadline and even when I provided everything they asked for they still "Lost" my reply e-mail. Someone needs to do something about these guys. If there is a class action suit, I would love to know about it. aaroncalloway@hotmail.com.

42. *on January 11, 2008 at 2:17 pm42* Ron

I got satisfaction by contacting ...
Office of the Attorney General
Bureau of Consumer Protection
MS TB 14
900 Fourth Ave, STE #2000
Seattle, WA 98164-1012
Phone (206-464-7744)

I also sent a copy of my complaint to the president of T-Mobile, letting him know that I involved the Attorney Generals office:
Robert Dotson
12920 SE 38th Street
Bellevue, WA 98006
(Phone 1-800-318-9270)

I was burned on two rebates back in 2006 and this garbage is still going on. These people need to face justice.

WRITE THE ATTORNEY GENERAL AND LET THEM KNOW THIS HAS GOT TO STOP!

43. *on January 11, 2008 at 10:15 pm43* John

Hi everyone, I understand your frustrations! First, I am deaf and am a customer with T-Mobile. I purchased a sidekick and chose the plan I wanted. I only wanted email, text messages and web browsing.. nothing fancy, no phone, etc. Since I am deaf, I didn't need the phone, so I went ahead with this plan called SDKICK Unlimited Plus II VB (special plan for the deaf, I guess). I got the new sidekick along with the rebate forms, I completed the forms and followed everythng as insructed per the forms. I did that including the UPC, of course. I sent the forms in, waited and waited, waited, waited… like for 12 weeks or so, I finally got the letter saying the rebate was denied!

It said I didn't choose the right plan. I guess like the regular plan or something… not sure. The rebate form, said ANY plan. ANY means ANY as long as the plan is $29.99 or more a month. Mine was $29.99! They just lied. I never got the rebate money. That was over 18 months ago. Once the 2 year commitement is over in July this year, I will cancel T-Mobile. I just think that the T-Mobile is not the honest company. I now realize that there is so many rebates that are denied! (I found this out by reading your posts!) Should I file a complaint with FCC since it was over 18 months ago?? Thanks.

44. *on January 17, 2008 at 6:47 pm44* Erin

I purchased two phones. Both had $20 mail in rebates. I received a confirmation email that one had been processed, and approved. Hopefully I'll receive that check. The other one, that I sent in a seperate envelope, with the same exact postage, on the same day, Is lost. I called their # and they said there is no record of it. They said the only way I could get it is if I had a photocopy of everything. I do have a photocopy of everything, and she said that I had to mail this new rebate to a new address. Hopefully I can get this one in, before the due date, and get it approved. If not I will be contacting the BBB.

45. *on January 18, 2008 at 11:54 am*45 *Manoj*

T-mobile did it with three of my $50 rebates with my family plan. I am looking for a means to get that. If anyone is planning to initiate class action, please provide a reply to this message.

thanks

manoj

46. *on February 6, 2008 at 6:20 pm*46 *erin*

I finally got both $50 rebate checks. It took a lot of work though. They lost one of the original ones, and then I resubmitted it. They told me that they never received this rebate form AGAIN. After several emails and phone calls, this rebate was now found, but it was denied because the number was wrong. So I gave them the correct number. They said it was approved, two days later they tell me it's denied because the imei number is wrong. I asked them to recheck the photocopied label with the imei number it's not wrong. They told me that it was still denied. So I filed a complaint with the BBB. Then A week later I get a letter saying that my rebate had been approved. I check the status online and it says denied. I call them up, and they tell me that is has been approved. I finally received my rebate check Monday.

47. *on February 14, 2008 at 3:35 pm*47 *Sherman*

I've been chasing down a $50 rebate for my tmobile shadow. Young America has been ignoring my emails after posting up the denied status on the tmobile rebate website. It's been driving me nuts chasing after these people. It took them over two months to do anything and then they denied me in spite of my having fulfilled the requirements to the letter. It's incredibly frustrating. I even included the originals so that they couldn't pull the "No photocopies" thing on me. I'm going to be registering a complaint with the Better Business Bureau. If they're going to advertise a $50 rebate and then deny everyone, why even bother? It's just false advertising.

48. *on February 19, 2008 at 10:24 pm*48    *I Work At The Rebate Center*

Yes that is the same brodie, funny eh? How quality is tmobile, pretty quality. Their service is great. But the rebates are a different story. They are not a scam, or anything. Simply a promotional offer. To qualify for the promotion, you need to abide by the conditions. Not doing so means you recieve a letter. I will be honest, some ppl do get denied due to faults in the system, but MANY get denied bc they never followed the 1, 2, 3 steps on the rebate form. I have worked there for 8 months. Many ppl, sorry to say, are too incompedent to write there name, or put the wrong address, or decide to buy a brand new phone, and store it in their sock drawer.

