IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORING ROCKE and MICHAEL CINO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 CV 3828 |
| ) | |
| ) | Judge Guzman |
| ) | |
| T-MOBILE USA, INC. and ) | Magistrate Judge Cox |
| YOUNG AMERICA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on Thursday July 31, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in courtroom 1219 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and present **T-Mobile USA, Inc.'s Motion For Additional Time Within Which To Answer Or Otherwise Plead And Motion To Continue Initial Status Conference,** copies of which are hereby served upon you.

    T-MOBILE USA, INC

By:    /s/Robert M. Andalman
    One of Its Attorneys

Robert M. Andalman (Atty. No. 06209454)
Thomas P. Jirgal (Atty No. 6291661)
Emily R. Haus (Atty. No. 068289699)
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, Illinois 60610
312-464-3100

## CERTIFICATE OF SERVICE

    I, Robert M. Andalman, hereby certify that on July 29, 2008 I caused to be electronically filed the foregoing **Notice Of Motion**, which will be served electronically on all registered parties of record.

    /s/ Robert M. Andalman