U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Loring Rocke and Michael Cino<br>v.<br>T-Mobile USA, Inc. and Young America Corporation | Case Number: 08CV3828 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant T-Mobile USA, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Thomas P. Jirgal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Thomas P. Jirgal | |
| FIRM<br>Loeb & Loeb LLP | |
| STREET ADDRESS<br>321 N. Clark Street | |
| CITY/STATE/ZIP<br>Chicago, IL  60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291661 | TELEPHONE NUMBER<br>312-464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |