AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Loring Rocke and Michael Cino

CASE NUMBER: 08 CV 3828

V.

ASSIGNED JUDGE:

T-Mobile USA, Inc. and Young America Corp.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)



RECEIVED
JUL 2 2 2008
SHERIFF'S OFFICE
RECORD SECTION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                    DATE



# Sangamon County Sheriffs Office
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, Donald Schuh #4267 certify that I served this summons as follows:

[X] Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

[ ] Other: _____

Case Number  08 CV 3828

Name of defendant  T mobile
C/O ILL,Corp.inc.

Name of other person
Summons left with   Holly Blankenship

Sex  (Female )  Race: White  Approx. age  20's

Date of Service  7-25-08  Time  11⁰⁰

Address at which paper was served:

801 Stevenson Dr.

Springfield, Il

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.