AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

Loring Rocke and Michael Cino,

CASE NUMBER 08-3828

V.

ASSIGNED JUDGE: GUZMAN

T-Mobile USA, Inc. and Young America Corporation

DESIGNATED
MAGISTRATE JUDGE: COX

TO: (Name and address of Defendant)

Young America Corporation, 717 Faxon Road, Young America, MN 55397

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gold & Coulson, 11 S. LaSalle Street, Suite 2402, Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK

July 31, 2008
Date



Loring Rocke and Michael Cino, et. al., Plaintiff(s)
vs.
T-Mobile USA, Inc and Young America Corporation, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Young America Corporation
Court Case No. 08-3828

Law Firm Requesting Service:
GOLD & COULSON
Mr. Arthur S. Gold
11 S LaSalle St, 20th Fl
Chicago, IL  60603-1203
Customer File:   Rocke

State of: Minnesota ) ss.
County of: Hennepin )

**Name of Server:** Carl Bradley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 12-Aug-2008 11:35 am

**Place of Service:** at 18671 Lake Drive East, city of Chanhassen, state of MN

**Documents Served:** the undersigned served the documents described as:
Alias Summons and Complaint; Motion

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Young America Corporation
By delivering them into the hands of an officer or managing agent whose name and title is
Kelly Gregory, Legal Department

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  brown ; Facial Hair
Approx. Age  45 ; Approx. Height  5'05" ; Approx. Weight  145

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of August, 20 08

Notary Public    (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:  91350-1


GREGORY K. JOHNSON
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Loring Rocke and Michael Cino, et. al., Plaintiff(s)
vs.
T-Mobile USA, Inc and Young America Corporation, et. al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
GOLD & COULSON
Mr. Arthur S. Gold
11 S LaSalle St, 20th Fl
Chicago, IL 60603-1203
Customer File:   Rocke

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

--Young America Corporation
Court Case No. 08-3828

State of: Minnesota ) ss.
County of: Hennepin )

**Name of Server:** Carl Bradley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Alias Summons and Complaint; Motion

**Service of Process on:** The undersigned attempted to serve the documents on
**Young America Corporation**
and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

| Dates/Times of Attempted Service | Address Attempted | Reason for Non-Service |
|---|---|---|
| 12-Aug-2008 10:45 am | 717 Faxon Road Young America, MN 55397 | Was told to that all legal documents to be served at 18671 Lake Drive E Chanhassen, MN |

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server     (Date)

Subscribed and sworn to before me this _13th_ day of _August_, 2008

_____
Notary Public     (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 91350-1


GREGORY K. JOHNSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2010