**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LORING ROCKE and MICHAEL CINO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3828 |
| | ) | |
| | ) | Judge Guzman |
| | ) | |
| T-MOBILE USA, INC. and | ) | Magistrate Judge Cox |
| YOUNG AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 9, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in courtroom 1219 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and present **T-Mobile USA, Inc.'s Motion To Dismiss And Motion To Strike,** copies of which are hereby served upon you.

T-MOBILE USA, INC

By:   /s/Robert M. Andalman
One of Its Attorneys

Robert M. Andalman (Atty. No. 06209454)
Thomas P. Jirgal (Atty. No. 06291661)
Emily R. Haus (Atty. No. 068289699)
Loeb & Loeb LLP
321 N. Clark Street; Suite 2300
Chicago, Illinois 60610
Telephone: 312-464-3100
Fax: 312-464-3111
Attorneys for T-Mobile USA, Inc.

**CERTIFICATE OF SERVICE**

      I, Robert M. Andalman, hereby certify that on September 3, 2008 I caused to be electronically filed the foregoing **Notice Of Motion**, which will be served electronically on all registered parties of record.

      In addition, I served the following non-registered party by U.S. mail, proper postage prepaid:

>Robert J. Kelter
>Attorney at Law
>3160 N. Lincoln Avenue
>Suite 505
>Chicago, IL 60657

                                               /s/ Robert M. Andalman