PLEASE if you want your money, follow the conditions, re read them, and protect yourself by making photocopies, and following up on your rebate. Feel free to call the rebate number to check the status, just done wait more then 3 months. Rebate offers expire with in 6 months of opening.

Also, when you do contact us, do not yell in my ear. its not appreciated at all, and only makes me not want to help you. Also, when you scream in my ear, I tend to take my earpiece off, bc it hurts my ear. So i dont hear what you say. Thus, the purpose of calling failed.

Again mistakes on our behalf do happen, and i do appologize for that. I would get that correct for you, and follow up weekly to make sure it gets corrected. (This is not a responsibility of my job, but rather I choose to)



49. *on February 20, 2008 at 5:26 pm* 49 ▶ ▲ *I Don't Work At The Rebate Center*

Dear I Work At The Rebate Center,

Is English your native language or are you a product of home schooling?

If you are a representative sample of your fellow colleagues then I understand why I would like to bore a hole in my head with a power tool after speaking with any of you.

Dear TMOBILITY

22 TMOBILITY

fuck u guys stop calling the rebate centre no money!!!!!

I know! Thanks for being honest!



50. *on February 29, 2008 at 4:16 pm* 50 ◀ ▼ *cindy*

Great! I just got my letter denying my $100 rebate. Now I see what I am going to go through! I didn't make ANY photocopies. I just trusted that they were gonna do what they said.



51. *on February 29, 2008 at 4:17 pm* 51 ◀ ▼ *cindy*

Any help? Let me know. Cindola424@hotmail.com

52. *on March 5, 2008 at 9:18 pm* 52   *StlSteve*

I wound up on this site looking for some other information and this blog intrigued me. I have been a T-Mobile customer for over 5 years and have purchased at least 4 phones during that time (including a Sidekick II, Sidekick 3 and most recently a Wing.)

Sorry to come off like a jerk, but simply put: Anyone today who buys anything from anyone with a rebate (other than an Instant rebate) and actually expects to ever see the money is an unknowledgeable consumer. You can leave words like "principle" and "fraud" out of it because it's endemic.

I have seen and heard these same complaints about everything from hard drives to office supplies to toys to DSL service and equipment, ad nauseatum. These companies all promise money back if you buy the product — then you waste your time filling out the forms and never see anything.

We have run a small ISP for many years, and for a time decided to resell DSL service through a major national carrier. At the time, rebates for the equipment were standard practice. Of course the customers never got them — then they'd call us like we were the "bad guys" and threaten us, cancel, etc. And there wasn't a thing we could do about it (except what we eventually did: just quit selling it.)

Let me give you one tip: Mention the Attorney General, or any legal action, and the T-Mobile rep will end the discussion right then and there and tell you that they can no longer talk to you. That's their internal instructions. I found that out the

hard way (which I'll get to in a second.)

But, to finish about rebates, simply put: Don't fall for the scam. Buy for the best price, not for the best promise — especially when the company you're buying from isn't controlling whether or not you actually ever see your money.

Now, a quick REAL T-Mobile horror story:

We had a defective phone and after several trips to the T-Mobile (company owned) store, finally got Customer Service to agree to cross-ship us a new phone. We followed all the directions for sending the defective phone back to their distribution center in Georgia. A month later a charge equal to the price of the replacement phone showed up on the bill. So, I called them . . .

They claimed to have not received the defective phone returned to them. Although I knew that was very unlikely, I didn't argue at the time — just decided to get my info together for the next round. I went to ups.com and tracked the package and got a copy of the tracer number and delivery signature. Armed with this, I assumed that I had the situation in hand. Nope . . .

Even when presented with both pieces of rock solid evidence that they had, in fact, received the phone, they still claimed that it didn't exist in their inventory and, as such, was our responsiblilty! It didn't matter whether or not THEY lost the phone after accepting delivery of it — as long as THEY didn't acknowledge delivery by putting it into their inventory, then as far as they were concerned, it was never delivered.

It was at this time I learned my little tip about threatening them with anything legal. As soon as you do that, you have to deal with their legal department — in writing.

Anyway, it all worked out. They found the phone. They were apologetic. And, I've always liked their service (yes, even their Customer Service.) So, after requesting and receiving an accommodation for all my trouble, I stayed with them. And, by the way, no matter how bad it got, no one ever suggested that they'd transfer me to "Cancellations." After 5 years with them, and more than a few disagreements over various things, I'm sorry but I just find that hard to accept as a credible story. They don't bend much, but I've never had any T-Mobile rep be rude (and, I've talked to at least 20 of them at various times.)

Just some thoughts, for what they're worth . . .

53. on March 10, 2008 at 9:05 pm53   Jay

I got a similar issue. My employee has a benefit plan I bought Wing with the phone plan and the unlimited Data plan. The sales rep told me two "mis-leading" information:

"Right now, t-mobile offers $50 rebate for the Wing if you join today"

I didn't see any rebate form as I was doing the deal over the phone (I was using the Prime Card program, in which the t-mobile give you "via phone" option only. I usually do not have any deals over the phone, as I have many terrible experiences, but in this case, I didn't doubt what the sales rep told me, simply because the T-mobile is one of the nationally well-known companies.

Several weeks later, I got a mail, says I'm not qualified for the rebate. I was so surprised and regret that I trusted t-Mobile Sales Department.

I called the Customer service, but they told me I won't qualify for two reasons that I was not informed before completing the deal:

1)The phone plan is only $29.99, not 49.99.
2)Data Plan does not count.

What is the sales department for? To deceive the customer, in stead of helping them? If the t-Mobile were the local small business, then I won't have been fed up so much. They just gained $50 from me, but also they lost more than $50 — "Trust and customer loyalty".

Probably my case is just the tip of the iceberg, as I can see so many complaints against T-Mobile over the internet, and even in BBB site (I did't know the BBB "Company with unsatisfactory records" which is the "bad sign" by BBB)

As everyone in this blog thinking, I will also cancel the service right after the day that my annual contract ends with t-Mobile, and I won't ever come back.

Lesson learned: I should always check with BBB when making any deals, even with any large companies. And of course, I have to put a PostIt to my phone, says: "No more deals over phone" ☺



54.  on March 13, 2008 at 1:39 am54 *Stacey*

Anyone up for a class action against T-Mobile? The same thing happened to me as everyone else, I just don't know who to blame, the Rogue Valley Mobile Solution or T-mobile. I lost $120 for 4 $30 rebates, so I am right there with everyone else on getting ripped off. I sent in everything and scanned it onto my pc before sending it. It was on time and correct. If my first overly inflated bill was hard enough to swallow, the $120 "invalid" rebate just kicked me in the teeth.



55.  on March 21, 2008 at 9:25 am55 *New T-Mobile Customer*

I just joined T-Mobile last Thursday and I am currently in my 14 day "grace period" as they refer to it. I had to get my Blackberry Pearl phone switched out because it was making a hissing noise in the background. I have read so much negative stuff about T-Mobile that I am second guessing whether to stick with them.

My brother joined on with them about two months ago and has said that everything has gone really well with them so far. His bill is pretty clean looking, no charges for non-sense (thus far) as we experienced with Sprint non-stop. He did mention though, that he did not get his $50 mail-in rebate with them for the BB Pearl phone that he bought which kind of raised my concern.

I just paid $150 plus tax for mine and they gave me the form for the rebate. If I do make the decision to stay with them, which I may due to the Fave5 and good T-Mobile zone web browsing thing I have….(you can not beat the price of this on a family plan with my brother).

I will be interested to find out if my rebate gets denied, I was promised by the store people (which is about worthless with any company), that the rebate would go through fine because of the plan I chose etc. but I do not believe any of it until I get the check and it clears.

Cell phone companies are really not to be trusted overall as an industry. It is terrible, but that is the way it has gotten. T-Mobile has been good so far though, but I am never too certain about anything when it comes to wireless providers.



56.  on March 24, 2008 at 4:53 pm56 *Pavel*

I've gone through the same junk 3 months later I've got nothing ☺ I'm very disappointed and my sister didn't get her reabate either ☺

57.  on March 31, 2008 at 5:38 pm57 *Cathy*

It's happening to me right now over a $30 rebate. Been going on since 12/07..they keep giving me all different kinds of excuses why my rebate stuff I sent in is wrong. Each letter of denial is a DIFFERENT STORY! I would be happy to join others who would like to start a class action suit!

58. *on May 4, 2008 at 9:37 pm* 58   *Marco*

Iam a new victim of these people me and my wife when to all the means of getting our rebate back ,countless hours on the phone ,including from the cosco reps were we bought the phones the best answer they could give (thas the best we could do) false promises,iam also writing to the federal trade comission and the BBB.its nothing but a mere scam!

59. *on May 11, 2008 at 9:02 pm* 59  *NotaYank*

I love how none of these Yank's know that were in CANADA. Thats right, fucking Americans aren't smart enough to figure out a fucking rebate. LEARN TO READ. The terms CLEARLY state why you are unqualified. If the fucking form says that you have to purchase at a T-mobile Dealer, that means that you have to purchase there, not online, not at a T-mobile store, a DEALER. AN AUTHORIZED DEALER. Please, for the sanity of all of us down at the rebate center, READ THE FUCKING FORM!

Sincerely,
Concerned Citizen

60. *on May 12, 2008 at 9:04 pm* 60  *scammed by Tmobile*

My bills usually over 300.00 a month they promised me a rebate 6 months ago and still no rebate. Has anyone filed a class action lawsuit. I would like to Join.

61. *on May 13, 2008 at 11:00 am* 61  *Jessica*

Wow, I was about to log into the damn tmobile rebate center because ive been waiting since march and it had gotten denied on the strength of some stupid date issue that was a lie and i had copies, it still says pending, now they said for my new blackberry they would mail it, well i log into check and its for 5/1/08-5/30/08! I'm glad you posted this, because this'll make $100 they will have to honor.

62. *on May 18, 2008 at 8:59 pm* 62  *T-Mobile Rebate Employee*

I do regret to inform you but your rebate checks did actually burn in a rebate fire…. we apologized for the inconvenience but there was nothing we could do…

Also, all upc codes that were submitted that we said we didn't recieve? Those burned as well…
seperate fire, seperate center, all under one god…

MALCOLM X Svc rjt 2X - Info verified processed

63. *on May 19, 2008 at 11:19 pm* 63  *NeverGonnaGetIt*

You nevva gonna get it, you just never gonna get it!

No rebates for anyone!

Concerned T-Mobile Rebate Employee



64. *on May 20, 2008 at 6:38 pm64* *T-Mobile Rebate Center Employee*

Back again, just to update the status of all the rebates that were submitted between the timeframe of 1806-2008:

We do apologize but our rebate checks are currently no longer available. However, we will be sending the value of your rebate in raw hamburger in the mail. You can expect those in 4-7 months, this way we know the hamburger will be in prime condition when it reaches our faithful T-Mobile consumers. Thank you for your understanding.

Coprorate Manager,
Jesus M. Christ



65. *on May 20, 2008 at 8:28 pm65* *T-Mobile Rebate Center Employee*

Also, T-Mobile added a new level of Esclation to our supervisor department. We can now transfer you to God.

Thank you for your continued support for T-Mobile, you have an excellent day.

Corporate Manager,
Jesus M. Christ



66. *on May 21, 2008 at 10:32 pm66* *T-Mobile Rebate Center Employee*

Jesus 'The Lifeless' Christ back again with another update. Turns out that the cows which were to be turned into hamburger were mixed up with the horses which were to be turned into glue. SO! What to do now? WELL. Instead of getting you're rebate checks now, you will be receiving you're rebate value in fresh, processed from the hoove glue. This stuff is great for sticking anything to anything! You could even use it in your next rebate to extra-glue those envelopes shut. We don't want any missing UPC Bar Codes! No sir!

Thank you for your continued support for T-Mobile.

Corporate Manager,
Jesus M. Christ



67. *on May 21, 2008 at 10:38 pm67* *A standard rebate call:*

Employee: Hi, this is _____ and my t-mobile rep ID is _____. How can I help you today?
Customer: Uhm, yeah, I got a fucking letter.
Employee: Really? From who?!
Customer: Santa Clause. WHO THE FUCK DO YOU THINK?
Employee: Uhm… don't tell me, I'll get it…
Customer: YOU, YOU IDIOT!
Employee: OH! I can certainly help out with that kind of letter! Can I get the tracking ID from the top right hand corner of that letter?
Customer: Sure thing, pal. 750278285
Employee: And who am I speaking with today?
Customer: Jesus Christ.
Employee: Okay Jesus, can I get you to verify you're address for me please?
Customer: 777 Heaven Gates Blvd, Las Vegas Nevada, 77777.

Employee: Great! Would you mind if I place you on a brief hold while I look into this for you?
Customer: *groan* Sure.
Employee: Awesome!
*hold music*
*the original caller, has hung up*

68. on May 26, 2008 at 3:28 pm68 *Class Action Lawsuit*

Anyone planning to issue a class action lawsuit, don't bother. The rebate forms clearly state why you are unqualified if you are. Please read your rebate form prior to submission, or if you are denied, take a second look at it. Also, I don't believe US law has jurisdiction in Canada.

69. on May 29, 2008 at 3:55 pm69 *T-Mobile Rebate Center Employee*

05/29/2008: High Mail Volume

Here at T-Mobile, its been brought to our attention that a large quanitity of rebate submissions are not making it to our rebate processing center in Chanhassen, MN.

As a result, not all consumers have been recieving their rebate checks due to lost or damaged rebate submissions. Since we have been brought to light on this, we here at T-Mobile have arranged for a new rebate processing center. The new center will be located in the north pole, where Santa Clause has agreed to, with the help of millions of little hands, get your rebates sorted out and processed all in the same night. As well as such, he has also agreed to deliver them, so the day you mail it in, the next day you recieve the check in the mail!

However, due to Santa Clause's contribution to providing America with their ever-beloved rebate checks, he can no longer provide all the good little girls and boys with presents.

Well, T-monile does hope your proud of yourself and hopes you have a fine day.

Corporate Manager,
Jesus M. Christ

70. on June 5, 2008 at 3:17 pm70 *Tired of The Greed*

Add me to the list of 'been screwed' by T-Mobile. I bought a phone from them at the end of January, and the dealer filled out the forms. I verified everything was correct, and everything got sent in as required. Six weeks later, an envelope arrives from TMobile. I was so excited as I opened it, expecting a check to be inside. REJECTED! Those jerks had waited SIX weeks before telling me it had been rejected! What kind of BS is that?

So I call the number on the letter to challenge the rejection. They said the phone number on my account wasn't even a TMobile number (which it was), and that it wasn't their fault it had been rejected (which it was). The supervisor I got transferred to apologized eventually, and said they would reprocess the rebate form and I should see a check in the usual '4 to 6 weeks'.

Y e a h R i g h t.

By my calender, it has now been almost 11 working weeks since that phone call. Note the distinction - not 11 calender weeks: 11 work weeks.

Want to know what I was told just know when I called? Rejected the day after it had been resubmitted! They didn't even bother to send me another letter about it. Of course, the rep said they mailed the notice, but that is absolute BS - nothing ever showed up. 11 WEEKS!

So now it's the waiting game again. I think I'll call them a minimum of once a week until this thing goes through. Maybe if I'm an intolerable pest, they'll send me the money just to make me shut up. Otherwise, I think I'll contact the local news station here in Seattle. They take great delight in publicly exposing fraud!

I have to wonder about the class action lawsuit issue? Just because their little piece of paper says so, doesn't mean it will hold water in Federal Court. Might be worth looking into…

As an FYI - this is the 5th or 6th rebate of any size I've requested from a large company. And this is the only time I've gotten screwed. So those of you who blame all of this on my being a 'naive consumer' need to shut up. It's the greed of TMobile that is at fault, not the intelligence of consumers.



71. *on June 8, 2008 at 8:26 pm71* **B Shah**

Add me to the list too.
When I signed up with TMobile for the SHADOW, I was told that I did NOT need an internet plan for the rebate or the phone. When I went to submit the rebate, I called their rebate center to confirm: They said I DID need the internet plan of $9.99 + tax, but that I could cancel once the rebate is in the "Processed" stage.

I submitted 3 rebates, and 2 went through perfectly. The third rebate was denied because they could not read the IMEI number. I called them and the CS verified that the IMEI was correct, and he did not know why it was denied. He reprocessed the form and told me to wait 2 weeks.

I called 2 weeks later, and they told me that it could take up to 6 weeks. All this time, I must keep the internet plan active. They verified the rebate and that everything was correct.

6 weeks later, I check the status online, and it was REJECTED for incorrect submission date! I called their CS again who said that it was a "data entry error" and that I have to wait another 6-12 weeks for it to be re-processed. I stated that this was unacceptable and was transferred to supervisor, "STEVE". Steve told me "We realize that it is an error, but we do not accept fault. These things happen." I stated to him that this was not acceptable, and he has to fix this. He said, "No, I cannot do that. Actually, I no longer am going to re-submit your rebate"!!! When I asked Why, his response was that he acknowledges that this was the rebate processing center's error, but they are not required to resubmit anything. If I have a problem, call TMobile Customer Service.

I called TMobile, and they applied the rebate to my account ASAP.

This is still unacceptable. Why did they make me wait 2 months+ for no reason?!?!?!

I believe that this is a scam so they can force you to stay on their internet plan for $10/mo+Tax ($14/mo).

My rebate was pretty much useless at this point, since I paid that amount for the internet fees, which I didnt use at all.



72. *on June 9, 2008 at 2:01 pm72* **Victoria**

T-mobile is a total rip-off, they tried to pull that internet crap on me initially, even thought when I ordered my phone through customer service (611) I was never told I had to activate internet service and there is no way I am going to. Then I was told that I dont qualify for the rebate, not sure what the reason is and I was only told this after I complained about not being able to access the status via theri website with the fake reference number they provided. T-mobile is a scam and I have filed complaints with the BBB, Public Utilities Commission, and the FCC and I will continue to file complaints and send emails until I get my money!

73. *on June 10, 2008 at 10:06 pm73* **another dumb-assed rep**

To all those devastated by there denials on their rebates.

I do admit there are times when mistakes happen, and also a great many of faults in the system to begin with that create these problems. The system is not fool proof. Continued improvement is the goal. I assure you as an TM rebate rep, I always start every call with the intent of fixing the problem at hand and to ensure customer satisfaction. I also assure you I see just as many checks mailed out in a day as I do denials. You don't read stories about people who are enthusiastic about their experience with TM and customer care. I promise there are reps who care to get you what you deserve. Tmobile is no more of a rip off than any other corporation offering mail in rebates. It is a game you choose to play the moment you sign the card and mail it off! There are rules and procedures to follow like any other regimine. Whether you are illiterate; lazy; too carefree or so cloaked in your sense of entitlement that you avoid reading every last word on the card, it creates a vulnerability in your request. It was your choice not to understand the requirements fully before applying. I would also like to mention the voice call rate plans. If you are denied for not having a qualifying rate plan, yet your rate plan fully suits your needs, then consider yourself ahead in the game. Qualifying rate plans are set up for you to actually pay the rebate back over the term of your service agreement. In fact in most cases you pay double the rebate. Do the math. If you have a problem call the rebate center and be civil with the reps. If they are not seeming to be able to help, at least your friendliness will go unnoticed and you could call back to try getting another rep who may be better educated or more willing to help out. The moment you create havoc, you are not likely being paid attention to in any sort of concerning way and the chance of extra help is next to none. In addition, notes are often left for other reps to see when you become irate. We have often called through to customer care and had issues resolved instantly through account credits simply by applying common manners and equal respect by all parties. It depends on your initial demeanor in most cases.

1-877-311-8853…call it and be nice. We will be nice back.

In my opinion: Any rebate offer by any product provider is not exactly built around the intention of making your purchase cheaper. If that were the case it would be sold at a discount price instantly. Where else in the world but the US do you see mail in rebates so prominent. Its because it works for the corporations, but I assure you; no different than casinos; the corporations have all corners covered and do not intend to do anything but profit.

74. on June 17, 2008 at 2:08 am74 ☐☐☐ TMOBILE REP

I work for Tmobile, and you guys are a joke.

Did you know that the reason you all get rejected is USUALLY on the form.

If one more person says,"They didn't TELL ME I needed the $9.99 add on," I'll scream.

Are you two years old? Are you? NO. You're grown ass adults that should be able to read and write english.

Stop acting like a kid in a candy store, open up your eyes and look at what you're filling out.

ALSO, did you ever think that mayyybe the person selling you the phone mayyyy be on commission.. so mayyyyybe they're just trying to make a sale?

The excuse we love hearing is, "I only bought this phone because of the rebate!" Look, that's not my problem you're that stupid. Get the phone you want. Pay the price. Consider a rebate A BONUS, it's not something you're just entitled to automatically, you apply for it - so follow the terms and conditions.

MAKE PHOTOCOPIES OF EVERYTING YOU SEND IN.
Oh, you didn't think that was necessary? That's unfortunate. Think ahead a little, maybe, plan for something to go wrong and maybe for once it wouldn't.

SEND THE UPC BARCODE IT IS NOT MY FAULT IF YOU THREW OUT THE BOX, YOUR GODDAMN KID ATE IT, ETC.

Look, I realize the letters you're getting are irritating. I'd be irritated too. Realize though, that when you call in and have a huge ass attitude right off the bat, we choose not to cooperate. There are occasionally exceptions that can be made, but we're not like other companies, where if you complain enough we appease you. If you bitch, say you want to leave the company, the response is, "Alright, I'm sorry you feel that way, I'll get you right over to Customer Care so you can cancel your account." The people who are nice about it, are the ones who get processed.

I don't get paid NEAR enough to listen to you bitch about $50. If the $50 is so much to you, that you want to call your

lawyer, call the police, call the Better Business Bureau, blah blah blah.. then maybe you shouldn't be pissing your money away on a cell phone. No one NEEDS a cell phone.

You can complain all you want. But I don't believe for one second that you can all say, and mean it, that you have a job where you NEVER screw anyone over, and you make EVERYONE happy.

I WANT TO MAKE IT CLEAR TO ALL OF YOU THAT THE REBATE CENTER IS S E P A R A T E FROM CUSTOMER CARE. ALL WE HANDLE IS REBATES. IF YOU THINK YOUR PHONE IS A PIECE OF SHIT, IT PROBABLY IS. IF YOU THINK YOUR BILL IS TOO HIGH, IT PROBABLY IS. IF YOU THINK THE STORE WHERE YOU BOUGHT THE PHONE FUCKED YOU, THEY PROBABLY DID.
COME ON PEOPLE. THIS IS LIFE. PEOPLE WILL SCREW YOU, JUST LIKE YOU ALL SCREW OTHERS. IT'S THE WAY THE WORLD WORKS. TAKE OFF YOUR ROSE COLOURED GLASSES WHEN YOU'RE SHOPPING FOR A PHONE. READ THE FORM.
IT'S THAT SIMPLE.

I've had so many people threaten to sue me personally. Anyone who says this, you're a joke. I live in Canada. You're outsourcing jobs, then you get mad. How typical. We all sit around at work and laugh at you when you get off the phone. If you swear and freak out and cry and bitch and complain and threaten us, WE SIT THERE AND LAUGH AT YOU. Do you think we care? No. Not a chance in hell. It's entertainment. You can't touch us, we don't even live in the same country. But here's the best part, you'll freak because we're Canadian, however the real joke is, the calls I get that are the most difficult to take are from YOU. Americans. Foreigners that now reside in America. Look, I understand, it's cool, you live there now, but get someone to translate your form for you, and the phonecall you make to us, because it's not my fault if you don't understand. If you don't understand IN STORE WHEN PURCHASING ask questions.

The other thing that gets me about you guys is dissing the way we pronounce words. One of you corrected me over the phone, yelled at me, " IT'S PRAWCESS NOT PROCESS!" No, sorry, it's not. Look at the way it's spelt. It's not spelt 'prawcess' it's 'PROcess' - pick up another book before you try and teach me a think or two about english. Fuck off with that, because you're a joke to me.

Almost done here, hang in here with me. ..
When you yell at me, and say, "YOU'RE TAKING MY MONEY!!" Rethink it before you say it. If I personally had the money that hundreds of people have accused me of keeping, I wouldn't be at that job! I work in the rebate center, I never see a fucking dime of the money you shelled out for the phone. Don't tell me how my job is done or how I'm keeping things from you - you're keeping it from yourself.

If these stupid rebates upset you this much, you have too much time on your hands and need to get a hobby. Live life, stop getting caught up in the pennies, you likely make enough money that the $50 rebate you just lost out on because YOU screwed it up, is JUST a drop in the bucket.

FOOD FOR THOUGHT PEOPLE.

xo.

75. on June 17, 2008 at 2:30 am75 [symbols] TMOBILE REP

YOUNG AMERICA ROCKS by the way.

what the hell do you think we're stealing your upc for?? confetti??? i don't give a shit about it and i don't want it. MAKE A COPY!

"These guys are scam artists and their rebate call center employees doesn't speak english very well." I THINK YOU MEAN... "These guys are scam artists and their rebate call center employees DON'T speak english very well." GOOD ARGUEMENT.......?

Everyone needs to stop calling it fraud. We don't lie to you. It's ALL on the form.

Bills? Excuse me that's Customer Care, not Young America.

Evan Rietdyk is the MAN!

JOHN #43, no it does not say ANY plan. 29.99 has to be VOICE BARRED/HEARING IMPAIRED on a sidekick. 34.99 is the standard for anything. READ, PEOPLE, READ.

CINDY in 50... awww. sob story... you TRUSTED us, that's cute. wake up you live in the real world, look out for yourself, you're a grown ass woman.

#60, your bill is over $300 because YOU USE THE PHONE, incurring those charges! what the hell are you trying to say?! you're not just handing out money, tmobile provided phone service to you???

PS i'm behind #73.

Comments RSS

### Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

[ Submit Comment ]

- ## About



I'm Brett Anderson and I'm the IT Director at Christian Life Center. This is my personal blog about my experiences and opinions. It's my responsibility, not CLC's.


Subscribe

- Mozy Unlimited Backup - $4.95/Month!
- ## Contact Me

Send me an email.

follow BrettA at
http://twitter.com

- ## Blog Stats

  o 88,209 hits

- 🔊 **Latest from my "Church IT" feeds**
  - The things we do.
  - Arena Enables the Paperless Office
  - Evolution of the Web: From Simple Text to Social Networks
  - Home Entertainment System - Part 1
  - Evernote Beta
  - Google Toolbar
  - Gettin' Jing-y Wit It
  - Arena Assignments
  - I'm a bad parent
  - Making A Donated Wyse WT3350SE Thin Client Terminal Work (with Pre-9/11 Firmware!)

- **Recent Comments**

   TMOBILE REP on T-Mobile rebate fraud con…

   TMOBILE REP on T-Mobile rebate fraud con…

  James on Did your T-Mobile rebate get…

  Isaac Huff on The state of my union

  E on The state of my union

- **Archives**

  Select Month

- sitemeter

- **links**
  - Christian Life Center
  - Ryan Day - CLC Fairfield
  - the twit network

Blog at WordPress.com. | Theme: Mistylook by Sadish.

# EXHIBIT I

T·Mobile·  **stick together**

Home › About T-Mobile › Press Releases

# T-Mobile Offers Customers Additional Service Plan Flexibility

*The Recognized Leader in Wireless Customer Care
Launches ETFs That Decline During the Course of an Agreement*

**BELLEVUE, Wash. – June 23, 2008** – T-Mobile USA, Inc. today announced a new approach to early termination fees (ETFs) that provides greater flexibility for T-Mobile customers.

For customers who do not want term commitments or ETFs, T-Mobile offers a variety of service options, including:

**T-Mobile FlexPay**[SM]: A program that offers customers access to nationwide long-distance calling and roaming, the latest phones, and T-Mobile's great rate plans including myFaves[SM] — all without having to commit to a long-term service agreement or make a hefty deposit.

**Prepaid Plans:** Flexible plans that give customers the freedom to communicate with no annual contract, no credit checks and no monthly bills. Prepaid options include:

**Pay By The Day:** Recently introduced, this option costs $1 per day only on days when the phone is used. In exchange, customers get unlimited T-Mobile-to-T-Mobile calling all day and unlimited nationwide calling from 7 p.m. to 6:59 a.m. All other domestic calls are just 10¢ per minute and text messages are 10¢ to send and 5¢ to receive.

**Pay As You Go** (previously named T-Mobile To Go): Customers can purchase minutes as they need them. Customers who purchase $100 in refills become Gold Rewards members and receive 15 percent more minutes on all future refills.

**Sidekick Prepaid** (previously named Sidekick To Go): T-Mobile Sidekick® fans receive unlimited domestic e-mailing, Web browsing, instant messaging, and text messaging for $1 per day, and nationwide calling costs just 15¢ per minute.

"T-Mobile continues to set the pace in offering customers a number of flexible plans and services that don't require a contract to help them stay connected to those who matter most," said Sue Nokes, Chief Customer and Operations Officer, T-Mobile USA. "In addition, by providing this flexibility and choice, our hope is that T-Mobile customers will be happy customers for years to come."

Earlier this year, T-Mobile received highest ranking in the J.D. Power and Associates' Wireless Customer Care Performance StudySM for the seventh consecutive reporting period. Additional information about T-Mobile calling plans can be found at www.t-mobile.com/shop/plans/.

**About T-Mobile USA, Inc.**
Based in Bellevue, Wash., T-Mobile USA, Inc. is the U.S. operation of Deutsche Telekom AG's Mobile Communications Business, and a wholly owned subsidiary of T-Mobile International, one of the world's leading companies in mobile communications. By the end of the first quarter of 2008, 123 million mobile customers were served by the mobile communication segments of the Deutsche Telekom group — 30.8 million by T-Mobile USA — all via a common technology platform based on GSM, the world's most widely used digital wireless standard. T-Mobile's innovative wireless products and services help empower people to connect to those who matter most. Multiple independent research studies continue to rank T-Mobile among the highest in numerous regions throughout the U.S. in wireless customer care and call quality. For more information, please visit www.t-mobile.com. T-Mobile is a federally registered trademark of Deutsche Telekom AG.

**Media Contacts**
T-Mobile Media Relations
(425) 378-4002
mediarelations@t-mobile.com

About T-Mobile USA | Contact Us | Store Locator | Order Status | Return Policy | Jobs | Press | Site Map
T-Mobile HotSpot | Packages | Prepaid | Affiliates | Retailer Opportunities | Business
Public Safety / 9-1-1 | T-Mobile International | Español | Language Assistance

Terms & Conditions | Terms of Use | Privacy Policy | Privacy Resources | ©2002-2008 T-Mobile USA, Inc.